AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Lawrence M. Nagle et al. | ) | 22-MJ-5330-JGD |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___Nov. 2021 continuing to present___ in the county of ___Essex___ in the

___ District of ___Massachusetts___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute and to distribute controlled substances |

This criminal complaint is based on these facts:

See attached affidavit of TFO Gregory Forestell, Drug Enforcement Administration

☑ Continued on the attached sheet.

*Complainant's signature*

Gregory Forestell, Task Force Officer, DEA

*Printed name and title*

Subscribed and sworn to via telephone in accordance
with Federal Rule of Criminal Procedure 4.1

Date:  ___10/21/2022___

*Judge's signature*

City and state:  ___Boston, MA___

Judge Judith G. Dein, U.S. Magistrate Judge

*Printed name and title*

**22-5330-JGD**

## LIST OF DEFENDANTS

1.  Lawrence Michael NAGLE, a/k/a "Mikey";

2.  Christopher NAGLE, a/k/a "Cuda";

3.  Nelson MORA, a/k/a "Nellie";

4.  Javier BELLO, a/k/a "Javi";

5.  Anthony BRYSON;

6.  Frantz ADOLPHE;

7.  Raymond KULAKOWSKI;

8.  Soyanna LAGES, a/k/a "Soy";

9.  David MUISE, a/k/a "Pinky";

10. David DELAURI;

11. Savannah Lee BARTONE;

12. Lawrence M. NAGLE Sr., a/k/a "Michael L. Nagle," a/k/a "Tony Dias";

13. Alexander VILLAR;

14. Kion SHEPHERD, a/k/a "Kilo";

15. Melvin NIEVES;

16. Erick SOLIS LOPEZ;

17. Christopher TEJEDA;

18. Edward ORTIZ;

19. Justin WESTMORELAND;

20. Yaira RAMOS-RIVERA; and

21. Jose GARCIA