**AFFIDAVIT OF DEA TASK FORCE OFFICER GREGORY FORESTELL**

I, Gregory Forestell, being first duly sworn, hereby depose and state as follows:

**I.      INTRODUCTION AND AGENT BACKGROUND**

1.      I am a police officer with the Melrose Police Department and currently hold the rank of Detective.  I have been a police officer for the past fourteen years.  I am currently assigned as a Task Force Officer ("TFO") with the Boston Office of the New England Field Division of the U.S. Drug Enforcement Administration ("DEA") and have been since December of 2011.  As a DEA TFO, I am authorized to investigate violations of the law of the United States, including violations of the federal drug laws in Title 21 of the United States Code.  I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant.  I am also an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516.

2.      I attended and graduated from the MBTA Police Academy sponsored by the Municipal Police Training Committee, and I attend their annual in-service training.  In addition to this training, I have completed more than 360 hours of specialized training, most of which has been in the field of criminal investigations.  I also have attended an 80-hour course relating to the operation of street-level narcotics hosted by the Municipal Police Institute.  During my law enforcement career, I have received specialized training regarding the activities of drug traffickers, including the methods used to package, store, and distribute controlled substances, and the methods used by drug traffickers to conceal and launder the proceeds of their drug trafficking.

3.     In addition to my training, I have gained extensive field experience in the investigation of the activities of drug traffickers and money launderers. During my career, I have conducted and/or participated in the arrest of more than 250 narcotics offenders. I have participated in the execution of more than 175 search warrants relating to the use and distribution of controlled substances. I have participated in controlled substances investigations as a police officer in Melrose, Massachusetts, and in conjunction with several other agencies including the DEA. During these investigations, I conducted surveillance and handled confidential informants. During my training and based on my experience, I have observed numerous types of controlled substances and I am familiar with the paraphernalia associated with the use and/or distribution of these substances, and the ways in which they are packaged. I am aware of the prices charged for controlled substances and with the terminology associated with them. I have also interviewed and interrogated several defendants, informants, and suspects who were users and/or sellers of controlled substances and who had personal knowledge about the sale and distribution of narcotics, money laundering, and related crimes occurring in Massachusetts and nationally.

4.     Based on my training and experience, I am familiar with the full range of methods, practices, and techniques by which illegal distributors obtain, store, transport, and distribute controlled substances. As a result of my training and experience, I am familiar with the manner in which drug traffickers use telephones; coded, veiled, or slang-filled telephone conversations; electronic text messages; and other means to facilitate their illegal activities. I am also familiar with the "street" language used by drug traffickers, as well as the methods they use to disguise conversations and operations. I am also familiar with the manner in which drug traffickers use various means to disguise the proceeds obtained from their illegal drug sales in order to evade law enforcement detection and further their criminal enterprises.

5.      Based on my training and experience, I am aware that drug traffickers commonly use cellular telephones to communicate and further their drug-trafficking activities.  However, drug traffickers are aware of law enforcement's use of electronic surveillance, and thus frequently endeavor to thwart detection by changing cellular telephone numbers, using multiple cellular phones at the same time, and/or utilizing prepaid cellular phones where the user of the phone is not required to provide personal identifying information.  I am also aware that drug traffickers frequently "drop" or change cellular telephone numbers and cellular telephones in an effort to thwart law enforcement's use of electronic surveillance.  I am familiar with the manner in which narcotics traffickers use coded, veiled, or slang-filled telephone conversations when discussing their illegal business, in an effort to further prevent detection, and that they often use text messages in lieu of telephone calls to avoid speaking over the telephone.  I am familiar with the "street" language used by drug traffickers, as well as the methods they use to disguise conversation and operations.

## II.      OVERVIEW OF INVESTIGATION

6.      I have personally participated in the investigation of the subjects named in this Affidavit since approximately June 2018.  I am familiar with the facts and circumstances of this investigation based on information I have received from a variety of sources, including but not limited to my own personal participation in the investigation; oral and written reports and documents that I have received from DEA and other federal state, and local law enforcement agents; physical and electronic surveillance conducted by me and other federal, state, and local law enforcement agents; confidential sources of information; public records; business records; telephone toll records, pen register and trap and trace information, and telephone subscriber information; precise location information for cellular telephones; information from GPS tracking

devices on vehicles; controlled purchases of narcotics; seizures of controlled substances and suspected drug proceeds; evidence obtained from consensually-recorded wire and electronic communications; and my review of tapes and transcripts of court-ordered intercepted conversations and summaries of wiretap interceptions.

7.     I am submitting this affidavit in support of a criminal complaint for the following individuals:

    a.     Lawrence Michael NAGLE, a/k/a "Mikey" (dob: --/--/1990) ("NAGLE");

    b.     Christopher NAGLE, a/k/a "Cuda" (dob: --/--/1994) ("C. NAGLE");

    c.     Nelson MORA, a/k/a "Nellie" (dob: --/--/1993) ("MORA");

    d.     Javier BELLO, a/k/a "Javi" (dob: --/--/1995) ("BELLO");

    e.     Anthony BRYSON (dob: --/--/1989) ("BRYSON");

    f.     Frantz ADOLPHE (dob: --/--/1994) ("ADOLPHE");

    g.     Raymond KULAKOWSKI (dob: --/--/1986) ("KULAKOWSKI");

    h.     Soyanna LAGES, a/k/a "Soy" (dob: --/--/1989) ("LAGES");

    i.     David MUISE, a/k/a "Pinky" (dob: --/--/1987) ("MUISE");

    j.     David DELAURI (dob: --/--/1992) ("DELAURI");

    k.     Savannah Lee BARTONE (dob: --/--/1987) ("BARTONE");

    l.     Lawrence M. NAGLE Sr., a/k/a "Michael L. Nagle," a/k/a "Tony Dias" (dob: --/--/1967) ("NAGLE SR.");

    m.     Alexander VILLAR (dob: --/--/1989) ("VILLAR");

    n.     Kion SHEPHERD, a/k/a "Kilo" (dob: --/--/1991) ("K. SHEPHERD");

    o.     Melvin NIEVES, a/k/a "Mel" (dob: --/--/1999) ("NIEVES");

    p.     Erick SOLIS LOPEZ, a/k/a "Wichy" (dob: --/--/1998) ("SOLIS");

    q.     Christopher TEJEDA, a/k/a "Cuz" (dob: --/--/2001) ("TEJEDA");

r.    Edward ORTIZ (dob: --/--/1989) ("ORTIZ");

s.    Justin WESTMORELAND, a/k/a Wes," a/k/a "West," a/k/a "Westie" (dob: --/--/1998) ("WESTMORELAND");

t.    Yaira RAMOS-RIVERA (dob: --/--/1983) ("RAMOS-RIVERA"); and

u.    Jose GARCIA (dob: --/--/1977) ("GARCIA");

charging that beginning on an unknown date but at least from in or about November 2021, and continuing until the present, each did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to possess with intent to distribute and to distribute controlled substances, including oxycodone, a Schedule II controlled substance; N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance; Amphetamine, also known as Adderall, a Schedule II controlled substance; methamphetamine, a Schedule II controlled substance; cocaine, a Schedule II controlled substance; and marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

8.    Because this affidavit is being submitted for the limited purpose of obtaining a complaint and arrest warrants, I have not included each and every fact known to me and other law enforcement officers involved in this investigation.  Rather, I have included only those facts that I believe are necessary to establish probable cause for the issuance of the requested complaint and arrest warrants.  Facts not set forth herein are not being relied upon in reaching my conclusion that there is probable cause to support the issuance of the requested complaint and arrest warrants.  Nor do I request that this Court rely on any facts not set forth herein in reviewing this application.

### III. SUMMARY OF EVIDENCE

9.      This investigation concerns a longstanding, entrenched conspiracy to distribute various controlled substances in the North Shore region of Massachusetts. The focus of the investigation was the NAGLE Drug Trafficking Organization ("DTO"), which is headed by NAGLE and his brother C. NAGLE. The evidence established that the NAGLE DTO has been distributing significant quantities of various controlled substances, including, among others Adderall (both pharmaceutical-grade pills and counterfeit pills containing methamphetamine), Xanax, oxycodone (both pharmaceutical-grade pills and counterfeit pills containing fentanyl), cocaine, and marijuana.[1] Additionally, more recently, I believe that NAGLE has also begun distributing methamphetamine. NAGLE personally distributes the majority of the drugs himself

---

[1] In earlier affidavits in this investigation, I often stated my belief that the suspected counterfeit oxycodone pills and counterfeit Adderall pills contained controlled substances, without identifying the specific controlled substance contained in the counterfeit pills. Based upon my continuing participation in this investigation, the forensic analysis that have been obtained to date, as well as my general knowledge and experience, I currently believe that the overwhelming majority of the counterfeit oxycodone pills on the market today contain fentanyl and that the overwhelming majority of the counterfeit Adderall pills on the market today contain Methamphetamine. As a result, when I refer to counterfeit oxycodone pills in this affidavit, I am referring to counterfeit pills (or "pressed pills") that are manufactured to look like genuine oxycodone pills but actually contain fentanyl. Similarly, when I refer to counterfeit Adderall pills in this affidavit, I am referring to counterfeit pills that are manufactured to look like genuine Adderall pills but actually contain Methamphetamine.

Additionally, in earlier affidavits, I expressed my belief that "blue" or "blues" referred to pharmaceutical-grade oxycodone. As the investigation has progressed (and based upon seizures and forensic analyses), I have come to realize that members of the NAGLE DTO use the word "blue" or "blues" to refer to pharmaceutical-grade oxycodone pills and to counterfeit oxycodone pills containing fentanyl and that the determination as to what is being referred to depends upon various factors, including context and pricing.

for redistribution, but at times has made arrangements with others (including NAGLE SR. and C. NAGLE) to distribute the drugs on his behalf to various individuals.

10.     For the most part, I believe that NAGLE has a relatively small network of trusted individuals—including, but not limited to LAGES, DELAURI, ADOLPHE, MUISE, KULAKOWSKI, MORA, BELLO, and BRYSON—to whom he distributes drugs. Each of these individuals then resells the controlled substances they receive from NAGLE to other retail and/or wholesale customers. NAGLE is believed to have used the residences of various individuals (including NAGLE, C. NAGLE, NAGLE SR., and NAGLE's girlfriend) to store the drugs being distributed.

11.     NAGLE's relationship with MORA, BELLO, and BRYSON appears to be more complex than his relationship with other individuals. MORA, BELLO, and BRYSON have, at times, obtained controlled substances from NAGLE. However, MORA, BELLO, and BRYSON appear also to each have other sources of supply for drugs, some of whom may be shared with NAGLE and others who may be independent sources of supply. MORA, BELLO, and BRYSON also appear to have distribution networks that may be separate from NAGLE. Additionally, I believe that MORA and BRYSON have access to pill presses that can be used to manufacture controlled substances.

12.     MORA appears to have a limited network of individuals to whom he personally distributes controlled substances for redistribution purposes. In contrast, BELLO appears to be working with a network of individuals to distribute various controlled substances, including, among others, large quantities of marijuana, suspected crack cocaine, counterfeit oxycodone pills containing fentanyl, and counterfeit Adderall pills containing methamphetamine. BELLO personally delivers drugs to some of his customers, and BELLO regularly directs SOLIS and, more

recently, TEJEDA to deliver drugs and/or to pick up the proceeds from drug sales. TEJEDA, K. SHEPHERD, and NIEVES also assist BELLO in various facets of the drug trafficking operation. WESTMORELAND and ORTIZ are both drug distributors who receive large quantities of counterfeit oxycodone pills containing fentanyl from BELLO. BELLO is believed to store drugs at various locations.

13.     BRYSON primarily distributes large quantities of counterfeit Adderall pills containing methamphetamine to various individuals for redistribution (such as GARCIA). BRYSON also has distributed counterfeit oxycodone pills containing fentanyl to certain customers. BRYSON has brokered a sample of counterfeit pills containing controlled substances for NAGLE to test. More recently, BRYSON is believed to also have obtained methamphetamine and counterfeit Adderall pills containing methamphetamine from NAGLE and has distributed Xanax to NAGLE. BRYSON is believed to have a pill press at his disposal to use in manufacturing counterfeit pills (although BRYSON has indicated that this pill press may currently be inoperable). I believe that BRYSON is actively assisted in his drug distribution activities by his wife RAMOS-RIVERA, who in the past has received unexplained transfers of assets from C. NAGLE. BRYSON also has stored controlled substances at various residences.

### A.     Index of Probable Cause

14.     Probable cause for issuance of a criminal complaint is set out throughout this Affidavit: for ease of reference, the following is a paragraph index to the principal statement of probable cause for each of the defendants:

   a.     NAGLE - ¶¶ 32-46, 71-157, 178-194, 238-252, 259-269, 275-308;

   b.     C. NAGLE - ¶¶ 32-37, 142, 153-157;

   c.     MORA- ¶¶ 143-177;

d.  BELLO - ¶¶ 47-56, 178-274;

e.  BRYSON - ¶¶ 57-70, 275-340;

f.  ADOLPHE - ¶¶ 113-122;

g.  KULAKOWSKI - ¶¶ 123-135;

h.  LAGES - ¶¶ 72-86;

i.  MUISE- ¶¶ 87-112;

j.  DELAURI - ¶¶ 38-46;

k.  BARTONE - ¶¶ 38-46;

l.  NAGLE SR. - ¶¶ 88-96, 107-112, 148-152, 238-252, 259-269;

m.  VILLAR - ¶¶ 136-140;

n.  K. SHEPHERD - ¶¶ 197, 214-227, 254-56;

o.  NIEVES - ¶¶ 253-269;

p.  SOLIS - ¶¶ 200-213, 233-237;

q.  TEJEDA - ¶¶ 228-252, 259-269;

r.  ORTIZ - ¶¶ 47-56;

s.  WESTMORELAND - ¶¶ 200-210;

t.  RAMOS-RIVERA - ¶¶ 68, 142, 310-325; and

u.  GARCIA - ¶¶ 326-340;

**B.  Background of Investigation**

15.  Based in part upon controlled purchases of drugs from NAGLE by a cooperating witness, I discovered that NAGLE was using two cellular telephones to facilitate his drug trafficking.  Accordingly, in late November 2021, the DEA sought authorization to intercept wire communications over those two telephones.  On November 22, 2021, the Honorable Allison D.

Burroughs, United States District Judge, District of Massachusetts, signed an order authorizing for a 30-day period the interception of wire communications to and from (781) 498-9790 (TT-1) and (617) 233-9350 (TT-2), both of which were used by NAGLE. M.B.D. No. 21-mc-91693-ADB. Pursuant to this Order, interceptions over TT-1 and TT-2 began on November 29, 2021, and ceased on December 28, 2021. M.B.D. No. 21-mc-91693-ADB.

16.     In late December, the DEA sought judicial authorization to continue intercepting communications over TT-1 and TT-2. On December 28, 2021, the Honorable Richard G. Stearns, United States District Judge, District of Massachusetts, signed an order authorizing for a 30-day period the continuing interception of wire communications to and from (781) 498-9790 (TT-1) and (617) 233-9350 (TT-2) used by NAGLE. M.B.D. No. 21-91693-ADB. Pursuant to this Order, interceptions over TT-1 and TT-2 began on December 29, 2021, and ceased on January 26, 2022.

17.     Thereafter, on two separate occasions in 2022, the DEA again sought judicial authority to intercept communications over the two telephones used by NAGLE. On April 28, 2022, the Honorable Timothy S. Hillman, United States District Judge, District of Massachusetts, signed an order authorizing for a 30-day period the renewed interception of wire communications to and from (781) 666-0250 (TT-1)[2] and (617) 233-9350 (TT-2) used by NAGLE.[3] Pursuant to this Order, interceptions began on April 28, 2022, and ceased on May 27, 2022. M.B.D. No. 21-mc-91693-ADB.

---

[2] On March 21, 2022, the call number for TT-1 changed from (781) 498-9790 to (781) 666-0250. However, the IMEI number remained unchanged and therefore, the designation of TT-1 is used to refer to both telephone numbers.

[3] As will be discussed, this Order also authorized investigators to intercept communications over three other telephones that were being used by MORA, BELLO, and BRYSON.

18.     Finally, on September 28, 2022, the Honorable Allison D. Burroughs, United States District Judge, District of Massachusetts, signed an order authorizing for a 30-day period the renewed interception of wire communications to and (781) 226-8950 (TT-1)[4] used by NAGLE, and (617) 233-9350 (TT-2) used by NAGLE.[5]  Pursuant to this Order, those renewed interceptions began on September 28, 2022, and are ongoing.

19.     Intercepted wire communications have established that NAGLE uses TT-1 and TT-2 to coordinate drug transactions involving various controlled substances, including oxycodone (pharmaceutical-grade pills and counterfeit oxycodone pills containing fentanyl), Adderall (pharmaceutical-grade pills and counterfeit Adderall pills containing methamphetamine), Xanax, cocaine, methamphetamine, and marijuana.[6]  Early interceptions also established that NAGLE used TT-2 in an attempt to establish a used car dealership that was intended to be used by NAGLE to facilitate drug trafficking and/or launder drug proceeds.

20.     As discussed below, the intercepted calls on TT-1 and TT-2 – as interpreted using my knowledge, training, and experience as well as subsequently intercepted calls and surveillance

---

[4]  On or about September 20, 2022, the call number for TT-1 changed again from (781) 666-0250 to (781) 226-8950.  However, the IMEI number remained unchanged.  As a result, in this affidavit, the designation of TT-1 also refers to (781) 226-8950, in addition to the two telephone numbers mentioned earlier (*i.e.,* (781) 498-9790 and (781) 666-0250).

[5]  As will be discussed, this Order also authorized investigators to intercept communications over three other telephones that were being used by MORA, BELLO, and BRYSON.

[6]  I believe that NAGLE is the user of both TT-1 and TT-2 for a number of reasons.  First, based upon voice comparisons conducted by the monitors listening to the intercepted calls over both TT-1 and TT-2, investigators believe that the user of both telephones is the same individual—namely, NAGLE.  During intercepted calls over both phones, the user of both phones has been identified by name during intercepted communications (*e.g., "Mikey," "Lawrence Michael Nagle, Jr.,"* or *"Mr. Nagle."*  Moreover, investigators conducting surveillance have observed that NAGLE's movements were consistent with location descriptions given by the user of TT-1 during intercepted communications and with precise location information for TT-1 that was obtained via search warrant.

observations – establishes that LAGES, MUISE, DELAURI, ADOLPHE, KULAKOWSKI, and VILLAR obtained quantities of controlled substances from NAGLE for purposes of redistribution and personal use, and that NAGLE stores drugs at various locations, including the residences of his brother (C. NAGLE), his father (NAGLE SR.), and his girlfriend, on behalf of the NAGLE DTO. Intercepted communications over TT-1 and TT-2 led to investigators obtaining and executing a state search warrant at C. NAGLE's apartment in January 2022, which resulted in the seizure of a substantial quantity of controlled substances (including more than 24 kilograms of counterfeit Adderall pills containing methamphetamine) that I believe were being stored on behalf of the NAGLE DTO. C. NAGLE's active, personal participation in drug trafficking has also been confirmed by interceptions over TT-1 (combined with surveillance observations).

21. Intercepted communications over TT-1 also led to a May 10, 2022 seizure of 591 counterfeit oxycodone pills containing fentanyl from Savannah Lee BARTONE ("BARTONE"), one of DELAURI's customers who had just received the pills from DELAURI (who, in turn, had just received the pills from NAGLE for redistribution).

22. During the interceptions over TT-1 and TT-2 between November 28, 2021 and January 26, 2022, investigators identified (352) 807-9476 as a cellular telephone number used by MORA ("Target Telephone #3" or "TT-3"); (781) 971-4090 as a cellular telephone number used by BELLO ("Target Telephone #4" or "TT-4"); and (978) 885-1806 as a cellular telephone number used by BRYSON ("Target Telephone #5" or "TT-5").[7] Each of these phones were being used by their respective user in furtherance of drug trafficking.

---

[7] I believe that MORA is the user of TT-3 for various reasons, including because the phone is now subscribed in his name and because investigators conducting surveillance have observed that MORA's movements were consistent with location descriptions given by the user of TT-3 during intercepted communications and with precise location information that was obtained via search warrant. Similarly, I believe that BELLO is the user of TT-4 for various reasons, including

23. For example, MORA was intercepted using TT-3 trying to broker a deal with NAGLE that I believe would potentially have led to NAGLE receiving a new supply of pharmaceutical-grade oxycodone 80 mg. pills. BELLO was intercepted using TT-4 to discuss a possible sale of a vehicle in return for a significant quantity of counterfeit oxycodone pills containing fentanyl from NAGLE. BELLO was also intercepted using TT-4 seeking to obtain an additional supply of both counterfeit oxycodone pills containing fentanyl and counterfeit Adderall pills containing methamphetamine from NAGLE. BRYSON was intercepted using TT-5 seeking to broker a deal for NAGLE to meet with a new supplier and try out new counterfeit pills containing controlled substances.

24. Based upon these interceptions and other facts, investigators sought authorization for the interceptions of wire communications over TT-3, TT-4, and TT-5 and the interception of electronic communications over TT-3. On April 28, 2022, the Honorable Timothy S. Hillman, United States District Judge, District of Massachusetts, signed an order authorizing for a 30-day period the initial interception of wire and electronic communications to and from (352) 807-9476 (TT-3) used by MORA; the initial interception of wire communications to and from (781) 971-4090 (TT-4) used by BELLO; and the initial interception of wire communications to and from (978) 885-1806 (TT-5) used by BRYSON. M.B.D. No. 21-mc-91693-ADB. Pursuant to this Order, interceptions began on April 28, 2022, and ceased on May 27, 2022.

---

because investigators conducting surveillance have confirmed that BELLO's movements were consistent with location descriptions given by the user of TT-4 during intercepted communications and with precise location information for TT-4 that was obtained via search warrant. Finally, I believe that BRYSON is the user of TT-5 because the phone is subscribed to in his name and BRYSON has been identified by name during intercepted communications (*e.g., "Anthony"*). Moreover, investigators conducting surveillance have observed that BRYSON's movements were consistent with location descriptions given by the user of TT-5 during intercepted communications and with precise location information for TT-5 that was obtained via search warrant.

25.     In late September 2022, investigators again sought authorization to intercept wire communications over TT-3, TT-4, and TT-5 and electronic communications over TT-3.  On September 28, 2022, the Honorable Allison D. Burroughs, United States District Judge, District of Massachusetts, signed an order authorizing for a 30-day period the renewed interception of wire and electronic communications to and from (352) 807-9476 (TT-3) used by MORA; the renewed interception of wire communications to and from (781) 971-4090 (TT-4) used by BELLO; and the renewed interception of wire communications to and from (978) 885-1806 (TT-5) used by BRYSON.  M.B.D. No. 21-mc-91693-ADB.  Pursuant to this Order, those renewed interceptions began on September 28, 2022, and are ongoing.

26.     I believe that the interceptions over TT-3 have confirmed that MORA is engaged in ongoing drug-trafficking activities and has received at some least some controlled substances from various individuals, including NAGLE, C. NAGLE, and FNU LNU, a/k/a "UM8390" ("UM8390").   Intercepted communications over TT-3 further establishes that MORA is distributing various controlled substances to a limited number of other individuals, and that MORA has actively sought the assistance of another individual (UM8390) to learn how to use a pill press in the manufacture of counterfeit pills containing controlled substances.

27.     I further believe that the interceptions over TT-4 have established that BELLO is involved in significant drug-trafficking activities.  I believe that these interceptions have established that BELLO is selling wholesale quantities of various controlled substances, including large quantities of marijuana, suspected crack cocaine, counterfeit oxycodone pills containing fentanyl, and counterfeit Adderall pills containing methamphetamine.  I believe that BELLO has multiple sources of supply for controlled substances.  I further believe that the interceptions (combined, at times, with surveillance observations) establish that BELLO is personally delivering

the drugs to some individuals (such as ORTIZ) and that BELLO is regularly directing SOLIS and TEJEDA to distribute drugs to other distributors on BELLO's behalf. Relying upon interceptions between BELLO and ORTIZ, investigators in May 2022 seized more than 1,000 counterfeit oxycodone pills containing fentanyl and a quantity of suspected marijuana that BELLO had just delivered to ORTIZ for redistribution. I believe that the intercepted communications also establish that other individuals (including K. SHEPHERD) are assisting BELLO in his drug trafficking and that BELLO is storing controlled substances at various locations.

28.     I believe that the interceptions over TT-5 established that BRYSON and his wife, RAMOS-RIVERA, are distributing large quantities of counterfeit Adderall pills containing methamphetamine and smaller quantities of counterfeit oxycodone pills containing fentanyl to individuals throughout the region. I believe that BRYSON is in possession of a pill press; however, in recent intercepted communications over TT-5, I believe that BRYSON has indicated that the pill press is currently inoperable. I believe that BRYSON recently sold a quantity of Xanax to NAGLE, and that BRYSON recently purchased methamphetamine and counterfeit Adderall pills containing methamphetamine from NAGLE. I believe that one of BRYSON's customers for controlled substances is GARCIA, who has openly discussed with BRYSON his redistribution activities in intercepted communications. Relying in part upon intercepted communications over TT-5, investigators in May 2022 seized 101 counterfeit oxycodone pills containing fentanyl from a customer who had just obtained the pills from BRYSON. I believe that the intercepted communications over TT-5 further establishes that BRYSON is storing controlled substances at the residence of his grandmother and aunt, who live together in Saugus, Massachusetts.

29.     In this Affidavit, I will be discussing some of the intercepted communications as well as my interpretations of those calls. All quotations in this Affidavit are from "line sheets"

associated with the intercepted calls and represent preliminary, draft transcriptions of what was actually said during a call. Interpretations of these calls are based on my training and experience, the training and experience of other investigators, my involvement in this investigation, and, in some cases, subsequent events. All times referenced herein are approximate.

## IV.    SUMMARY OF NARCOTICS SEIZURES

30.    Based upon intercepted communications over TT-1, TT-2, TT-4, and TT-5, investigators developed probable cause to seize various controlled substances during the course of the investigation. For example, in January 2022, investigators learned of an ongoing domestic dispute involving C. NAGLE and his girlfriend that required law enforcement intervention. Multiple individuals were intercepted over TT-1 and TT-2 describing to NAGLE the details of the dispute, that C. NAGLE was livestreaming the dispute over social media, and that C. NAGLE's girlfriend had displayed controlled substances during the livestream. Investigators also heard NAGLE confirm to individuals that C. NAGLE was, at the time, storing a large quantity of controlled substances at C. NAGLE's apartment. Relying in part upon these intercepted communications, investigators obtained a state search warrant and seized a variety of controlled substances from C. NAGLE's apartment, including more than 73,000 counterfeit Adderall pills weighing more than 24 kilograms.

31.    Later in the investigation, based in part upon intercepted communications between NAGLE and DELAURI and physical surveillance, investigators seized 591 counterfeit Adderall pills containing methamphetamine from an individual who had just obtained the pills from DELAURI, who had just received the pills for redistribution from NAGLE. Similarly, based in part upon intercepted communications between BELLO and ORTIZ and physical surveillance, investigators seized over 1,000 counterfeit oxycodone pills containing fentanyl and a quantity of

marijuana that ORTIZ had just received from BELLO. Finally, based, in part, upon intercepted calls between BRYSON and a customer, along with physical surveillance, investigators seized 101 counterfeit oxycodone pills containing fentanyl that BRYSON had just delivered to that customer.

### A. January 7, 2022: Investigators Seized More than 24 Kilograms of Counterfeit Adderall Pills Containing Methamphetamine that C. NAGLE Was Storing at His Apartment on Behalf of the NAGLE DTO

32.     At 2:32 p.m. on January 7, 2022, the Lynnfield Police Department received a 911 call from Individual-1, the girlfriend of C. NAGLE.[8] Individual-1 reported a domestic argument between herself and C. NAGLE at 2 Broadway, Apartment 307, in Lynnfield, Massachusetts. Lynnfield police officers responded to that address to quell the disturbance and investigate the incident. At that same time, investigators intercepted a series of calls over both TT-1 and TT-2 about this domestic disturbance, which led investigators to believe that C. NAGLE possessed a significant quantity of controlled substances within the apartment.

33.     For example, at approximately 2:51 p.m., NAGLE received an incoming call on TT-1 from BELLO who was using TT-4. BELLO told NAGLE that C. NAGLE was being arrested *("Your brother is getting booked.")*. BELLO explained that the police were present and that C. NAGLE was using his phone to livestream on social media what was happening *("He told he was on live.")*. BELLO informed NAGLE that Individual-1 displayed C. NAGLE's pills *("[Individual-1]'s showing work")*. BELLO warned NAGLE that everyone was watching the livestream video and people were commenting on what took place *("Shit's on live. There's millions of people commenting on it.")*. BELLO emphasized that NAGLE needed to do something quickly because Individual-1 had displayed a package of 100 pills on the livestream on social

---

[8] I am aware of Individual-1's identity but am not disclosing it in this affidavit so as to protect Individual-1's privacy.

media *("Bitch put 100 pack in the air like... hurry up over there, bro").*  NAGLE asked if Individual-1 had shown the police the pills *("She showed the boys the work?").*  BELLO replied that he was not sure, but that he believed that C. NAGLE took the package of 100 pills from Individual-1 and put it in his pocket *("He took 100 pack from her and put it in his pocket.").*  BELLO appeared to be aware that C. NAGLE stored counterfeit pills at his residence *("there's work all out and shit. He got work on him.").*

34.     At 3:08 p.m., NAGLE received an incoming call on TT-2 from (781) 971-0232 and spoke with Individual-2.[9]  Individual-2 warned NAGLE that the police were at C. NAGLE's apartment *("The cops are over there." "My boy just called me. That the State Police is over there an everything").*  Individual-2 expressed hope that C. NAGLE was not going to be arrested *("I hope they don't bag him.").*  Individual-2 inquired whether NAGLE thought C. NAGLE had drugs in the apartment *("You think he got shit in the house?").*  NAGLE confirmed that C. NAGLE had a large quantity of drugs stored in the apartment *("Mm, definitely.").*

35.     At approximately 7:18 p.m., NAGLE received an incoming call on TT-2 from (617) 767-3183 and spoke with Individual-3.[10]  NAGLE asked Individual-3 whether he could refer a lawyer for C. NAGLE *("You have any lawyer buddies cause my brother he had gotten to a domestic with girl today.").*  NAGLE explained that the police were at C. NAGLE's apartment and had not left the area *("And um... the police came to his house, right? And then now one of the*

---

[9]   I believe that I know Individual-2's identity but am not disclosing it in this Affidavit to protect Individual-2's privacy.  I believe that Individual-2 is the user of (781) 971-0232 as the phone is subscribed in Individual-2's name.

[10]   I believe that I know Individual-3's identity but am not disclosing it in this Affidavit to protect Individual-3's privacy.  I believe that Individual-3 is the user of (617) 767-3183 because records in Clear, a commercial database, lists this number as being associated with Individual-3 and because in intercepted communications, the user of this telephone number has referred to himself by a nickname that I believe is associated with Individual-3.

cops, like they are... they didn't leave his house. They're saying, 'Oh they've seen something in the house.' Now they're trying to get a warrant for his house.... They're just sitting at his house not leaving. Is that even legal?").* Individual-3 surmised that it was probably permissible if the officers saw something *("If they've seen something, yeah.").* NAGLE expressed concern that they may have seen drugs *("They've probably seen like some pills or something. I don't fucking know.").* Individual-3 asked whether there were drugs or drug proceeds in the apartment *("Anything in there, any cash or anything?").* NAGLE confirmed that C. NAGLE was storing a substantial quantity of pills on behalf of the NAGLE DTO at C. NAGLE's apartment *("They're some pills in there"; "Yeah, there is [a big quantity]"; "More, way more than [1,000]."; "There's a fuckin box full of them.")* and that the pills were in a box in the closet *("There's a fuckin box full of them"; "in the closet").*

36.     Later that night (January 7, 2022), investigators obtained and executed a state search warrant at C. NAGLE's apartment at 2 Broadway, Apartment 307 in Lynnfield, Massachusetts. Investigators seized tens of thousands of orange pills believed to be counterfeit Adderall pills from a box in the kitchen closet. Subsequent laboratory testing established that there were more than 73,000 seized counterfeit Adderall pills, that the seized pills contained methamphetamine, and that the seized pills weighed more than 24 kilograms.[11] A photograph of the seized counterfeit Adderall pills appears below:

---

[11]   Two days before the execution of this search warrant, investigators intercepted a call between NAGLE using TT-1 and BELLO using TT-4 in which I believe that NAGLE informed BELLO that NAGLE had recently obtained 120,000 counterfeit Adderall pills. In that call (on January 5, 2022), NAGLE asked BELLO if he was still selling counterfeit Adderall pills (*"you still fucking with the Adds?"*). NAGLE informed BELLO that he had recently obtained 120,000 counterfeit Adderall pills (*"I just got a fucking 120K"*) and offered to sell them to BELLO for a dollar per pill (*"I can give 'em to you for a dollar."*). Given that two days later investigators seized more than 70,000 counterfeit Adderall pills from C. NAGLE's residence, I believe that the counterfeit Adderall pills that NAGLE referred to in the call with BELLO (*"I just got a fucking*



*120K"*) were the seized counterfeit pills and that C. NAGLE was storing these drugs on behalf of the NAGLE DTO.

20

37.     During the search of C. NAGLE's apartment, investigators also seized from a drawer in the kitchen, a bag of round green pills bearing the imprint "OC" on one side and "80" on the other, which investigators believe to be pharmaceutical-grade oxycodone pills. Intermingled with these pills were additional round white pills and round blue pills that investigators believe to be counterfeit oxycodone pills containing fentanyl. In a kitchen cabinet, investigators seized a gallon ziplock plastic bag containing a quantity of orange pills believed to be counterfeit Adderall pills containing methamphetamine. Inside a coffee table in the living room, investigators seized a bag containing additional pills, including: (a) two clear plastic bags containing round pills (some bearing an "M" imprint and some bearing a "V" imprint) that investigators believe to be counterfeit oxycodone pills containing fentanyl; (b) a quantity of oval, orange pills bearing the imprint "30" on one side and "974" on the other side, which investigators believe are counterfeit Adderall pills containing methamphetamine; and (c) a quantity of green pills bearing an imprint with "OC" on one side and "80" on the other side that investigators believed to be pharmaceutical-grade oxycodone pills and which were field-tested with presumptive positive results for the presence of oxycodone. C. NAGLE was not arrested at the time in order to preserve the covert nature of the ongoing wiretap investigation. Investigators also obtained a court order impounding the state search warrant and return in deference to the ongoing wiretap investigation.[12]

---

[12] On April 11, 2022, June 30, 2022, and on September 23, 2022, the state court extended its order impounding the state search warrant and return.

**B.** **May 10, 2022: Investigators Seized 591 Counterfeit Adderall Pills Containing Methamphetamine and Weighing More than 200 Grams that NAGLE Delivered to DELAURI, Who Then Immediately Re-Distributed the Pills to BARTONE**

38.     At 12:28 p.m. on May 10, 2022, NAGLE received an incoming call on TT-1 from (781) 299-5854 and spoke with DELAURI.[13]  I believe that in this call DELAURI asked NAGLE if he would sell 600 counterfeit Adderall pills for $850 *("Can you do me 600 of the Addies for like 850?").*  NAGLE agreed, but observed that he usually charged $2 per pill, which would make the total owed $1,200 *("Cause I usually charge two. So it should be, it should be 12.").*  NAGLE asked what DELAURI was going to charge DELAURI's customer *("Cause what you gonna charge her?").*  DELAURI responded that his customer who was asking for $1,000 worth of pills *("I'mma just try to meet her. She's asked for a G if she could do it. For a rack.")* and sought assurances that the pills were quality *("But they have to work").*  NAGLE confirmed that the pills were potent *("Yeah, they bug.")*, and asked whether DELAURI's customer wanted round or oval Adderall pills *("Ask her if she wants the circle ones or the football ones. I got both.").*  DELAURI stated that he hoped to meet NAGLE in roughly one hour *("I'mma be heading down in like an hour.").*

39.     At 1:14 p.m., NAGLE received an incoming call on TT-1 from (781) 299-5854 and spoke with DELAURI.  I believe that in this call DELAURI informed NAGLE that his ride was going to arrive shortly *("My ride is gonna be here in 20 minutes.").*  DELAURI asked how much he owed NAGLE for the last delivery of drugs *("How much was that last one you gave me? 400*

---

[13]  I believe that DELAURI is the user of (781) 299-5854 because investigators conducting surveillance observed that DELAURI's movements were consistent with location descriptions given by the user of this telephone during intercepted communications.  Additionally, as will be discussed, BARTONE, who was a drug customer of DELAURI's, identified this number as being used by DELAURI.

*right?")* and stated that he planned on giving NAGLE $600, not including the money he was going to obtain from his customer for the counterfeit Adderall pills *("I'll probably give you 600 on my end. And that's not counting, uh, this bitch. I'm gonna give you that money now.")*. NAGLE instructed DELAURI to call when he was almost there *("Just call me when you're close.")*.

40.     At 1:48 p.m., NAGLE received an incoming call on TT-1 from (781) 299-5854 and spoke with DELAURI. I believe that in this call DELAURI informed NAGLE that he was en route *("I just got in my ride, so, I'm heading down there now.")*. DELAURI told NAGLE that he needed 800 counterfeit Adderall pills *("I'm grabbing 800 of them, fucking, uhm things…. Of the Addies.")*. NAGLE reminded DELAURI that he had previously asked for only 600 Adderall pills *("You said 600.")*. DELAURI answered that he would call his female customer and let her know that he was only getting 600 Adderall pills *("I'll make sure she knows I said 600, so she don't got it twisted.")*. DELAURI also stated that he wanted to obtain some Xanax *("I might as well grab a couple of Xans.")* and some marijuana *("Xans and some bud sounds good.")*. NAGLE asked DELAURI to let NAGLE know when DELAURI was almost there *("Just call me when you get close.")*.

41.     At 2:23 p.m., an investigator observed NAGLE arrive at the building where NAGLE SR. lives at 39 Rockaway Street in Lynn, Massachusetts. NAGLE entered the front door of the building. At 2:24 p.m., NAGLE received an incoming call on TT-1 from (781) 299-5854 and spoke with DELAURI. DELAURI proposed meeting NAGLE and DELAURI's customer at the parking lot of a Dollar Tree store *("I'll meet you and her at the Dollar Tree.")*. DELAURI confirmed that his customer wanted 600 counterfeit Adderall pills *("She wants 600.")*. DELAURI asked if NAGLE had a special type of marijuana available *("You have any of that Bomb Budd, like, bomb budd, like, already made up?")*. NAGLE replied that he only had Kush marijuana *("I*

*only got Kush.")*.  DELAURI asked for an ounce of Kush marijuana along with 300 Xanax bars *("I'll take like an ounce of that.  I was gonna see if you could just throw me like, in three, three hundred of the bars.  That's it.")*.  NAGLE agreed *("Aight, cool.")*.

42.     At 2:45 p.m., NAGLE used TT-1 to call (781) 299-5854 and spoke with DELAURI. I believe that in this call DELAURI informed NAGLE where he was *("I'm passing Mobil right now")* and confirmed that he was meeting his customer at Dollar Tree.  DELAURI explained that he was going to get the money from his customer and then meet with NAGLE *("I'm grabbing the shit off of her and I'm jumping right in and I'm going [unintelligible].")*.  NAGLE confirmed that he had the drugs with him *("I got it wit me.")*.  At the same time, an investigator observed via electronic surveillance NAGLE leave NAGLE SR.'s building at 39 Rockaway Street in Lynn, Massachusetts.

43.     At 2:52 p.m., NAGLE used TT-1 to call (781) 299-5854 and spoke with DELAURI. I believe that in this call DELAURI explained that his customer went to the wrong Dollar Tree location *("She was at the wrong one. She was at the one in Boston.")* and would arrive in five minutes *("She's going to be there in five minutes.")*.  NAGLE instructed DELAURI to tell his customer to wait and that he and DELAURI would drive together to meet her *("Just hop on with me. Tell her to wait on Boston Street.")*.

44.     At approximately 2:53 p.m., an investigator observed a male later identified as DELAURI enter the passenger side of a grey Infiniti SUV being operated by NAGLE at the parking lot of the Dollar Tree store located at 15 Joyce Street in Lynn, Massachusetts.  NAGLE then drove the grey Infiniti SUV to the parking lot of the Dollar Tree store located at 102 Boston Street in Lynn, Massachusetts, where a 2019 white Chevrolet Cruze (the "white Chevrolet Cruze")

was in the parking lot.  An investigator observed BARTONE in the driver's seat of the Chevrolet Cruze.

45.    At 3:00 p.m., DELAURI exited NAGLE's grey Infiniti SUV and entered the passenger seat of the white Chevrolet Cruze.  Less than 30 seconds later, DELAURI exited the white Chevrolet Cruze and reentered NAGLE's grey Infiniti SUV.  BARTONE then left the parking lot in her vehicle, and NAGLE and DELAURI left the parking lot in NAGLE's vehicle. A short while later, an officer in a marked Lynn Police Department patrol car stopped the white Chevrolet Cruze, which was being driven by BARTONE.  Investigators seized 591 oval orange pills from the vehicle.  BARTONE admitted that she had just purchased the seized orange pills from DELAURI for $1,000.  BARTONE also confirmed DELAURI's phone number was (781) 299-5854.    Subsequent laboratory analysis determined that the seized pills contained methamphetamine and weighed approximately 208 grams.

46.    Based upon my training and experience, as well as my participation in this investigation, I believe that NAGLE supplied DELAURI with the seized 591 counterfeit Adderall pills containing methamphetamine and that DELAURI then sold those pills to BARTONE for redistribution.

C.    **May 24, 2022:  Investigators Seized More than 1,000 Counterfeit Oxycodone Pills Containing Fentanyl Weighing More Than 130 Grams and a Quantity of Marijuana that BELLO Had Just Delivered to ORTIZ**

47.    At 11:44 a.m. on May 24, 2022, BELLO received an incoming call from (781) 817-0782 and spoke with ORTIZ.[14]  I believe that in this call ORTIZ asked BELLO whether SOLIS was available to deliver drugs to him (*"Yo, quick question. Is your boy around real quick?"*).

---

[14]    I believe that ORTIZ is the user of (781) 817-0782 as investigators conducting surveillance have observed ORTIZ at locations consistent with location descriptions being given by the user of this telephone.

BELLO responded, *"No he's not."* ORTIZ explained that an unknown female customer had just contacted him seeking counterfeit oxycodone pills (*"the lady just hit me up … for the blue"*). BELLO informed ORTIZ that he would personally deliver the drugs to ORTIZ (*"I'll see you myself. Give me a little bit."*).

48.     At 11:52 a.m., BELLO used TT-4 to call (781) 817-0782 and spoke with ORTIZ. I believe that in this call BELLO instructed ORTIZ to meet him on Pendexter Street in Lynn, Massachusetts in ten minutes (*"Pendexter in 10 minutes."*).

49.     At 12:26 pm., BELLO received an incoming call on TT-4 from (781) 817-0782 and spoke with ORTIZ. I believe that in this call ORTIZ complained about having to wait so long for BELLO to arrive (*"Damn, bro you got all these people looking like I'm crazy."*). After telling ORTIZ to stop being paranoid (*"It's not illegal to park on the street, bro you gotta stop, you know what I mean."*), BELLO instructed ORTIZ to follow his car when he arrived (*"Follow me when I pull up."*).

50.     At 12:30 p.m., investigators observed a grey Acura MDX bearing Massachusetts registration 2KZH38 being operated by BELLO (the "BELLO Acura MDX") traveling on Wyoma Street and turn left on Broadway Street. A black Audi A6 bearing Massachusetts registration 6LN722 later determined to be driven by ORTIZ (the "ORTIZ Audi A6") was traveling directly behind the BELLO Acura MDX; however, the ORTIZ Audi A6 turned right onto Broadway Street.

51.     At 12:31 p.m., BELLO used TT-4 to call (781) 817-0782 and spoke with ORTIZ. I believe that in this call BELLO asked where ORTIZ was (*"Where you at?"*). After ORTIZ expressed confusion about which way BELLO turned on Broadway (*"You took a right, right? At the light?"*), BELLO informed ORTIZ that he was waiting in the parking lot of Mino's Roast Beef, 244 Broadway Street, Lynn, Massachusetts (*"I'm right here in the parking lot. Minos."*).

52.     At 12:33 p.m., an investigator observed the BELLO Acura MDX in the parking lot behind Mino's Roast Beef.  The investigator also observed the ORTIZ Audi A6 enter the parking lot behind Mino's Roast Beef.  Approximately one minute later, an investigator observed BELLO at the rear driver's door of the ORTIZ Audi A6, which was opened.  From the investigator's vantage point, it appeared that BELLO was manipulating something inside of the ORTIZ Audi A6.  From the investigators' training and experience (and based upon subsequent events), investigators believed that BELLO had delivered a quantity of counterfeit oxycodone to ORTIZ.

53.     Approximately one minute later, the BELLO Acura MDX and the ORTIZ Audi A6 both departed the Mino's Roast Beef parking lot.  Investigators followed the ORTIZ Audi A6.  Although investigators lost visual contact with the ORTIZ Audi A6 briefly, they observed the vehicle turn onto Clark Street at 12:40 p.m.

54.     At that point, investigators directed a uniformed Lynn Police Officer in a patrol car to stop the vehicle.  The officer observed the ORTIZ Audi A6 pull into the driveway of 76 Clark Street.  By the time the officer reached the vehicle, the vehicle was unoccupied.  An investigator observed ORTIZ at the back corner of 76 Clark Street behind the residence.  ORTIZ ran onto the back porch of 76 Clark Street.  As an investigator entered the back yard of 76 Clark Street, ORTIZ attempted to jump over the fence into the adjacent yard.  At 12:41 p.m., an investigator directed ORTIZ to stop, which he did.  ORTIZ immediately admitted to the investigator that he attempted to throw a black trash bag containing drugs over the fence and pointed to the fence where a black trash bag was hanging from the fence.  ORTIZ stated that the drugs were right there.  Inside the black plastic bag were ten smaller clear plastic bags each containing approximately 100 round light blue pills bearing the imprint "M" on one side and "30" on the other (for a total of 1,000 pills).  Subsequent forensic analysis determined that the black trash bag contained 1,008 counterfeit

oxycodone pills containing fentanyl and that the seized pills weighed approximately 135.5 grams. Additionally, investigators recovered approximately 1,287 grams of suspected marijuana in three separate clear plastic sealed bags from the plastic bag.

55.     ORTIZ was then asked whether there were any additional drugs in his vehicle. After ORTIZ stated that there was more marijuana in his car, investigators recovered an additional 427 grams of suspected marijuana inside a backpack in the vehicle.  ORTIZ was not arrested so as to maintain the covert nature of the investigation.

56.     At 1:05 p.m., BELLO received an incoming call on TT-4 from (781) 817-0782 and spoke with ORTIZ.  I believe that in this call ORTIZ informed BELLO that law enforcement officers just seized the drugs that BELLO had delivered to him (*"Just took a hit."*).  ORTIZ explained that the officers seized 1,000 counterfeit oxycodone pills and three pounds of marijuana (*"Niggas took the 1K and the fucking 3Ps off."*).  BELLO asked whether the officers mentioned anything about the individual from whom ORTIZ obtained the drugs (*"They said they seen who you got it from him?"* and *"They said anything about where you got it from or what kinda car you got it from or anything?"*).  ORTIZ reassured BELLO that the officers did not know about BELLO (*"Nah, they didn't say shit, they don't even know nothing about you."*).  ORTIZ advised BELLO that the officers were not interested in the marijuana he had in his possession and were only interested in the counterfeit pills (*"They ain't care shit about the weed my nigga.  He just wants that shit."*).  BELLO asked whether the drugs were still in the plastic bag (*"Where you had it all? In the bag?"*) and ORTIZ replied affirmatively (*"Yeah."*).  Later in the call, ORTIZ again emphasized that the officers were only interested in the counterfeit pills and not the marijuana (*"Don't even care about the fucking bud.  They just want the fucking the work …"*).  BELLO noted that ORTIZ had 1,000 pills in his possession (*"That's a K-pack too, that's a lot."*).  ORTIZ asked

BELLO how much time in prison ORTIZ may be looking at (*"How much is that shit?"*). BELLO replied that he was unsure, and again noted that ORTIZ had just received 1,000 pills (*"Nigga, I don't know. It's a K-pack, though. It's not 100 pack. You know what I mean?"*). BELLO urged ORTIZ to get a lawyer (*"You gotta lawyer up …"*).

### D. May 25, 2022: Investigators Seized 101 Counterfeit Oxycodone Pills Containing Fentanyl that BRYSON Had Just Delivered to a Customer

57. Beginning at 10:57 a.m. and continuing through 11:58 a.m. on May 25, 2022, BRYSON used TT-5 to have a series of calls with Individual-4, who was using (617) 413-8153.[15] I believe that in these calls BRYSON and Individual-4 discussed where to meet to engage in a drug transaction. BRYSON first suggested meeting at the Encore casino (*"You want to meet me at the Encore?"*) and later suggested meeting at Mike's Roast Beef, 115 Broadway, Everett, Massachusetts (*"There's a Mike's Roast Beef across the street."*). At 11:58 a.m., Individual-4 asked whether BRYSON was at Mike's Roast Beef (*"You at Mike's?"*) and BRYSON responded affirmatively (*"Yeah."*). Individual-4 replied, *"I'll be right there."*

58. At 11:54 a.m., an investigator observed a 2017 BMW X-5 bearing Massachusetts registration 6SL858 arrive in the parking lot at Mike's Roast Beef. BRYSON exited the BMW X-5 and went into the restaurant. At 11:59 a.m., BRYSON exited the restaurant and stood by his vehicle. A few moments later, BRYSON reentered the restaurant with an unknown male.

59. At 12:02 p.m., an investigator observed a 2014 black Dodge Durango (registered to Individual-4) park in a side parking lot of Mike's Roast Beef. BRYSON then exited the restaurant and walked toward the Dodge Durango. An investigator observed BRYSON meet

---

[15] I know the identity of Individual-4 but am not publicly disclosing it so as to protect Individual-4's privacy and to protect Individual-4 from retaliation from BRYSON or other members of the NAGLE DTO.

briefly with Individual-4, who remained in the driver's seat of the Dodge Durango. A minute later, BRYSON walked away from Individual-4's Dodge Durango and re-entered Mike's Roast Beef. Based upon my training and experience (as well as the training and experience of the investigator who observed the meeting), and my participation in this investigation, I believe that this meeting was consistent with a hand-to-hand drug transaction and that Individual-4 met with BRYSON for the purpose of obtaining 101 counterfeit oxycodone pills containing fentanyl.

60.     Individual-4 (who never exited the Dodge Durango) then drove out of the parking lot and directly to a McDonald's parking lot a short distance away (at 128 Broadway, Everett, Massachusetts). Individual-4 exited his vehicle and went into the McDonalds. Three minutes later, Individual-4 exited the McDonalds empty-handed and got back into his Dodge Durango.

61.     At 12:20 p.m., a uniformed Massachusetts State Police ("MSP") trooper conducted a walled-off stop of Individual-4's Dodge Durango after observing Individual-4 engage in a traffic violation (changing lanes without signaling). During the stop, Individual-4 stated that he had narcotics inside the center console of his vehicle. An MSP Trooper removed a clear plastic bag containing 101 green pills bearing "K-8" markings. Subsequent laboratory analysis confirmed that the seized pills were counterfeit oxycodone pills containing fentanyl and that the seized pills had a net weight of approximately 11.215 grams.

62.     Individual-4 was not arrested to maintain the investigation's covert nature. At 12:41 p.m., Individual-4 left the area. Three minutes later (at 12:44 p.m.), Individual-4 used (617) 413-8153 to call TT-5 and spoke with BRYSON. I believe that in this call Individual-4 asked BRYSON whether BRYSON could meet with him later (*"Can you meet with me anywhere tonight or today?"*). BRYSON asked whether Individual-4 needed another 100 counterfeit oxycodone pills (*"For another one?"*). Individual-4 responded affirmatively (*"Yeah."*). BRYSON asked

whether Individual-4 would be willing to meet someone acting on his behalf who was currently in Malden, Massachusetts (*"You can meet my friend? ... I think he is at Malden."*) Individual-4 agreed and explained that he had a problem, referencing his encounter with law enforcement (*"Okay. Uhmm, yeah. I mean I guess. I, I have to because I screwed, screwed up, so--"*). After BRYSON asked, *"You okay?,"* Individual-4 replied, *"Yeah, I'm sort of okay."* BRYSON informed Individual-4 that he would need to check with the unnamed third individual to find out how many pills he had (*"Let me see if he can reach. I'm, I'm not sure how many he has. Let me ask how many he has."*). BRYSON warned Individual-4 that this third individual may not have the full 100 pills he was seeking (*"I think he short like 10 of them or something. Let me ask."*).

63.     One minute later, BRYSON used TT-5 to call (617) 413-8153 and spoke with Individual-4. I believe that in this call BRYSON asked whether Individual-4 needed to get the pills that day (*"Hey, have to do it tonight."*). Individual-4 responded affirmatively (*"Or today."*). BRYSON said he would try to find a way to complete the transaction (*"Let me work on my magic."*).

64.     At 1:06 p.m., BRYSON used TT-5 to call (617) 413-8153 and spoke with Individual-4. I believe that in this call BRYSON asked whether Individual-4 was going to pay immediately for the pills or was asking to take them on consignment (*"Hey, you giving cash or is it cuff?"*). Individual-4 replied, *"It would be cash."* Four minutes later, BRYSON used TT-5 to call (617) 413-8153 and spoke again with Individual-4. I believe that in this call BRYSON advised Individual-4 to meet at 5:45 p.m. in Malden (*"5:45, uh, Malden."*). Individual-4 asked whether he would be meeting directly with BRYSON (*"I'm meeting you?"*). After BRYSON replied, *"No,"* Individual-4 expressed discomfort at meeting another unknown individual for a drug transaction (*"Makes me nervous."*). BRYSON explained that he did not want to meet with a drug

customer twice in the same day out of concern of attracting law enforcement attention (*"I can't come out twice a day. Twice in the day."*).

65.     At 1:17 p.m., BRYSON used TT-5 to call (617) 413-8153 and spoke with Individual-4. I believe that in this call BRYSON asked whether Individual-4 wanted him to deliver the drugs personally (*"Do you want me to see if I can come to the house?"*).  Individual-4 agreed and again referenced the fact that he was having a problem (*"I'm in trouble. I fucked up."*). BRYSON reassured Individual-4 that he would try to help him (*"Let me try my best."*).

66.     At 2:56 p.m., BRYSON used TT-5 to call (617) 413-8153 and spoke with Individual-4.  I believe that in this call BRYSON asked whether Individual-4 could pick up the pills in Saugus, Massachusetts at 5:30 p.m. (*"Hey can you go to Saugus around 5:30?"*). Individual-4 replied, *"Sure."*  BRYSON then stated, *"Aight. I'll text you the address."*

67.     Two minutes later, BRYSON used TT-5 to call (617) 413-8153 and spoke with Individual-4. I believe that in this call BRYSON suggested that the proposed drug transaction was going to take place using a drop location (*"He's just gonna put it in somewhere, cause he doesn't want seeing nobody either."*).  BRYSON explained that Individual-4 could leave the payment for the drugs in the same drop location (*"And then you can just leave the cash in the same thing and he'll do, he'll figure it out."*).  Individual-4 agreed (*"Okay, as long as you think it's cool."*).

68.     At 3:18 p.m., BRYSON received an incoming call on TT-5 from (978) 943-7069 and spoke with RAMOS-RIVERA.[16] I believe that in this call BRYSON expressed concerns about Individual-4's request to meet a second time in one day for additional counterfeit pills (*"Seeing somebody acting funny."*).  RAMOS-RIVERA suggested that BRYSON *"change his location. Go*

---

[16]     I believe that RAMOS-RIVERA uses (978) 943-7069 (which is subscribed to BRYSON) as this telephone number is listed as the contact number for RAMOS-RIVERA on two separate credit card applications that were submitted in 2021.

*somewhere else."* BRYSON stated that he had already done that and also was making Individual-4 wait for the drugs (*"I switched locations. Made him wait an hour."*). BRYSON explained that he had already met with Individual-4 and delivered drugs to him once earlier in the day (*"I already seen him this morning."*). RAMOS-RIVERA then asked why Individual-4 wanted to see BRYSON a second time (*"Why would he see you again?"*) and suggested that BRYSON just refuse to meet with Individual-4 again (*"So don't see him today."*). RAMOS-RIVERA warned BRYSON that if he was uncomfortable, he should not engage in a second drug transaction with Individual-4 (*"Not every dollar is worth it sweetheart. Don't see him."*).

69.     At 4:19 p.m., BRYSON used TT-5 to call (617) 413-8153 and spoke with Individual-4. BRYSON gave directions where to go to find the drugs. BRYSON explained that Individual-4 needed to find a *"red Toyota Corolla,"* but had trouble remembering the exact address where the car was located. After Individual-4 continued to express confusion, BRYSON suggested that he would use FaceTime to explain where Individual-4 needed to look for the drugs (*"I can FaceTime and explain it to you."*). At 4:23 p.m., BRYSON used TT-5 to call (617) 413-8153 and spoke with Individual-4 again. I believe that in this call BRYSON explained to Individual-4 where the drugs were in the car and where to leave payment for the drugs (*"So underneath the air conditioner. There's little drawers… They said to leave it there."*). Individual-4 asked where he should leave the payment (*"Should I just put it on the seat then?"*). BRYSON replied, *"You could put it underneath the, if there's a carpet on the driver's side?"* Individual-4 advised BRYSON that he had arrived and was getting ready to go into the car and look for the pills (*"I am about to get out of the car."*). BRYSON again directed Individual-4 where the pills were located (*"AC. There's drawers. In the front… See the drawers? … In one of the drawers is the thing."*). BRYSON asked whether Individual-4 needed help (*"Want me to send them out?"*),

and Individual-4 replied affirmatively explaining that he could not find the pills (*"Yeah. I can't find it man."*).

71. 70. Three minutes later, BRYSON used TT-5 to call (617) 413-8153 and spoke with Individual-4. I believe that in this call Individual-4 advised BRYSON that he had the drugs (*"Thank you. Yeah, got it. Thank you."*). Based upon the foregoing, I believe that BRYSON left another 100 counterfeit oxycodone pills containing fentanyl for Individual-4, which Individual-4 sought as replacements for the seized pills that BRYSON had delivered to Individual-4 earlier in the day.

## V. NAGLE'S DISTRIBUTION OF CONTROLLED SUBSTANCES

71. Through intercepted communications over TT-1 and (to a lesser extent TT-2), investigators learned that NAGLE was actively distributing various controlled substances, including, but not limited to, pharmaceutical-grade oxycodone pills, counterfeit oxycodone pills containing fentanyl, counterfeit Adderall pills containing methamphetamine, cocaine, methamphetamine, and marijuana to various individuals who subsequently redistribute the drugs to others. As discussed above, one of NAGLE's redistributors is DELAURI. Other individuals being supplied by NAGLE include LAGES, MUISE, ADOLPHE, KULAKOWSKI, MORA, BELLO, and BRYSON.

### A. LAGES Obtained Controlled Substances from NAGLE for Redistribution

72. LAGES is one of NAGLE's wholesale customers, who obtains pharmaceutical-grade oxycodone pills, counterfeit oxycodone pills containing fentanyl, and counterfeit Adderall pills containing methamphetamine from NAGLE for resale.

73. LAGES has been distributing drugs since at least January 2019. In or about January 2019, LAGES first came to investigators' attention when a cooperating witness ("CW-3")

provided information describing LAGES's drug trafficking.[17]  At that time, investigators were not actively investigating NAGLE nor were they aware of a connection between LAGES and the NAGLE DTO.

74.    CW-3 identified LAGES as part of an oxycodone distribution organization operating in the Revere and Malden areas of the North Shore of Massachusetts.  CW-3 advised investigators that LAGES, at that time, was selling 50 packs of 30 mg. oxycodone pills for $27 per pill.  CW-3 provided investigators with a telephone number for LAGES, which was (781) 244-0898.  On three separate occasions (in late January 2019, in mid-February 2019, and in April 2019) and at the direction of law enforcement, CW-3 contacted LAGES on (781) 244-0898 and obtained suspected controlled substances from her.  Many of the communications that CW-3 had with LAGES via voice and text messaging were not recorded or otherwise memorialized.[18]

---

[17]  At the time, CW-3 had been convicted of drug offenses in federal court and was awaiting sentencing.  CW-3 executed a cooperation agreement with the government and was cooperating in the hopes of obtaining a reduction in sentence.  CW-3 had previously been convicted of drug and firearms offenses in state court.  When she/he was younger, CW-3 used cocaine and ecstasy recreationally.  CW-3 had also in the past used marijuana and steroids.  CW-3 initially became a DEA documented confidential source in June 2017.  After CW-3 was arrested on unrelated state charges, CW-3 was deactivated in February 2018.  In June 2019, after those unrelated state charges were dismissed, CW-3 was reactivated as a documented confidential source.  CW-3 was then deactivated again in July 2020 when CW-3's cooperation was completed.  To the extent possible, the information provided by CW-3 was corroborated through controlled buys and surveillance.  CW-3's cooperation included making recorded calls and controlled buys, which has resulted in the arrest of individuals and the seizure of drugs, cash, and vehicles.  I believe CW-3 is an accurate and reliable source of information.

[18]  During the January 2019 controlled buy, CW-3 met with and purchased 50 suspected pharmaceutical-grade oxycodone pills from LAGES.  During the mid-February 2019 controlled buy, CW-3 met with and purchased 50 oxycodone pills from LAGES that were subsequently determined via forensic analysis to contain oxycodone.  According to law enforcement records, CW-3 also purchased a quantity of cocaine from LAGES in April 2019 during a controlled buy.  However, the details of this transaction were not fully documented in an investigation report.

75.     During the wiretap investigation of the NAGLE DTO, LAGES was intercepted on TT-1 multiple times using (781) 244-0898 to communicate with NAGLE.[19]  During these calls, LAGES sought to purchase for redistribution various types of controlled substances, including pharmaceutical-grade oxycodone pills, counterfeit Adderall pills containing methamphetamine, and counterfeit oxycodone pills containing fentanyl.  Based upon other intercepted calls, as well as surveillance, I believe that NAGLE often personally delivered the drugs sought by LAGES.

1.     **November 30, 2021:  NAGLE Delivered Pharmaceutical-Grade Oxycodone Pills to LAGES**

76.     At 1:17 p.m. on November 30, 2021, NAGLE received a call on TT-1 from (781) 244-0898 and spoke with LAGES.  I believe that in this call LAGES informed NAGLE that she needed 100 pharmaceutical-grade oxycodone pills (*"100 of the real ones"*) that NAGLE owed her from a previous order (*"The ones that were missing from the other thing."*).  LAGES further explained that she also wanted an additional 300 pharmaceutical-grade oxycodone pills (*"I need 300 more of those."*) for a customer (*"The dude that I sent it -- wants 300 more"*).  NAGLE informed LAGES he had the drugs she wanted (*"I got it."*).  LAGES advised NAGLE that she was going to see one additional customer and then would travel to meet him (*"I just need to meet one person and I'll head down there."*).

77.     At 2:13 p.m., LAGES used (781) 244-0898 to call NAGLE on TT-1. I believe that in this call LAGES informed NAGLE that she had arrived and was ready to buy the pills as previously discussed (*"I'm downstairs."*).  NAGLE replied, *"Alright."*

---

[19]  I believe that LAGES is the user of (781) 244-0898 because LAGES's movements as established during surveillance were consistent with location descriptions given by the user of this telephone.

78.     Based upon this call, I believe that NAGLE delivered the controlled substances requested by LAGES.  A subsequent intercepted call at 3:50 p.m. further supports this belief.  During that call, LAGES used (781) 244-0898 to call NAGLE on TT-1.  I believe that in this call LAGES complained that 24 of the pills she received from NAGLE were oxycodone pills manufactured by Rhodes Pharmaceuticals, which bear an imprint of "RP" on the pill (*"You gave me 24 RPs. I can't fuck with these at all."*).  NAGLE explained that he had no control over the pills in the bags (*"I don't bag those up; that's how they come" "I just gotta take them, or I have nothing"*).  NAGLE explained that he could not rebag the pills, because then he would be left with pills bearing the RP imprint, which would be harder to sell (*"I can't take them out and put em in another one and make the other one have 50 RPs. You know what I mean? When they come like that, that they come like that.").*  NAGLE offered to exchange the pills for other pills in the next shipment (*"I'll switch them for you."*).  LAGES complained that she had received 25 of the pills with the RP imprint (*"They literally gave 25 of them."*).  LAGES was unhappy because her customers did not like these pills and she could only sell the pills for $30 per pill (*"I have to sell them for 30, cause no one likes them."*).  NAGLE commiserated with LAGES, *"I just gotta take them, or I have nothing."*  NAGLE told LAGES that he expected a new shipment of pills shortly (*"I'mma get some more probably today or tomorrow."*) and promised to trade with her then (*"I'll try to switch them for you."*).

**2.     January 3, 2022:     NAGLE Delivered 200 Counterfeit Adderall Pills Containing Methamphetamine to LAGES**

79.     At 1:33 p.m. on January 3, 2022, NAGLE used TT-1 to call (781) 244-0898 and spoke with LAGES.  I believe that in this call LAGES informed NAGLE that she was waiting to hear from a customer as to how many pills he needed (*"I'm just waiting for this nigga but he didn't answer me on how many of those things he wants."*), but in the meantime she needed 200

counterfeit Adderall pills (*"I still want uh, 200 addies, if you could link me for that."*). NAGLE agreed to meet with LAGES shortly and explained that he needed to pick up the pills first (*"I just gotta go pick it up real quick."*).

80.  At 2:12 p.m., NAGLE used TT-1 to call (781) 244-0898 and spoke with LAGES. I believe that in this call NAGLE asked which building LAGES was in (*"What building you at?"*). LAGES replied, *"The top one, 4338."* LAGES explained, *"It's the second building ... 4338."* NAGLE promised that he would be there shortly (*"I'll be there in a couple minutes."*).

81.  At 2:23 p.m., an investigator observed NAGLE arrive at 4315 Founders Way in Saugus, Massachusetts.[20] NAGLE was driving a black Acura bearing Massachusetts registration 1CRB38.  The investigator observed LAGES exit the main door of the apartment building and approach the driver's side of NAGLE's Acura.  NAGLE and LAGES engaged in a brief conversation.  LAGES then walked away and went back into the apartment building, and NAGLE drove the black Acura out of the parking lot.

82.  Based upon my training and experience, my participation in this investigation, and an intercepted call the next day in which I believe that LAGES apologized to NAGLE for having forgotten to send money (*"I totally forgot to send other that money. That's why I sent it on, um, the other number"*), I believe that NAGLE delivered the 200 counterfeit Adderall pills that LAGES requested.

---

[20] The surveillance report indicates that LAGES exited the main door of the building located at 4315 Founders Way.  The building is actually Building 43, which contains multiple apartments (4315-4318, 4325-4328, 4335-4338).  These numbers all appear on a placard at the front of the entranceway of Building 43, which is located on Founders Way.  The surveillance report identified the building using 4315, which is the first number appearing on the placard.

**3. January 12, 2022: NAGLE Delivered 100 Pharmaceutical-Grade Oxycodone Pills and 100 Counterfeit Adderall Pills Containing Methamphetamine to LAGES**

83. At 8:46 p.m. on January 12, 2022, LAGES used (781) 244-0898 to call NAGLE on TT-1. I believe that in this call LAGES informed NAGLE that she needed 100 pharmaceutical-grade oxycodone pills and 100 counterfeit Adderall pills (*"I need 100 of the Addies and 100 of the real ones."*). NAGLE told LAGES that he would call when he arrived at the apartment where LAGES was staying (*"Alright, I'll call you when I'm outside."*). LAGES also told NAGLE that she was waiting to hear from a customer who she expected was going to order 1,000 counterfeit oxycodone pills (*"I think in like two days that due that's, that grabbed the other ones is gonna grab another 1,000. So, I'm just waiting for him to get right."*).

84. At 9:01 p.m., NAGLE used TT-1 to call LAGES on (781) 244-0898. I believe that in this call NAGLE informed LAGES that he was almost to her apartment and that he was driving a red Mercedes Benz (*"I'm about to pull up. I'm in the red Benz."*). LAGES informed NAGLE that she was going to send someone down to meet him (*"I'mma tell my girl to come down."*).

85. At 9:18 p.m., an investigator observed NAGLE in a red Mercedes Benz GLC300 outside of LAGES's apartment building (Building 43) on Founders Way in Saugus, Massachusetts.[21] Approximately one minute later, the investigator observed a female exit the apartment building and meet with NAGLE at his vehicle. A minute later, the female went back inside the apartment building.

---

[21] As discussed previously, this building bears a placard listing different apartment numbers (4315-4318, 4325-4328, and 4335-4338). The surveillance report listed the first apartment number (4315) appearing on the placard.

86.     Based upon my training and experience, as well as my participation in this investigation, I believe that NAGLE delivered 100 pharmaceutical-grade oxycodone pills and 100 counterfeit Adderall pills to LAGES as requested.

**B.     MUISE Obtained Controlled Substances from NAGLE and NAGLE SR. for Redistribution**

87.     MUISE has been intercepted over TT-1 using (781) 913-7049 to order various controlled substances (including counterfeit oxycodone pills containing fentanyl, counterfeit Adderall pills containing methamphetamine, and marijuana) from NAGLE for redistribution.[22] On the majority of these occasions, NAGLE personally distributed the drugs to MUISE.  A few examples are set forth below.

**1.     December 21, 2021:  MUISE Obtained 100 Counterfeit Oxycodone Pills Containing Fentanyl, 100 Counterfeit Adderall Pills Containing Methamphetamine, and A Quantity of Marijuana from NAGLE SR., Who Was Acting on NAGLE's Behalf**

88.     At 4:39 p.m. on December 21, 2021, MUISE used (781) 913-7049 to call NAGLE on TT-1.  I believe in this call that MUISE informed NAGLE that he wanted to obtain some counterfeit Adderall pills and counterfeit oxycodone pills from NAGLE (*"I need some Adds and some Vs."*).[23]  MUISE explained that he was on the road and would not be available until approximately 6:30 p.m. (*"I'm just running around right now.  I'll probably be ready at like*

---

[22]     I believe that MUISE is the user of telephone number (781) 913-7049 because investigators have observed MUISE at locations consistent with location descriptions given by the user of this telephone during intercepted communications.

[23]     In an earlier affidavit, I stated that I believed that MUISE informed NAGLE that he wanted Adderall pills, without indicating whether I believed the pills were pharmaceutical-grade or counterfeit.  Based upon my continuing participation in this investigation (as well as the forensic analysis of seized counterfeit Adderall pills containing methamphetamine), I now believe that intercepted communications referring to Adderall concerns counterfeit Adderall pills containing methamphetamine unless there is other information to indicate that the speakers are discussing genuine pills (*e.g.*, characterization of the pills as "real" or a price quotation inconsistent with the market price for the counterfeit Adderall pills).

*6:30."*). MUISE then informed NAGLE that he wanted some marijuana as well ("*I'll take the sours too if you end up heading or something."*). NAGLE advised MUISE that NAGLE was at NAGLE SR.'s apartment at 39 Rockaway Street (*"I'm in the Hills"*), and that he had marijuana there with him (*"I got them." "They are right here."*). MUISE asked whether NAGLE had counterfeit Adderall pills and counterfeit oxycodone pills with him as well (*"Oh, you got Adds and Vs on you, too?"*). NAGLE responded affirmatively. MUISE then commented that the drugs better be good quality (*"Good. They better be the good ones, too."*), and asked whether NAGLE still had any of the counterfeit oxycodone pills with an "M" imprint that NAGLE had previously given MUISE (*"Yo, you still got any of the new M's that you got recently – that you gave me the sample of."*). NAGLE expressed uncertainty (*"Maybe."*), and MUISE requested NAGLE to keep him informed (*"Let me know."*). NAGLE told MUISE that he had three units of marijuana available (*"I got three pods here for you."*). MUISE told NAGLE he did not want them all and said that he would take two units (*"I'm not taking all three. I'll take the two sours."*). NAGLE encouraged MUISE to take the third unit as well (*"Just take the other one too."*). MUISE answered that his customer (*"he"*) originally wanted two units, but now only wanted one unit and that MUISE may have to keep the second unit (*"He only wants one. He was gonna take two, and now he only wants one. So, I may end up having to keep the other one."*). MUISE also informed NAGLE that he needed to travel to Needham (*"Fly down to Needham"*) before he would be ready to complete the transaction (*"And then I'll be ready."*). MUISE urged NAGLE to have the drugs ready by the time he got back in town (*"So just have the shit with you buddy."*). NAGLE asked MUISE to let him know when he was available (*"Call me when you are ready, pal."*), and told MUISE that he would likely meet NAGLE at NAGLE SR.'s apartment at 39 Rockaway Street in Lynn (*"Most likely I can meet you in the hills"*). NAGLE explained that he did not want to drive

with the drugs in his car (*"… Just cause I don't wanna to drive with this bud"*), and promised to have the drugs ready by the time that MUISE returned (*"I just – I'll go grab the other shit now and have it ready for you."*).

89.     At 6:27 p.m., NAGLE used TT-1 to call (781) 913-7049 and spoke with MUISE. I believe in this call that MUISE was delayed due to traffic (*"Still in traffic … coming back from Needham."*). NAGLE informed MUISE that NAGLE was on his way back to 39 Rockaway Street and was likely going to stop at a restaurant (*"I'm on my way to Lynn now. I might go grab some food.*). NAGLE advised MUISE that NAGLE was going to leave the drugs at 39 Rockaway Street (*"I'm just gonna leave the pack of V and the Add and all that shit in the Hills"*). NAGLE informed MUISE that if NAGLE was not present, that MUISE should deal with NAGLE SR. (*"So if anything, you just pull up on my dad."*).

90.     At 6:57 p.m., NAGLE used TT-1 to call (781) 913-7049 and spoke with MUISE. I believe that in this call NAGLE confirmed MUISE's drug order, consisting of 100 counterfeit Adderall pills (*"Hundo Adds"*), 100 counterfeit oxycodone pills (*"Hundo V"*), and two units of marijuana (*"Two pies"*), were ready for pick up (*"It's hot and ready."*). NAGLE informed MUISE to let NAGLE know when MUISE was ready to pick up the drugs (*"Just call me when you get there, or just go up."*), and confirmed that MUISE was going to leave the money for the counterfeit Adderall pills and counterfeit oxycodone pills (*"You're gonna leave them with the bread for the V and the Add?"*). MUISE agreed that he would.

91.     At 7:42 p.m., NAGLE received an incoming call on TT-1 from (781) 913-7049 and spoke with MUISE. MUISE advised NAGLE, *"I'm coming up the Hill now, buddy."* NAGLE replied, *"Alright. Just go upstairs. It's ready for you."* At 8:28 p.m., NAGLE received an incoming call on TT-1 from (781) 913-7049 and spoke with MUISE. MUISE informed NAGLE,

*"I just grabbed that."* NAGLE asked, *"That's all set?"* MUISE responded affirmatively. The call was then cut off. At 8:32 p.m., NAGLE used TT-1 to call (781) 913-7049 and spoke with MUISE. NAGLE apologized, *"My bad. I fucking like lost service,"* and asked MUISE to repeat what he said. MUISE replied, *"I couldn't hear you. I said, 'Yeah. That's all set. I grabbed it.'"*

92.     In this series of calls, I believe that MUISE first informed NAGLE that he had picked up the drugs from NAGLE SR.'s place (*"I just grabbed that"*). NAGLE then inquired whether MUISE needed anything else (*"That's all set."*). After the call was cut off, NAGLE called MUISE back and explained that the call had been disconnected (*"I fucking like lost service."*). MUISE then repeated that he had picked up the drugs (*"I grabbed it."*) and that MUISE had what he needed (*"That's all set."*).

93.     Based on the foregoing, I believe that MUISE picked up the drugs at 39 Rockaway Street that NAGLE had left for him with NAGLE SR. Pole camera footage from 39 Rockaway Street in Lynn, Massachusetts supports my belief that MUISE picked up the drugs from NAGLE SR.'s apartment. Surveillance footage reflects that at 7:45 p.m., a vehicle came up the hill on Rockaway Street and pulled into the driveway at 39 Rockaway Street. A person exited the vehicle, walked up the steps of 39 Rockaway Street and disappeared from view. Roughly 12 minutes later, a person reemerged from 39 Rockaway Street, entered the vehicle in the driveway, and drove away. This sequence of events is consistent with the intercepted calls between NAGLE and MUISE as discussed above.

**2.      December 27, 2021:  MUISE Obtained a Quantity of Counterfeit Adderall Pills from NAGLE SR.**

94.     At 6:26 p.m. on December 27, 2021, NAGLE received an incoming call on TT-1 from (781) 913-7049 and spoke with MUISE. I believe that in this call MUISE asked NAGLE if he had obtained more counterfeit Adderall pills containing methamphetamine (*"Did you grab the*

*Adds yet?")*. NAGLE replied that the pills were at NAGLE SR.'s apartment on 39 Rockaway Street in Lynn *("They in the Hills.")*. MUISE stated that he needed to restock and asked whether NAGLE SR. was available to give them to MUISE *("Aight. I need them. Big Mike there? You want me to just pull up?")*. NAGLE replied that he was out and would check and that he would meet MUISE later if NAGLE SR. was not available *("I'll check. I'm at the Copley though. If not, I'll see you when I get back.")*.

95.     At 6:50 p.m., NAGLE used TT-1 to call (781) 913-7049 and spoke with MUISE. I believe that in this call NAGLE instructed MUISE to go to NAGLE SR.'s apartment at 39 Rockaway Street in Lynn *("Head to the Hills.")*. At 7:03 p.m., NAGLE received an incoming call from (781) 913-7049 and spoke with MUISE. I believe that in this call NAGLE informed MUISE that NAGLE SR. was going to meet with MUISE and provide him with the counterfeit Adderall pills MUISE wanted *("My dad is gonna see you")*. MUISE replied that he was just about to arrive at 39 Rockaway Street (*"Oh aight. I'm about to pull up right now."*). NAGLE instructed MUISE to go inside and meet with NAGLE SR. (*"Go up in the house.")*.

96.     Given that there were no further calls between NAGLE and MUISE, I believe that MUISE met with NAGLE SR. and obtained the counterfeit Adderall pills containing methamphetamine that he was seeking. My belief that MUISE met with NAGLE SR. is also supported by other intercepted communications on other dates on which I believe that MUISE has sought to obtain controlled substances from NAGLE and NAGLE has indicated that he was not available, MUISE has asked whether *"Big Mike"* was available, suggesting to me that MUISE has previously obtained controlled substances from NAGLE SR.

### 3.  January 6, 2022:  MUISE Obtained Counterfeit Oxycodone Pills Containing Fentanyl from NAGLE

97.    At 6:37 p.m. on January 6, 2022, NAGLE received an incoming call on TT-1 from (781) 913-7049 and spoke with MUISE.  I believe MUISE asked NAGLE for a 100 counterfeit oxycodone pills bearing a V imprint (*"I'mma need more V after."*).  NAGLE confirmed that he would have a pack of 100 pills for MUISE (*"I'll have a pack of dungaroos on me for you."*).  MUISE stated that he only wanted good pills (*"Make sure they're the good ones."*), and NAGLE assured MUISE that the pills were getting better and better in quality (*"They're always good ones, they're only getting better."*).  NAGLE explained that the pills were darker in color (*"They actually came little darker this time."*), which NAGLE claimed meant that the pills were stronger and more potent (*"Extra, extra sauce."*).

98.    At 7:31 p.m., NAGLE used TT-1 to call (781) 913-7049 and spoke with MUISE.  NAGLE told MUISE his location ("*I'm at, 250 Newbury Street Danvers … Supino's Restaurant…. I'm at the bar."*).  MUISE informed NAGLE that he would *"head that way shortly …"*

99.    At 7:44 p.m. an investigator observed NAGLE at the bar of Supino's restaurant located at 250 Newbury Street in Danvers, Massachusetts.  At 8:13 p.m., NAGLE received an incoming call on TT-1 from telephone number (781) 913-7049 and spoke with MUISE.  MUISE informed NAGLE that he was about to arrive ("*I'm 'bout to pull up."*).  NAGLE asked if MUISE was in the parking lot (*"You outside?"*).  MUISE responded affirmatively (*"Yeah, I'm about to pull up."*).  NAGLE advised MUISE that he would come out to meet MUISE (*"I'mma come out"*).

100.    At the same time, an investigator observed MUISE's blue BMW 328 enter the parking lot for Supino's restaurant and park next to NAGLE's black Acura TSX.  At 8:16 p.m., NAGLE exited the restaurant and entered the passenger side of the Blue BMW 328.  Three minutes

later, NAGLE exited the passenger side of the blue BMW 328 and walked back into the restaurant. At the same time, an investigator observed the blue BMW 328 drive out of the parking lot.

101.     Based upon the foregoing, I believe that MUISE met with and obtained 100 counterfeit oxycodone pills containing fentanyl from NAGLE.

### 4.     October 5, 2022: NAGLE Distributed Counterfeit Oxycodone Pills containing Fentanyl and Counterfeit Adderall Pills containing Methamphetamine to MUISE

102.     At 1:59 p.m. on October 5, 2022, NAGLE received an incoming call on TT-1 from (781) 913-7049 and spoke with MUISE. I believe that in this call MUISE informed NAGLE that he wanted a quantity of counterfeit oxycodone pills containing fentanyl and counterfeit Adderall pills containing methamphetamine *("I need V and Add man.")*. NAGLE replied that he had the drugs in stock and asked MUISE to call him when he was nearby and ready to make the purchase *("Alright, cool. Just call me when you get close.")*.

103.     At 2:23 p.m., NAGLE received an incoming call on TT-1 from (781) 913-7049 and spoke with MUISE. I believe that in this call NAGLE informed MUISE that he was at NAGLE SR.'s apartment at 39 Rockaway Street in Lynn, Massachusetts *("I'm at the Hills, where you at?")*. After finding out MUISE's location, NAGLE instructed MUISE to *"keep coming this way."* MUISE informed NAGLE that he would *"be there soon."*

104.     At approximately 2:57 p.m., via electronic surveillance, I observed a 2015 Blue BMW 328, known to be used by MUISE, arrive in the vicinity of 39 Rockaway Street. MUISE exited his vehicle and entering the building at 39 Rockaway Street. Immediately thereafter, I observed NAGLE and MUISE as they exited the building at 39 Rockaway Street. NAGLE walked to his vehicle with a bag, and MUISE walked to his vehicle and departed the area.

105.    At approximately 3:08 p.m., an investigator observed a 2015 Blue BMW 328, known to be used by MUISE, arrive in the vicinity of 15 Crescent Street in Swampscott, Massachusetts, which is MUISE's residence.

106.    Based upon my training and experience, as well as my participation in this investigation, investigators believe that MUISE traveled to 39 Rockaway Street in Lynn, Massachusetts to meet NAGLE, who was storing counterfeit oxycodone pills containing fentanyl and counterfeit Adderall pills containing methamphetamine at NAGLE SR.'s apartment at 39 Rockaway Street, that NAGLE delivered the drugs to MUISE in or in the hallway outside NAGLE SR.'s apartment, and that MUISE then took the drugs he received back to the vicinity of his residence at 15 Crescent Street in Swampscott, Massachusetts.

**5.    October 16, 2022:  MUISE Arranged with NAGLE to Obtain Counterfeit Adderall Pills and Counterfeit Oxycodone Pills from NAGLE SR.**

107.    At 7:34 p.m. on October 16, 2022, NAGLE received an incoming call on TT-1 from (781) 913-7049 and spoke with MUISE.  I believe that in this call MUISE stated that he needed counterfeit Adderall pills and counterfeit oxycodone pills *("I need an Ad and a V.")*.  NAGLE told MUISE to go to NAGLE SR.'s apartment at 39 Rockaway Street in Lynn *("Go by the hills.")*.  MUISE sought confirmation that NAGLE SR. was home *("Alright. He's home right now?")*.  NAGLE affirmed.  MUISE asked NAGLE to tell NAGLE SR. that he would arrive in ten minutes *("Tell him I'll be there in like 10 minutes.")*.

108.    At 8:03 p.m., NAGLE received an incoming call on TT-1 from (781) 913-7049 and spoke with MUISE.  I believe that in this call MUISE informed NAGLE that he was about to arrive NAGLE SR.'s apartment *("Yo. I'm pulling up now.")*.  NAGLE instructed MUISE to go inside the building *("Alright. Just go to the hall.")*.

109.     At 8:06 p.m., I observed via video surveillance MUISE arrive at 39 Rockaway Street in what appeared to be his BMW.  MUISE exited the vehicle and entered the front door of the building.

110.     At 8:12 p.m., NAGLE received an incoming call on TT-1 from (781) 913-7049 and spoke with MUISE.  I believe that in this call MUISE stated that he was still in the hallway waiting for NAGLE SR. *("Yo is he here? I'm in the hall.")*.  NAGLE replied that he had advised NAGLE SR. that MUISE was waiting and guessed that NAGLE SR. was probably still counting out the pills for MUISE *("Yeah. I told him. He's probably counting"* and *"I said he's probably just finished counting them. Let me tell him.).*[24]

111.     At 8:17 p.m., I observed via video surveillance MUISE exit 39 Rockaway Street via the front door.  MUISE got into his vehicle and departed the area at 8:18 p.m.

112.     Based upon the foregoing, as well as my training and experience and my participation in this investigation, I believe that MUISE contacted NAGLE to obtain counterfeit Adderall pills and counterfeit oxycodone pills, that NAGLE directed MUISE to go to NAGLE SR.'s apartment to obtain the pills from NAGLE SR., and that NAGLE SR. distributed the pills to MUISE as requested.

### C.     ADOLPHE Obtained Controlled Substances from NAGLE for Redistribution

113.     ADOLPHE has been intercepted over TT-1 using (781) 584-5466 to communicate with NAGLE about various controlled substances.[25]     Based upon these intercepted

---

[24] As discussed in connection with a transaction involving TEJEDA that same evening, I observed an older male who I believe was NAGLE SR. arrive at 39 Rockaway Street at 7:18 p.m.

[25] I believe that ADOLPHE is the user of (781) 584-5466 based upon a voice comparison with earlier intercepted communications involving ADOLPHE in an unrelated 2018 state wiretap investigation.  Additionally, investigators conducting surveillance have observed ADOLPHE at locations consistent with description locations being given by the user of this telephone during intercepted communications.

communications, I believe that ADOLPHE ordered and obtained various controlled substances (including counterfeit oxycodone pills containing fentanyl and counterfeit Adderall pills containing methamphetamine) from NAGLE for redistribution. A few examples are set forth below.

**1. December 1, 2021: ADOLPHE Bought 1,000 Counterfeit Adderall Pills Containing Methamphetamine from NAGLE**

114. At 5:29 p.m. on December 1, 2021, ADOLPHE used (781) 584-5466 to call NAGLE on TT-1. I believe that in this call ADOLPHE asked for 1,000 (*"a rack"*) counterfeit Adderall pills (*"addys"*).[26] NAGLE told ADOLPHE that he would need to confirm the quantity of pills he had at his residence (*"Gotta check how many I got left over here at the crib"*) but indicated that he was fairly certain that he had enough pills to fill the order or would arrange for someone to deliver the pills to him (*"I can, um, have the nigga bring me more if I don't have enough. I'm sure I have enough, though."*). ADOLPHE urged NAGLE to check quickly because his customer was present and ready to complete the sale (*"Can you just check and just like -- literally give me a call back, 'cause he's literally here."*). NAGLE reassured ADOLPHE that he had at least 900 pills (*"if it's not a rack, bro it's like 900"*), and ADOLPHE said that this amount would be satisfactory (*"Okay, I'll still take that."*). NAGLE informed ADOLPHE that he was

---

[26] ADOLPHE asked NAGLE whether he could *"bring me a stack of those."* After NAGLE expressed confusion, ADOLPHE stated, *"Of the As."* NAGLE again sought clarification, *"The addys?"* ADOLPHE responded affirmatively. NAGLE then asked, *"You said a rack?"* ADOLPHE again responded affirmatively. In an earlier affidavit executed at the beginning of the wiretap investigation, it was unclear to me whether NAGLE and ADOLPHE were discussing pharmaceutical-grade or counterfeit Adderall pills. Since that time (as discussed above), investigators seized over 70,000 counterfeit Adderall pills from C. NAGLE's apartment that I believe were being held for the NAGLE DTO. Forensic testing established that these pills contained methamphetamine. As a result, I now believe that this call concerned counterfeit Adderall pills containing methamphetamine.

picking up dinner (*"I'mma pick up these tacos and shit."*) and would be ready in about *"20-30"* minutes.

115.    At 6:04 p.m., NAGLE used TT-1 to call ADOLPHE on (781) 584-5466.  I believe that in this call NAGLE informed ADOLPHE that he had 1,000 counterfeit Adderall pills (*"I got the whole thing for you."*).  ADOLPHE stated that he was ready to complete the sale (*"Perfect, I'm here."*).  At 6:29 p.m., ADOLPHE used (781) 584-5466 to call NAGLE on TT-1.  ADOLPHE informed NAGLE that he would be at NAGLE's residence *"in like 10 minutes."*  Given that there were no further communications between NAGLE and ADOLPHE that evening, I believe that NAGLE completed the sale of 1,000 counterfeit Adderall pills containing methamphetamine with ADOLPHE that evening.

### 2.    May 17, 2022:  NAGLE Delivered 200 Counterfeit Adderall Pills Containing Methamphetamine to ADOLPHE

116.    At 5:06 p.m. on May 17, 2022, ADOLPHE used (781) 584-5466 to call NAGLE on TT-1.  I believe that in this call ADOLPHE advised NAGLE that he needed 200 counterfeit Adderall pills (*"I'm gonna need 200 uh, A's."*).  NAGLE sought confirmation that ADOLPHE wanted counterfeit Adderall pills (*"Addy bangers?"*), and ADOLPHE replied affirmatively (*"Yup!"*).  After ADOLPHE told NAGLE that he was currently at a gym (*"At LA Fitness… the one on route 1."*), the two men agreed to speak after ADOLPHE left the gym (ADOLPHE: *"I'll just hit you when I leave."*).

117.    At 5:21 p.m., an investigator observed ADOLPHE, who was wearing a blue shirt and carrying a black backpack, walk inside the LA Fitness located at 1450 Broadway in Saugus, Massachusetts.  At 7:30 p.m., ADOLPHE was observed leaving the gym.  ADOLPHE entered a grey Ford F-150 truck bearing Massachusetts registration MM3921 and then drove away.

Surveillance officers attempted to follow ADOLPHE but were unable to do so given traffic conditions.

118.    At 7:08 p.m., an investigator observed via video surveillance NAGLE exit the front door of 212 Hamilton Street, Saugus, Massachusetts. NAGLE entered the driver's seat of a black Infiniti and drove off. At 7:18 p.m., investigators observed the black Infiniti arrive at 39 Rockaway Street, Lynn, Massachusetts. The black Infiniti backed into the driveway and parked. NAGLE then exited the black Infiniti and entered the building at 39 Rockaway Street.

119.    At 7:50 p.m., ADOLPHE used (781) 584-5466 to call NAGLE on TT-1. I believe that in this call ADOLPHE told NAGLE that he was now at another gym in Saugus, Massachusetts (*"Just got into Saugus ... I was gonna go to the Salem gym."*). NAGLE advised ADOLPHE to meet him at NAGLE SR.'s apartment at 39 Rockaway Street (*"Head towards Rock"*). NAGLE again double-checked that ADOLPHE wanted 200 counterfeit Adderall pills (*"What you want? Two, you said?"*). ADOLPHE replied affirmatively (*"Yeah"*), and sought confirmation that NAGLE wanted him to travel to 39 Rockaway Street in Lynn, Massachusetts (*"Head towards Rock in Lynn?"*). NAGLE replied affirmatively (*"Yeah."*).

120.    At 8:14 p.m., ADOLPHE used (781) 584-5466 to call NAGLE on TT-1. I believe that in this call ADOLPHE told NAGLE that he had arrived (*"I'm out here."*). NAGLE again sought confirmation that ADOLPHE wanted 200 counterfeit Adderall pills (*"What you want? A two, you said?"*). After ADOLPHE confirmed his order (*"Yeah"*), NAGLE directed ADOLPHE to enter the residence to meet with him (*"Aight, come to the hall."*).

121.    At the same time (8:14 p.m.), investigators observed via video surveillance a dark-colored pickup truck arrive 39 Rockaway Street in Lynn, Massachusetts. The pickup truck parked on the opposite side of the street. A male then exited the driver's side of the pickup truck, walked

across the street, and up the driveway at 39 Rockaway Street. Based upon investigators' earlier observations of ADOLPHE and the intercepted calls between ADOLPHE and NAGLE, investigators believed that the individual observed exiting the pickup truck was ADOLPHE. Approximately four minutes later (at 8:18 p.m.), investigators observed via video surveillance the same man (believed to be ADOLPHE) walk out of the 39 Rockaway Street driveway and reenter the pickup truck driver's seat. The man believed to be ADOLPHE then conducted a U-turn and departed the area. Ten minutes later, NAGLE was observed in the driveway of 39 Rockaway Street as he entered back into the black Infiniti. NAGLE then also left the area.

122.    Based upon my training and experience, as well as my participation in this investigation, I believe that NAGLE met with ADOLPHE at 39 Rockaway Street and delivered to ADOLPHE 200 counterfeit Adderall pills containing methamphetamine.

### D.    KULAKOWSKI Obtained Controlled Substances from NAGLE for Redistribution

123.    KULAKOWSKI has been intercepted over TT-1 using (617) 459-8096 to communicate with NAGLE about the availability of various controlled substances, including counterfeit oxycodone pills containing fentanyl, Xanax, and counterfeit Adderall pills containing methamphetamine.[27]    In those calls, I believe that KULAKOWSKI discussed with NAGLE how much money KULAKOWSKI owed NAGLE for prior deliveries of drugs and made arrangements to obtain additional quantities of various controlled substances from NAGLE. Examples are set forth below.

---

[27]    I believe that KULAKOWSKI is the user of (617) 459-8096 for several reasons. First, the phone is subscribed in KULAKOWSKI's name (Raymond Kulakowski, 27 S Street Court, Lynn, Massachusetts). Additionally, investigators conducting surveillance have observed that KULAKOWSKI's movements were consistent with description locations being given by the user of this telephone during intercepted communications.

1.   **December 8, 2021:   NAGLE and KULAKOWSKI Had a Lengthy Conversation Concerning Drugs, Drug Prices, and Money Owed for Drugs**

124.   At 7:49 p.m. on December 8, 2021, KULAKOWSKI used (617) 459-8096 to call NAGLE on TT-1.  In one portion of the call, I believe that KULAKOWSKI asked NAGLE how much money KULAKOWSKI owed NAGLE (*"Where me and you at?"*).  NAGLE advised KULAKOWSKI that he owed NAGLE $9,000 (*"We're at um – nine."*).  KULAKOWSKI expressed confusion (*"Why are we at nine again?"*).  NAGLE attempted to explain that he had fronted KULAKOWSKI three separate packages each containing 1,000 pills suspected to be counterfeit oxycodone (*"the three packs"* which were described as *"3G packs"*) bearing different imprints (*"the A, a E, the green"*) and 2,000 Xanax (*"the two bars"*), and that KULAKOWSKI had only given NAGLE $5,000 in cash (*"You gave me five."*).  KULAKOWSKI expressed confusion, believing that NAGLE had not taken into consideration the payment for the counterfeit Adderall pills that he had previously given NAGLE (*"The two bars was fucking, um, was already taken care of with the Adds.  Last time I seen you."*)

125.   The call continued.  KULAKOWSKI reminded NAGLE that they had seen each other twice during the night they were discussing (*"But you know I see you two different times, right?"*).  The first time they met, NAGLE provided KULAKOWSKI with Xanax and counterfeit Adderall (*"I got the bars and shit first."*); the second time, NAGLE provided KULAKOWSKI with the suspected counterfeit oxycodone pills (*"And then I got the packs after, right?"*).  NAGLE noted that KULAKOWSKI did not give NAGLE any money during the first meeting when he gave KULAKOWSKI the Xanax and counterfeit Adderall pills (*"When I seen you that day, when I gave you the bars and the Adds, you didn't give me no money."*).  KULAKOWSKI agreed (*"Yeah, I remember.  When I was waiting for you, yeah.  I didn't give you no bread."*).  KULAKOWSKI again tried to understand why he owed NAGLE so much money.  KULAKOWSKI confirmed that

NAGLE had given him three packs each containing 1,000 suspected counterfeit oxycodone pills (*"So, three, six – you gave me 3G packs, right?"*). After KULAKOWSKI suggested that the total cost for the suspected counterfeit oxycodone pills was $9,000 (*"Which is nine."*), NAGLE corrected him, explaining that each pack cost $4,000 for a total of $12,000 owed (*"No. It's 12. They're four"*; *"So it's four, eight, 12 for the G packs."*). NAGLE explained that in addition to that amount was the $2,000 that KULAKOWSKI owed for 2,000 Xanax, which totaled $14,000 that KULAKOWSKI owed NAGLE (*"No, then the two bars. So, it's 14"*; *"And then 2Gs for the bars. So it becomes 14."*). After deducting the $5,000 that KULAKOWSKI paid NAGLE, the difference remaining was $9,000 (*"Minus five. It's nine"*; *"You gave me five. That leaves us at nine."*). KULAKOWSKI reminded NAGLE that he had not considered the suboxone pills that KULAKOWSKI had provided NAGLE (*"And then minus the um, the subs."*). NAGLE explained that he had not included those pills because he had not yet sold the suboxone (*"Yeah, I haven't sold the subs. I still have them"*).

126. The conversation continued. KULAKOWSKI informed NAGLE that he had four 100 packs of oxycodone pills in his possession (*"still got those four packs …"*). KULAKOWSKI confirmed that these pills were pharmaceutical-grade (*"The real ones."*). KULAKOWSKI noted that his supplier had an additional 500 pills available as well (*"My boy got another five"*), for a total of 900 pills in total (*"I can probably put together nine altogether."*) if NAGLE wanted them (*"I don't know if you want 'em."*). NAGLE expressed interest (*"I'll probably take a couple for me"*) but noted that he was only buying 200-300 pills at a time because he didn't have any customers who were buying bulk quantities (*"I only been grabbing like a couple at a time, 'cause I really got nobody buying them like that."*). NAGLE told KULAKOWSKI that he would check with his distributors (*"Yeah, I could see if my people need some."*).

### 2. December 22, 2021: KULAKOWSKI Met with NAGLE To Pay for an Earlier Delivery of Controlled Substances and To Pick Up 500 Blue and 500 Green Counterfeit Oxycodone Pills Containing Fentanyl

127.    At 8:10 p.m. on December 22, 2021, KULAKOWSKI used (617) 459-8096 to call NAGLE on TT-1.  I believe that in this call KULAKOWSKI informed NAGLE that he had just gotten out of work (*"I just got out of work right now, fucking leaving Nashua."*) and asked whether NAGLE would be available to meet in an hour (*"Are you going to be around in an hour?"*). KULAKOWSKI then asked whether he owned any money to NAGLE (*"Where you and me at?"*). NAGLE reminded KULAKOWSKI that KULAKOWSKI still owed NAGLE money for 800 green counterfeit oxycodone pills (*"8 Green"*).  KULAKOWSKI acknowledged that he still owed NAGLE for those pills (*"8 Greens.  Oh yeah, that's right."*).  KULAKOWSKI promised to call NAGLE when he arrived home (*"I'll call when I get to my crib"*).

128.    At 9:31 p.m. on December 22, 2021, KULAKOWSKI used (617) 459-8096 to call NAGLE on TT-1.  I believe that in this call KULAKOWSKI asked whether NAGLE was going to be awake for a while (*"Are you going to be up for a minute?"*).  NAGLE replied affirmatively. KULAKOWSKI advised NAGLE that he *"just got home."*  KULAKOWSKI informed NAGLE that he had the money he owed NAGLE for the 800 green counterfeit oxycodone pills that he previously obtained from NAGLE (*"I got that change for you."*).  KULAKOWSKI also told NAGLE that he had money to purchase an additional 500 counterfeit blue oxycodone pills and 500 green counterfeit oxycodone pills that he had discussed with NAGLE the day before (*"I got that change for that five and five I needed yesterday."*).  NAGLE sought confirmation that KULAKOWSKI wanted 500 green counterfeit oxycodone pills and 500 blue counterfeit oxycodone pills (*"Aiigt.  Five green and five blue, right?"*).  KULAKOWSKI replied affirmatively (*"Yeah."*) and asked NAGLE what types of blue counterfeit oxycodone pills NAGLE had

available (*"Which blue you got?"*). NAGLE informed KULAKOWSKI that he had blue counterfeit oxycodone pills with an "A" imprint, with a "V" imprint, and with an "M" imprint (*"I got A, V, M –."*). KULAKOWSKI asked NAGLE which pills he recommended (*"Which ones you think are the best ones?"*). NAGLE replied that the pills were the same and that KULAKOWSKI should just pick the ones he thinks will look the best to his customers (*"Honestly they all good. They all the same. It's just whichever you like how they look best."*). KULAKOWSKI then asked for 100 counterfeit oxycodone pills with the "V" imprint, 200 counterfeit oxycodone pills with an "A" imprint, and 200 counterfeit oxycodone pills with an "M" imprint (*"Alright. I'll take one V and two A's two and two M's."*). NAGLE informed KULAKOWSKI that he also had some counterfeit oxycodone pills with a "K" imprint and with an "E-8" imprint (*"I think I may have some K and E8 too."*), and told KULAKOWSKI that he could review the pills and pick the ones he wanted when he met with NAGLE (*"You can check them when you get there and see which ones you like."*).

129. At 10:15 p.m., KULAKOWSKI used (617) 459-8096 to call NAGLE on TT-1. I believe that in this call KULAKOWSKI informed NAGLE that he was finishing dinner and then would leave (*"Just finishing up this microwave dinner, then I'm leaving."*). KULAKOWSKI offered to delay his departure if NAGLE wanted to get food (*"Go there in 25 minutes, if you want."*). NAGLE urged KULAKOWSKI to leave as it would take KULAKOWSKI 15 minutes to finish eating and another 15 minutes to drive to meet with NAGLE (*"Just leave. Cause you're gonna leave in 15 and then what? It's gonna take you like another 15 to get here."*).

130. At 11:29 p.m., NAGLE used TT-1 to call (617) 459-8096 and spoke with KULAKOWSKI. KULAKOWSKI said, *"My bad. I'm literally walking out the door right now. No bullshit."* After KULAKOWSKI offered an explanation why he was running late,

KULAKOWSKI promised, *"I'm walking out the door right now."* NAGLE asked, *"How long you think?"* KULAKOWSKI replied, *"About 10 minutes."* I believe that in this call NAGLE sought to determine KULAKOWSKI's whereabouts and KULAKOWSKI promised that he was leaving and would be at NAGLE's residence in approximately ten minutes.

131. At 11:56 p.m., KULAKOWSKI used (617) 459-8096 to call NAGLE on TT-1. I believe that in this call KULAKOWSKI notified NAGLE that he had arrived at NAGLE's residence and was parked (*"I'm out back."*). KULAKOWSKI asked whether NAGLE wanted him to wait in the car or walk to the front of the building to meet NAGLE (*"Do you want me to sit in the car, or you want me to walk to the front?"*). NAGLE told him to wait in the car (*"Just wait right there."*).

132. Precise location information data for TT-1 and electronic surveillance from a pole camera near NAGLE's apartment building confirm that KULAKOWSKI arrived at NAGLE's apartment at 167 Fairmount Avenue in Saugus, Massachusetts, as indicated in the intercepted communications. Location information data for TT-1 established that at 11:38 p.m. and at 11:53 p.m., TT-1 (and NAGLE) were in the area of the Ironwood Apartment complex located at 167 Fairmount Avenue in Saugus, Massachusetts. From my subsequent of surveillance footage, I determined that at 11:55 p.m. on December 22, 2021, a grey Jeep Wrangler pulled into the parking area of the Ironwood Apartment complex. Although I could not see the license plate number for this vehicle, I am aware that Registry of Motor Vehicles records establish that a gray 2017 Jeep Wrangler bearing Massachusetts registration 3JEP64 is registered to KULAKOWSKI. As discussed above, KULAKOWSKI called NAGLE at 11:56 p.m. and said *"I'm out back."* Given this, I believe KULAKOWSKI was operating this grey Jeep Wrangler that pulled into the parking area of the Ironwood apartment complex. In sum, the location information data for TT-1 and

electronic surveillance footage both support my belief that KULAKOWSKI traveled to meet NAGLE at NAGLE's apartment for the purpose of paying NAGLE for an earlier purchase of 800 green counterfeit oxycodone pills and to pick up an additional 500 blue and 500 green counterfeit oxycodone pills.

### 3. January 25, 2022: KULAKOWSKI Obtained a Variety of Controlled Substance from NAGLE

133. At 8:30 p.m. on January 25, 2022, NAGLE used TT-1 to call (617) 459-8096 and spoke with KULAKOWSKI. I believe that in this call NAGLE asked KULAKOWSKI to remind him what controlled substances KULAKOWSKI wanted (*"What did you want me to grab anyway?"*). KULAKOWSKI told NAGLE that he wanted to try NAGLE's new supply (*"I wanna check out the things."*) and that he had a customer (*"I gotta jug"*) who wanted 2,000 to 3,000 pills (*"For I think two or three racks."*). KULAKOWSKI also told NAGLE that he wanted to obtain more counterfeit Adderall pills and Xanax if NAGLE had them (*"And I was gonna grab those other two things if you have them."*). NAGLE replied he had the drugs (*"I got you"*), but then explained that he only had a 1,000 Xanax with him (*"I think I only one K bar here"*), but that he had additional Xanax at one of his other stash locations (*"I got another K, I got more bars at the other crib."*).

134. At 8:45 p.m., KULAKOWSKI used (617) 459-8096 to call NAGLE on TT-1. I believe that in this call KULAKOWSKI advised NAGLE that he had arrived (*"What you want me to do?"*). NAGLE sought confirmation that KULAKOWSKI had arrived (*"You are here?"*). After KULAKOWSKI replied affirmatively, NAGLE instructed KULAKOWSKI where to meet him to complete the drug transaction (*"Come to the front. You want me to open that side door for you that I always open?"* and *"Go there right now."*).

135.     Based upon this series of intercepted communications, I believe that KULAKOWSKI traveled to meet NAGLE for the purpose of obtaining controlled substances from NAGLE.  This belief is corroborated by my review of electronic surveillance.  According to my review of pole camera footage, at 8:43 p.m. on January 25, 2022, a white GMC pickup truck entered the parking lot of the Ironwood Apartments located at 167 Fairmount Avenue in Saugus, Massachusetts.  I believe that this white GMC pickup truck was operated KULAKOWSKI as records with the Massachusetts Registry of Motor Vehicles indicate that KULAKOWSKI is the registered owner of a 2014 white GMC Sierra pickup track bearing Massachusetts registration 1FEF79 and investigators have observed a white GMC Sierra pickup truck outside of KULAKOWSKI's residence.  Moreover, precise location information for (617) 459-8096 established that KULAKOWSKI was in the area of Fairmount Avenue in Saugus, Massachusetts between 8:52 p.m. and 9:07 p.m.

### E.     VILLAR Obtained 1,000 Counterfeit Adderall Pills from NAGLE

136.     At 2:21 p.m. on October 15, 2022, NAGLE received an incoming call on TT-1 from (646) 248-9907 and spoke with VILLAR.[28]  I believe that in this call VILLAR asked NAGLE for counterfeit Adderall pills containing methamphetamine *("I need some oranges.")*.  VILLAR initially informed NAGLE that he wanted 5,000 counterfeit Adderall pills to test out *("I really want like 5K. I want to see what those shits are like.")*.  Ultimately, however, VILLAR agreed to purchase 1,000 counterfeit Adderall pills *("Let me get a rack. See what they looking like.")*.

---

[28]  I believe that VILLAR is the user of (646) 248-9907 because, as will be discussed, an investigator conducting surveillance observed VILLAR meet with NAGLE at a location and time that was consistent with the agreement made between NAGLE and the user of this telephone during intercepted communications as to where they were going to meet to conduct a drug transaction.

VILLAR informed NAGLE that he was *"ten minutes away."* NAGLE instructed VILLAR to call him when he was nearby *("Just call me when you get out here.").*

137.     At 3:17 p.m., NAGLE received an incoming call on TT-1 from (646) 248-9907 and spoke with VILLAR. I believe that in this call VILLAR informed NAGLE that he was in Lynn, Massachusetts *("I'm in the city bro.").* After learning where VILLAR was, NAGLE instructed VILLAR where to go to meet NAGLE *("Go the street next to Mandee's pizza. I'll meet you right there.").* VILLAR agreed to meet NAGLE in ten minutes *("I'll be meeting you in ten minutes.").*

138.     At 3:34 p.m., NAGLE received an incoming call on TT-1 from (646) 248-9907 and spoke with VILLAR. I believe that in this call VILLAR advised NAGLE that he was ready to meet NAGLE *("I'm here.").* NAGLE advised VILLAR that he would be there shortly *("I'll be there in a couple of minutes.").* VILLAR requested confirmation where they were meeting *("Hey, you said the street where Mandee is at?").* NAGLE clarified that they were meeting on the side street next to Mandee's Pizza *("Yes, where the side street is though.").*

139.     At 3:35 p.m., an investigator observed via video surveillance NAGLE exit 39 Rockaway Street in Lynn and enter the driver's side door of his white GMC pickup truck. At 3:36 p.m., NAGLE left the area in the white GMC pickup truck. At 3:38 p.m., an investigator observed NAGLE pull his white GMC pickup truck onto Clovelly Street in Lynn, which is the side street next to Mandee's Pizza (which is located at the corner of Goodridge and Clovelly Streets). At 3:39 p.m., an investigator observed a BMW bearing Massachusetts registration 2BYJ42 (which is registered to VILLAR) park directly in front of NAGLE's white GMC pickup truck on Clovelly Street. The investigator, who was conducting physical surveillance, identified the driver of the vehicle as VILLAR, whom he knew from prior arrests, when VILLAR exited the BMW and entered the passenger side of NAGLE's GMC pickup truck. About three minutes later (at 3:42

p.m.), VILLAR exited NAGLE's GMC pickup truck and got back into his BMW. NAGLE and VILLAR then left the area in their respective vehicles.

140.    Based upon my training and experience, as well as my participation in this investigation, I believe that NAGLE left NAGLE SR.'s apartment at 39 Rockaway Street and met with VILLAR for the purpose of selling VILLAR 1,000 counterfeit Adderall pills containing methamphetamine.

### VI.    NAGLE'S RELATIONSHIP WITH MORA, BELLO, AND BRYSON

141.    As discussed earlier, NAGLE appears to have a more complex relationship with MORA, BELLO, and BRYSON than he does with DELAURI, LAGES, MUISE, and ADOLPHE as discussed above. At times, the NAGLE DTO has supplied MORA, BELLO, and BRYSON with controlled substances that they then distribute to their customers. However, it appears that MORA, BELLO, and BRYSON also have additional sources of supply from whom they obtain controlled substances and that the NAGLE DTO, when needed, obtains controlled substances from them. NAGLE's intercepted communications with BRYSON suggest that BRYSON has attempted to aid the NAGLE DTO in obtaining a new potential supplier of controlled substances. Moreover, financial records reflect that C. NAGLE has transferred valuable assets (including a 2017 Grey Mercedes E300) to RAMOS-RIVERA as a "gift," which I believe may have been payment to BRYSON for controlled substances.

142.    Based upon the intercepted communications, MORA, BELLO, and BRYSON each appear to have their own customer base to whom they distribute drugs. Moreover, BELLO employs at least two runners (SOLIS and TEJEDA) who assist BELLO in delivering drugs to customers. Additionally, TEJEDA, K. SHEPHERD, and others assist BELLO in the operation of his drug trafficking. Similarly, RAMOS-RIVERA (BRYSON's wife) assists BRYSON. Finally,

based upon intercepted calls that MORA and BRYSON have had with other individuals, I believe that MORA and BRYSON each have access to one or more pill presses that can be used to manufacture counterfeit pills containing controlled substances.

### A.  MORA's Relationship with the NAGLE DTO

143.    MORA has been intercepted using TT-3 to communicate with NAGLE on TT-1 concerning the availability of various controlled substances (including counterfeit oxycodone pills containing fentanyl, pharmaceutical-grade oxycodone pills, and counterfeit Adderall pills containing methamphetamine).  I believe that MORA has obtained controlled substances for distribution from various members of the NAGLE DTO, including NAGLE, C. NAGLE, and NAGLE SR.  MORA has also, at times, offered to broker transactions that would have resulted in the NAGLE DTO obtaining controlled substances from a new source of supply.  Examples of these communications are set forth below.

### 1.  November 30, 2021:  NAGLE Offered Samples of Counterfeit Oxycodone Pills Containing Fentanyl to MORA

144.    At 4:09 p.m. on November 30, 2021, NAGLE used TT-1 to call MORA on TT-3. I believe that in this call NAGLE wanted to know whether MORA was interested in obtaining counterfeit oxycodone pills containing fentanyl for resale (*"you fuck with the foo Ms, right?"*). After MORA replied affirmatively, NAGLE explained that he wanted to give MORA a sample (*"give you a sam"*) of a new shipment of counterfeit oxycodone pills (*"I just got some new ones"*) that were made with a different formulation (*"niggas is fucking with them"*).  NAGLE promised, *"I give you a good price."*  MORA expressed interest (*"Aight"*).  MORA noted that his customers had not liked the last batch of counterfeit pills (*"niggas didn't like the last one"*), but expressed interest if these pills had been manufactured differently (*"if they fuck with them I'll take 'em"*).

NAGLE promised that these pills were newly manufactured (*"these are some new ones"*) and *"look good."*

## 2. December 4 and 5, 2021: MORA Asked NAGLE about the Prices of Pharmaceutical-Grade Oxycodone Pills and Arranged to Buy Counterfeit Adderall Pills from NAGLE

145. At 7:24 p.m. on December 4, 2021, MORA used TT-3 to call NAGLE on TT-1. I believe that MORA asked NAGLE whether he still had pharmaceutical-grade oxycodone 30 mg. pills available for sale (*"you still got blues?"*).[29] After NAGLE replied affirmatively, MORA inquired as to the price per pill (*"What number you got for me?"*). NAGLE replied with a price of $28 per pill (*"2-8"*). MORA explained that one of his customers wanted 150 pills, and that he (MORA) was trying make a profit of a dollar per pill (*"I got – one of my boys wants 150, but – trying to at least make a point."*). NAGLE replied that MORA should make a profit of at least two dollars per pill (*"you should be able to make a couple of points"*) as the price had previously been between $29 and $30 per pills (*"You just paying 29-30"*). MORA responded that the *"the prices are going back down"* and that individuals were now charging roughly $27, $28, or $29 per pills (*"The prices are going 27, 28, 29 now"*). MORA advised NAGLE that he had a supplier who offered a price of $27.50 per pill (*"one of my boys told me 27-50"*) and that a second supplier offered a price of $28.50 per pill (*"My other man [unintelligible] 28-50"*). MORA informed NAGLE that he would think about ordering 150 pills (*"let me see. I might take 150"*) and inquired whether NAGLE was in the area (*"You in the hood?"*). NAGLE replied affirmatively (*"Yeah, let me know."*).

---

[29] Based upon the prices quoted in this call, I believe that the reference to "blues" concerned pharmaceutical-grade oxycodone pills.

146.     At 9:12 p.m. on December 4, 2021, NAGLE used TT-1 to call MORA on TT-3.  I believe that in this call MORA advised NAGLE that he needed a quantity of counterfeit Adderall pills (*"needed some Addys"*).  NAGLE informed MORA that he was in possession of counterfeit Adderall pills (*"I got it"*).  MORA explained that he needed to get back in touch with his customer because when he could not reach NAGLE earlier, he told his customer that he didn't have any counterfeit Adderall pills (*"Let me hit dude back up cause I told him you wasn't answering. So I told him I didn't have it"*).  NAGLE then asked if MORA also wanted the pharmaceutical grade oxycodone pills that they had discussed earlier (*"You are gonna need those blues too or?"*).  MORA told NAGLE that his customer wanted the drugs the next day and that he would let NAGLE know (*"nigga said tomorrow, so I'll call you when I get up and shit"*).

147.     The next day (December 5, 2021), at 9:31 p.m., MORA used TT-3 to call NAGLE on TT-1.  NAGLE asked MORA, *"Where the fuck you at ...?"*  MORA replied, *"I'm in the back."*  MORA exclaimed, *"Yo!  I need you to – I'm here.  I'm here."*  NAGLE replied, *"Aight."*  I believe in this call MORA traveled to meet NAGLE to pick up some of the drugs he had discussed with NAGLE the day before.

### 3.     May 13-14, 2022:  MORA Obtained 100 Counterfeit Adderall Pills Containing Methamphetamine from NAGLE SR.

148.     At 9:57 p.m. on May 13, 2022, MORA used TT-3 to call NAGLE on TT-1.  I believe that in this call MORA informed NAGLE that he needed 100 counterfeit Adderall pills with methamphetamine (*"I need some Addys, I need 100."*).  NAGLE instructed MORA to meet him at NAGLE SR.'s apartment at 39 Rockaway Street in Lynn (*"Go to the rock block ... Just call me when you are there. I'll have them get it ready for you."*).

149.     The next day (May 14, 2022) at 5:02 p.m., MORA used TT-3 to call NAGLE on TT-1.  I believe that in this call MORA informed NAGLE that he still needed to obtain the

counterfeit Adderall pills from NAGLE (*"Yo, I need to grab that, what's up?"*). NAGLE sought confirmation that MORA still wanted the counterfeit Adderall pills (*"What the addie?"*), and MORA replied affirmatively (*"Yeah"*). NAGLE then told MORA that he would check to see if NAGLE SR. was available and warned MORA that MORA would have to travel to NAGLE SR.'s apartment at 39 Rockaway Street in Lynn ("*Um, let me see if he is over there at the crib. You gonna have to go grab it."*). MORA told NAGLE that he wanted to go *"right now"* to get the pills. NAGLE stated that he would check to see if NAGLE SR. was home (*"Let me call him and see if he is home."*).

150. Three minutes later (at 5:05 p.m.), NAGLE used TT-1 to call MORA on TT-3. I believe that in this call NAGLE confirmed that NAGLE SR. was available to sell the pills to MORA (*"You are all set."*) and would meet MORA in the hallway of the residence (*"Just go on the hall."*). MORA stated that he would *"be there in two minutes."* Three minutes later (at 5:08 p.m.), MORA used TT-3 to call NAGLE on TT-1. I believe that in this call MORA told NAGLE that he had arrived at NAGLE SR.'s apartment at 39 Rockaway Street (*"I'm out at the door."*). NAGLE advised that his father was still counting the pills and would meet him in a moment (*"Just give me a second. He was just counting."*).

151. From an investigator's review of pole camera footage from 39 Rockaway Street, I am aware that NAGLE SR. arrived at the residence at 2:23 p.m. and carried several bags into the residence. At 5:07 p.m., MORA arrived at 39 Rockaway Street in his vehicle. MORA exited the vehicle and entered the residence at 39 Rockaway Street. Five minutes later (at 5:12 p.m.), MORA exited the residence, got back into his vehicle, and drove away.

152.    Based upon the intercepted communications, my training and experience, and my participation in this investigation, I believe that MORA met with and obtained 100 counterfeit Adderall pills from NAGLE SR., who delivered the pills to MORA on NAGLE's behalf.

**4.    May 17-18, 2022:  MORA Obtained Pills Containing Controlled Substances from C. NAGLE**

153.    At 2:32 p.m. on May 17, 2022, MORA used TT-3 to call (617) 380-9218 and spoke with C. NAGLE.[30]  I believe that in this call MORA asked C. NAGLE whether he received his text message (*"You got my text?"*).  C. NAGLE replied affirmatively and informed MORA that he would have the drugs that MORA requested in a couple of hours (*"Yeah, I'ma have those in like an hour or two."*).  MORA informed C. NAGLE that he may need to increase his order (*"Alright, I may need more.  You think you got three?"*).  After C. NAGLE replied affirmatively (*"Yeah"*), MORA asked whether the price per pill would remain the same (*"Alright, same number?"*).  C. NAGLE again replied affirmatively (*"Yeah."*).  MORA told C. NAGLE that he would need the drugs that night (*"I'mma need them tonight …"*).  C. NAGLE informed MORA that he was available to meet with MORA (*"I got you."*).

154.    The next day (May 18, 2022) at 2:42 p.m., MORA used TT-3 to call (617) 380-9218 and spoke with C. NAGLE.  I believe that in this call MORA asked whether C. NAGLE was available to meet (*"You gonna be around for today?"*).  MORA apologized that the purchase did not occur the previous day and explained that his customer was not prepared to make the purchase (*"I'mma need that for sure today. I guess he wasn't ready…"*).  MORA stated that he wanted to meet with C. NAGLE and obtain the drugs so that he would have the drugs on hand when his

---

[30]  I believe that C. NAGLE is the user of (617) 380-9218 because investigators conducting surveillance have observed C. NAGLE's movements as being consistent with location descriptions being given by the user of this telephone during intercepted communications.

customer was ready to make the purchase (*"I rather just see before, before so I am ready you know."*). C. NAGLE advised MORA that he would let him know when he was available to meet (*"I'll hit you when I am around."*).

155. At 6:05 p.m., MORA used TT-3 to call (617) 380-9218 and spoke with C. NAGLE. I believe that in this call MORA and C. NAGLE discussed the timing of when to meet for the proposed drug transaction with C. NAGLE ultimately advising MORA that he would *"be down there in 25 minutes"* and would call MORA when he was near. At 6:57 p.m., MORA received an incoming call on TT-3 from (617) 380-9218 and spoke with C. NAGLE. I believe that in this call C. NAGLE asked MORA where he wanted to meet (*"Where you want me to meet you at?"*). MORA stated that he was about to reach his residence (*"I'm about to be at the spot right now."*) and urged C. NAGLE to come up and meet him there (*"Just come up, I was, I was gonna chill for like 30-40 minutes. So just come up."*).

156. At 7:03 p.m., an investigator observed a white GMC Sierra bearing Massachusetts registration 2JDX26 known to be driven by C. NAGLE on the Lynnway passing Northshore Community College. The investigator observed the white GMC Sierra pull into the garage of Breakwater North Harbor Apartments, where MORA is believed to reside.[31] At 7:14 p.m., the investigator observed the white GMC Sierra exit the Breakwater North Harbor Apartments garage and drive towards Revere, Massachusetts. Investigators followed the white GMC Sierra and observed the vehicle turn into a second parking garage located at 320 Revere Beach Boulevard at 7:22 p.m. One minute later, investigators observed C. NAGLE exit the parking garage and walk

---

[31] I believe that MORA resides in this apartment complex because precise location information for TT-3 establishes that TT-3 (used by MORA) was in the area of this apartment complex overnight and investigators observed MORA's vehicle parked in the same parking spot on multiple occasions.

into the front entrance of the apartment building at 320 Revere Beach Boulevard (where C. NAGLE is now believed to reside).

157.    Based upon the foregoing, and on my training and experience, as well as my participation in this investigation, I believe that C. NAGLE delivered pills containing controlled substances to MORA.

**B.    Additional Drug Trafficking Involving MORA**

158.    Interceptions over TT-3 also establish that MORA was actively seeking to learn how to use a pill press to manufacture his own counterfeit pills containing controlled substances and that MORA has obtained counterfeit pills containing controlled substances from other sources. Interceptions over TT-3 also establish that MORA personally distributes controlled substances to a few trusted customers.  Examples of these intercepted communications are set forth below.

**1.    May 23, 2022:  MORA Requested Assistance in Manufacturing Counterfeit Pills and Sought to Obtain a Sample of Counterfeit Pills**

159.    At 11:55 a.m. on May 23, 2022, MORA used TT-3 to call (404) 993-8390 and spoke with FNU LNU, a/k/a UM8390 ("UM8390").  I believe that in this call MORA sought UM8390's assistance in teaching him how to manufacture counterfeit pills containing controlled substances (*"Remember when I hit you up the other day see if you know how to fuck around with the, with the machine?"*).  MORA explained that he met with an unidentified third individual (*"My boy, I seen him yesterday"*) and that neither that individual nor MORA knew how to operate the pill press machine (*"I don't know what to do, nothing. He don't know what to do either."*).  MORA stated that they were willing to give a quantity of the counterfeit pills to UM8390 if he would show them how to manufacture the pills (*"He's telling me, 'Yo, see if any of your peoples know. And um, and I'll give 'em some of the shit that I make. Whatever I make, I'll give them some of it. So it's worth his time. You know what I mean?'"*).  MORA asked whether UM8390 was comfortable

going with him to show this third individual how to manufacture pills (*"I don't know if you gonna be, if you want, if you feel comfortable like going with me. Seeing if you could fuck with it. If you can't, then it is what it is. But if you can, he just wants to learn how to do it and that's it basically."*). MORA repeated that the unidentified third individual was willing to give UM8390 counterfeit pills for his time (*"If, and then he'll throw you whatever. You know what I mean? He gotta throw you something regardless."*). UM8390 agreed to meet to show MORA and the unidentified third individual how to manufacture pills.

160. MORA then asked UM8390 whether he still had an unidentified type of counterfeit pills (*"You still got them other ones, the glassies?"*). After UM8390 replied affirmatively (*"Yeah, yeah, yup, yup."*), MORA asked how much UM8390 was charging for the pills (*"What's the number on that?"*). UM8390 explained that he had multiple sources for the pills and that he was paying $3.50 a pill for pills out of Rhode Island and that he had another source who was only charging him $1.50 per pill (*"I got a bunch of different types. I got them expensive shits I be grabbing in Rhode Island for 3.50 and then I got other shits for like 1.50 for those."*). UM8390 offered to give MORA samples from the various sources so that he could decide which ones MORA's customers liked (*"I can give you a sample of all of them and you just let me know which one is good."*). MORA agreed to the offer of receiving samples (*"Yeah, just give me a sample."*).

161. MORA then explained that some of his customers were starting to complain about the potency of the pills and wondered whether his customers were developing a tolerance to the drugs (*"I'm trying to get um, some of my people, some of them, I don't know if them niggas just getting they tolerance – their tolerance is like –"*). UM8390 interrupted MORA to explain that the counterfeit pills lose their potency after a period of time (*"Them shits go bad after a while bro … After like a, after like, you got them for like three weeks, a month bro, they go bad."*). UM8390

advised MORA that he should only buy the quantity of counterfeit pills that he can sell in a week (*"You gotta grab some like at the same pace you moving them."*). UM8390 continued to explain that if MORA sold 5,000 counterfeit pills per week, then he should only buy 5,000 counterfeit pills per week (*"If you do it like five a week ... You just grab 5k a week."*). UM8390 reemphasized that the counterfeit pills lose their potency (*"Cause they def go bad"*) and warned MORA that when he begins to manufacture pills that he should not make a large quantity and then slowly sell the drugs (*"That's another thing I was gonna tell you guys. When you guys start making them, bro. Don't make a whole shit load then slow grind them, cause they go bad."*). UM8390 promised to bring MORA samples later in the day (*"I'll bring the samples today too."*).

162.    At 10:42 p.m., MORA used TT-3 to call (404) 993-8390 and spoke with UM8390. I believe that in this call MORA apologized for missing UM8390's earlier calls (*"My fault, I had this shit on silent."*). UM8390 explained that he had just finished dinner and was available to meet MORA and provide him with the samples that they discussed earlier (*"I just left from the restaurant."*) After MORA stated that he was at his residence (*"I'm right here in my spot, you know where you came, the Lynnway."*), UM8390 asked whether MORA wanted him to stop and drop off the samples (*"You want me to drop it off there?"*). MORA replied affirmatively and asked UM8390 to call MORA when he arrived (*"Yeah, yeah. I'm pulling up here right now… Just let me know when you outside and I'll run out or you run up, whatever."*).

163.    At 10:50 p.m., MORA received a call on TT-3 from (404) 993-8390 and spoke with UM8390. I believe that in this call UM8390 informed MORA that he was outside MORA's apartment complex (*"Yo, I'm at the garage door."*). MORA replied that UM8390 needed to go to the front door as that was the only door MORA could open from the apartment (*"You should have went to the front man, cause I can't open that door. I can only open the front door."*). MORA

observed that he could see UM8390 and that UM8390 needed to go to the front door and look at the residential directory for C. NAGLE and type in the code (*"I see you, I'm looking right at you. You gonna walk into the – Yeah, that door right there … You gonna type in uhmm, it's going to say C. NAGLE. Just type in that name cause it's under that nigga's name still."*).  MORA explained that the directory has two entries under the name "Nagle" and UM8390 was going to have to guess which one rings his apartment (*"There's two different NAGLEs … You gonna have to luckily choose. I don't which one it is. They haven't changed it in the system, they left it like that. Uh, it'll call my phone."*).  After UM8390 selected the correct entry, MORA noted that he picked the right number (*"Yeah, it's that one"*), and then instructed UM8390 to walk to apartment 503 (*"503"*).

164.    Based on the entirety of the communications between MORA and UM8390 on this day, I believe that UM8390 met with MORA and delivered to him samples of counterfeit pills to sell to MORA's customers to see which pills the customers liked better.

### 2.    October 1, 2022:  MORA Obtained 10 Grams of Fentanyl, Which MORA then Redistributed

165.    At 2:20 p.m. on October 1, 2022, MORA used TT-3 to call (781) 882-0987 and spoke with FNU LNU, a/k/a "UM0987" ("UM0987").  Investigators believe that in this call UM0987 informed MORA that he needed 10 grams of fentanyl *("I need 10 pesos of the purina of the down one.")*.  MORA asked what UM0987 typically paid for the drugs *("How much are you paying?")*.  UM0987 stated that he usually paid $550 for 10 grams of fentanyl *("Usually they charge me 550 for a stick.")*.  UM0987 asked what MORA was going to charge him *("How much are you charging?")*, and then asked whether MORA's price was going to be comparable *("It's up there?")*.  MORA affirmed.  UM0987 expressed his disappointment and warned MORA that he only had $500 on him and would need to use a payment application to pay the remainder *("If

*you gotta charge me, it's alright. But I legit only got 500 on me. Whatever it cost, I'll just send it to on CashApp.").* MORA told UM0987 to give him time to get the drugs that UM0987 was requesting *("Let me go grab that for you. Give me like 30.").* UM0987 urged MORA not to take too long *("Bro, please bro, don't show up an hour or two hours."),* and asked MORA to also bring him a marijuana cigarette *("And bring something rolled up. I got no weed nigga.").*

166.    Approximately ten minutes later, at 2:30 p.m., MORA used TT-3 to call (978) 235-3088 and spoke with Individual-6.[32] Investigators believe that in this call MORA asked Individual-6 whether he could obtain fentanyl *("You can get the other shit?").* After Individual-6 expressed confusion, MORA again repeated his request for fentanyl *("The abajo one.").*[33] Individual-6 asked whether MORA was seeking pure fentanyl powder *("What the purina?").* Individual-6 advised that the price was currently roughly $35 per gram *("There is something around for 35 right now.").* MORA asked whether Individual-6 had 10 grams available *("Do you have 10 of that?").* Individual-6 informed MORA that he had precisely that amount but expressed concern that this was a large quantity for MORA to asking for as a free sample *("Exactly what I got, but nigga this, that's a big samp, nigga.").* MORA reassured Individual-6 that he would pay for the fentanyl and offered $250 *("Nah-nah, nah I'mma give you, I can give you 250.").* After calculating his cost for the drugs, Individual-6 asked MORA to pay him amount that permitted him to make

---

[32] I believe that I am aware of Individual-6's identity but I am not disclosing in this Affidavit given the ongoing nature of the investigation and the fact that Individual-6 has not yet been charged. Investigators believe that Individual-6 uses (978) 235-3088 for several reasons, including (1) the phone is subscribed in Individual-6's name; (2) a Peabody, Massachusetts police report lists this telephone number as the contact number for Individual-6; and (3) investigators conducting surveillance have observed Individual-6's movements as being consistent with location descriptions given by Individual-6 during intercepted communications.

[33] Investigators are aware that *"abajo"* means down and typically refers to Heroin or fentanyl. Based upon their training and experience, investigators know that today fentanyl is much more prevalent than Heroin in New England.

$5 per gram *("Let me do the math…. Let me make five points bro.").* MORA then offered $300, but sought reassurance that the fentanyl was pure *("I can give you 300 … But it's purina, right?").* Individual-6 assured MORA that the drugs were pure *("It's pure bro. Haven't even opened it yet.").* Individual-6 told MORA that the fentanyl was at his residence *("It's in the house").* MORA expressed concern and advised Individual-6 that his customer wanted the fentanyl immediately *("Damn, the guy needs it right now.").* Individual-6 advised MORA that there was someone in the house that could give it to him *("[name] is over there. If you want, go and get it.").*

167.    MORA then reconfirmed that the fentanyl was ready for delivery and was quality, explaining that he was going to distribute the fentanyl to a customer *("But, is that ready and everything? … But bro, don't embarrassed me, motherfucker, I am passing on to someone else,"* and *"I am talking about the stuff being good.").* Individual-6 stated that his supplier stated that the fentanyl was pure *("They say it's good.  No bullshit, the guy who gave it to me said, 'Add on the 12.'").* Hearing this, MORA was satisfied *("Okay, pass that on to me.").* Individual-6 told MORA that MORA should tell his customer that he could add a substantial amount of additional "cut" to the fentanyl *("Tell your people to add, you, an eight something like that.").* MORA informed Individual-6 that he was not going to dilute the fentanyl and planned on selling the drugs "as is" at a slightly increased cost *("I am going to pass it on just like that and make my points and that's all.").* Individual-6 instructed MORA to go to a specific street address in Peabody, Massachusetts *("Put in the GPS [the specific street address] Peabody.").*

168.    At 3:42 p.m., MORA used TT-3 to call (781) 882-0987 and spoke with UM0987. Investigators believe that in this call UM0987 complained about how long it was taking MORA to deliver the drugs *("It's been an hour.").* MORA apologized and assured UM0987 that he would

be there soon *("My bad nigga. I got behind. You know. I'm in Peabody. I already have that on me. Uh, I'm seeing other people and the I'm going over to you.").*

169.     At 3:42 p.m., MORA received an incoming call on TT-3 from (978) 235-3088 and spoke with Individual-6.  Individual-6 apologized that the female who was going to give MORA the drugs had left.  Individual-6 assured MORA that he would personally go and get the drugs for MORA *("I gotta see two people and them I'm going tell Brody, 'I gotta go to the crib and grab something.'").*  MORA agreed to meet Individual-6 at his residence *("I'll meet you at your crib cause that way I don't have to meet you nowhere. I'll just go straight to where I gotta go.").*  Individual-6 instructed MORA to *"head there."*

170.     Three minutes later (at 3:45 p.m.), MORA received an incoming call on TT-3 from (978) 235-3088 and spoke with Individual-6.  Investigators believe that in this call Individual-6 instructed MORA to wait 20 minutes before leaving to meet him to pick up the 10 grams of fentanyl *("Leave in like 20 minutes.").*  MORA agreed.

171.     At 4:05 p.m., MORA used TT-3 to call (978) 235-3088 and spoke with Individual-6.  Investigators believe that in this call MORA inquired where Individual-6 was *("Where you at?").*  Individual-6 advised that he was meeting with people and then would be heading to his residence to meet with MORA *("The hood, seeing the people then I am going right now ... Go home. Meet me over there.").*  Individual-6 advised MORA to park in his parking spot when MORA arrived *("Park in my spot ... when you get there.").*

172.     At 4:19 p.m., at 4:25 p.m., and again at 4:49 p.m. MORA used TT-3 and Individual-6 used (978) 235-3088 to discuss their respective locations and when they were going to meet.  Investigators believe that in these calls MORA again agreed to meet Individual-6 at Individual-6's apartment *("So I'll meet you at your crib.").*

173.     At 4:51 p.m., MORA received an incoming call on TT-3 from (781) 882-0897 and spoke with UM0897.  UM0987 advised MORA that he needed to leave *("I gotta go brother.")*. MORA assured UM0987 that he was en route and arrive with the drugs in approximately 15 minutes *("I'm on my way" and "I got you nig, I got you … I'll be there in like 15 minutes.")*.

174.     At 4:55 p.m., MORA used TT-3 to call (978) 235-3088 and spoke with Individual-6.  Investigators believe that in this call Individual-6 again confirmed his address.  MORA confirmed that he was on the right street and was looking for the right number (*"I'm here dude. I'm just looking for number …"*).

175.     At 4:55 p.m., an investigator conducting physical surveillance observed that the parking spot mentioned by Individual 6, which was nearly directly in front of the street address mentioned by Individual-6, was empty.  At 4:56 p.m., a grey Honda Pilot (the "grey Honda Pilot") arrived and parked in parking spot 384.  At 4:57 p.m., Individual-6 exited the grey Honda Pilot and appeared to be talking into his cellular telephone using the speaker phone.  The investigator observed Individual-6 looking around the parking lot and toward the entrance as if he was waiting for someone to arrive.  At 4:59 p.m., Individual-6 entered the front door to the residence associated with the street address mentioned by Individual-6.  At 5:04 p.m., Individual-6 exited the residence and appeared to be holding something in his hand.  Individual-6 then walked toward a grey Nissan Maxima bearing Massachusetts registration 4JML31 and was out of view for approximately one minute.[34]  At 5:05 p.m., the grey Nissan Maxima exited the parking lot.  At the same time, Individual-6 got back into the grey Honda Pilot and drove away from the area.

---

[34] During this investigation, investigators have observed MORA operating this grey Nissan Maxima.

176.    At 5:23 p.m., MORA received an incoming call from (781) 882-0987 and spoke with UM0987.  Investigators believe that in this call UM0987 informed MORA that he was walking down to meet MORA *("I'm coming right now"* and *"I'm in the stairs right now.")*.

177.    Based upon their training and experience, as well as their participation in this investigation, investigators believe that MORA obtained 10 grams of fentanyl from Individual-6 for redistribution to UM0987.

### C.    BELLO's Relationship with the NAGLE DTO

178.    BELLO has been intercepted using TT-4 to communicate with NAGLE on TT-1 seeking to obtain various controlled substances (including counterfeit oxycodone pills containing fentanyl and counterfeit Adderall pills containing methamphetamine) from the NAGLE DTO. BELLO has also been intercepted offering to trade used cars to NAGLE in return for counterfeit oxycodone pills containing fentanyl and to sell marijuana to NAGLE.  Examples of these communications are set forth below.

### 1.    December 9, 2021:  BELLO Arranged for NAGLE to Deliver Controlled Substances to Individual-7 and Collect Drug Proceeds from Individual-7

179.    At 2:48 p.m. on December 9, 2021, BELLO used TT-4 to call NAGLE on TT-1.  I believe that in this call BELLO asked whether NAGLE could deliver counterfeit pills to one of BELLO's distributors, who operates one of BELLO's stash houses (*"Can you just drop them shits off to my – my man real quick?"*).  BELLO advised NAGLE that the delivery location was at 30 Harwood Street in Lynn (*"on the Wood."*).

180.    After the call was cut off, BELLO used TT-4 to call NAGLE back on TT-1.  I believe that in this call BELLO asked NAGLE whether he would deliver 1,100 pills (*"11"*). NAGLE explained that had already left his stash location (*"I already left bro"*) and did not want to return (*"I don't really wanna go back"*) as he feared it would draw attention because he had

already been in and out of the stash location multiple times that day (*"I just been in and out of here too much today already"*).  BELLO asked again, *"One last time, please.  You're the man if you do that."*  Ultimately, NAGLE agreed to get the drugs (*"I'mma go back."*).  BELLO then explained that he wanted NAGLE to deliver the drugs to Individual-7 (*"GD's dad"*)[35] at 30 Harwood Street in Lynn, and who was going to come out into the hallway and receive the drugs on BELLO's behalf (*"he's gonna come to the hallway and grab it for me and shit."*).  NAGLE agreed to do so (*"Alright, I got you."*).

181.    At 3:07 p.m., BELLO used TT-4 to call NAGLE on TT-1.  I believe that in this call BELLO explained where NAGLE was to deliver the drugs (*"So, when you pull up it's the first building, not the second one, and like closer to the commons. It's the one closer to Western Avenue.")*.  BELLO confirmed that the building was number 30 (*"yeah, it's 30"*) and instructed NAGLE to *"ring number three."*  NAGLE advised BELLO, *"Just tell him to go to the hall."*  BELLO agreed to do so, but added, *"you gotta let me know when you're there."*

182.    At 3:14 p.m., NAGLE used TT-1 to call BELLO on TT-4.  I believe that NAGLE instructed BELLO to tell Individual-7 to meet him (*"Tell him to come to the hall."*).  BELLO advised that Individual-7 was going to let NAGLE into the building so that NAGLE could deliver the drugs in the building (*"He's probably gonna buzz you in, so you can just walk in a little bit so you don't do it right there."*).

183.    At approximately 3:13 p.m., an investigator observed NAGLE in a grey Infiniti JX36 as it arrived in the area of 30 Harwood Street in Lynn, Massachusetts.  NAGLE exited the vehicle and entered the building at 30 Harwood Street.  Approximately two minutes later, an

---

[35] In an earlier affidavit, I stated that BELLO asked NAGLE to deliver the pills to "*Judie's dad*"; however, after personally listening to the intercepted call, I now believe that BELLO stated "*GD's dad,*" which I believe is a reference to Individual-7.

investigator observed NAGLE exit the building at 30 Harwood Street, get back into the grey Infiniti JX36, and leave the area. At 3:15 p.m., NAGLE used TT-1 to call BELLO on TT-4 and told BELLO that he had delivered the drugs to Individual-7 on BELLO's behalf (*"All set."*). NAGLE informed BELLO that he had to *"go by the bank real quick."* I believe that BELLO then advised NAGLE that he would call NAGLE later to arrange delivery of the payment for the drugs (*"call you in like an hour or so and bring you that."*).

184. Between 6:03 p.m. and 6:26 p.m., NAGLE used TT-1 and BELLO used TT-4 to determine each other's respective locations. During the last call, NAGLE informed BELLO that he was *"at the nail salon,"* and BELLO advised that he was *"coming down Ashland ... coming to the nail salon right now."* Based upon this final call where both men stated that they were at or approaching the nail salon on Ashland Street, I believe that BELLO met with NAGLE and paid him for the drugs that NAGLE had delivered to Individual-7 at 30 Harwood Street.

### 2. December 18-21, 2021: BELLO Sought to Trade Cars for Counterfeit Oxycodone Pills with NAGLE

185. At 9:21 a.m. on December 18, 2021, NAGLE received a call on TT-1 from TT-4 and spoke with BELLO. I believe that in this call BELLO told NAGLE he had four vehicles for his used car lot (*"Four cars for your lot"*) and offered to sell them to NAGLE (*"What's good? That's a package deal"*). NAGLE offered BELLO 10,000 pills believed to contain controlled substances for the cars (*"I'll give you 10K"*). NAGLE told BELLO he had 10,000 pills (*"I got 10 ready for you"*) and reminded BELLO that each bag of 1,000 pills usually contains extra pills (*"those shits are extra anyways"*) that would give BELLO even more pills to sell (*"that ends up being a couple hundred at the end."*).

186. Similarly, two days later (on December 20, 2021) at 7:07 p.m., NAGLE received a call on TT-1 from TT-4 and spoke with BELLO. I believe that in this call NAGLE revisited with

BELLO the four vehicles that BELLO had offered for sale (*"What's up with the other whips?"*). NAGLE reminded BELLO that he was offering 10,000 pills for the vehicles (*"I got that 10 for you, it's good nigga."*). NAGLE told BELLO that BELLO could make $30,000 by selling the pills (*"That's a quick 30 ball for you, bro. You are getting all your spread back ... plus, plus profit"*), which would cover the cost of the cars and leave a profit. BELLO again rejected the offer.

187.    The next day, December 21, 2021, NAGLE and BELLO continued their negotiations. At 2:27 p.m., NAGLE received an incoming call on TT-1 from TT-4 and spoke with BELLO. I believe that in this call BELLO informed NAGLE that he would give NAGLE two cars to start with (*"I'mma give you two whips"*) and keep the third car until BELLO received the last 2,500 pills (*"I'm keeping one until I give you the last, the last 25."*). BELLO also told NAGLE that he wanted the 10,000 pills believed to contain controlled substances from NAGLE immediately (*"I want 10 right now. I want five and five. I want 10 right now."*) so that he could start selling the pills and make money ("*So I can get my bread. So I can get [unintelligible] get my 25."* The two then discussed where BELLO should leave the cars (*"So, where I'm going? ... On in the Hills, one at your crib?"*). BELLO then inquired where he should go to pick up the pills ("*Where am I picking up?"*). NAGLE stated 39 Rockaway Street (*"Hills"*) but noted that he was only now completing the count of the first 5,000 pills (*"Yeah, I'm almost done counting one five right now."*). NAGLE confirmed that he still needed to count the other 5,000 pills (*"Oh, you're gonna count the other five?"*), but that he did not want to do it right then (*"I don't feel like counting the other five right now."*). BELLO offered to do the count (*"So just give it to me and I'll count it bro!"*); however, NAGLE rejected that offer because he wanted to take the extra pills in the bags

for himself (*"Nah, I need these extras"*).  NAGLE informed BELLO that he had pulled an extra

500 pills out of the bag already (*"I already got 500 extra"*).

### 3. December 30, 2021:  NAGLE and BELLO Discussed the Availability of Pharmaceutical-Grade Oxycodone Pills and NAGLE Delivered Counterfeit Oxycodone Pills Containing Fentanyl to BELLO

188.    At 2:48 p.m. on December 30, 2021, NAGLE used TT-1 to call TT-4 and spoke

with BELLO.  I believe that in one portion of the intercepted call NAGLE asked BELLO what

price NAGLE was paying for pharmaceutical-grade oxycodone pills (*"What are you playing for

the blues right now?"*).  BELLO stated that he was paying between $27.50 and $28 per pill (*"28.

27-5."*).  NAGLE expressed surprise that BELLO was getting pills in the $27 per pill price range

(*"They gave em to you for 27?"*).  BELLO affirmed that he had gotten the pills for that price and

that he had obtained 1,000 pills that week (*"Yo, grab em.  I grab a pack this week."*).  NAGLE

commented that he typically obtained between 1,000 and 2,000 pharmaceutical-grade oxycodone

pills per week (*"Yeah, I get like one to two G's a week."*).  NAGLE informed BELLO that his

supplier contacted him a day ago to tell him he had 10,000 pharmaceutical-grade pills available

(*"My man just called me yesterday saying he got 10 ... 10K ... 100% official."*).  NAGLE

explained that the pills were being delivered via the mail (*"Shit's coming in the mail"*).  BELLO

then discussed oxycodone pills with a "V" imprint (*"the V"*).  BELLO observed that the pills were

not selling very quickly (*"I would say the, the V the is moving along slow, so I'mma let you

know."*), and that as a result, he only obtained 1,500 pills (*"I just took like 15 so far."*).  NAGLE

noted that the pill sales varied by week—*i.e.,* one week the sales would be high and the following

week the sales would be low (*"Shit be booming one week, a little slow the next week."*).

189.    Later that same day, at approximately 7:13 p.m., BELLO used TT-4 to call NAGLE

on TT-1.  I believe that in one portion of this call BELLO asked NAGLE whether he had any

oxycodone pills with an E-7 imprint available for sale (*"You got E7?"*), and informed NAGLE that he needed 200 pills (*"I need 200"*) immediately (*"Now"*). BELLO then sought confirmation that NAGLE was not going to try and give him oxycodone pills with a U-2 imprint (*"Not those U2 shits, right?"*), and reconfirmed that he wanted 200 pills (*"200"*) with the E-7 imprint (*"I need the E-7s"*). After NAGLE observed that the order was small and that business must be bad (*"slow"*), BELLO asked whether NAGLE was going to sell him the 200 E-7 pills (*"You can't sell me 200?"*). NAGLE replied that he would (*"Yeah, I can."*).

190.     In a later portion of the same call, I believe that BELLO and NAGLE then made plans as to where to meet to complete the transaction. I believe that, in this portion of the call, BELLO asked where he needed to travel to meet NAGLE and obtain the pills (*"Where do I gotta go?"*). NAGLE informed BELLO that he needed to drop off a Jeep near NAGLE SR's residence at 39 Rockaway Street in Lynn, Massachusetts (*"going towards the Hills real quick to drop this Jeep off."*), but that the pills were at his residence at the Ironwood Apartments at 167 Fairmount Avenue in Saugus, Massachustts (*"got 'em at the Wood"*). BELLO then asked whether NAGLE intended to get the pills immediately and where NAGLE wanted to meet (*"You're gonna grab them right now and then meet me out here or what you're gonna do?"*). NAGLE stated that he would get the pills and then meet BELLO back at NAGLE SR's residence at 39 Rockaway Street (*"Yeah, I'll grab them and I'll meet you over there."*). BELLO ultimately agreed that he would meet NAGLE at NAGLE SR's residence at 39 Rockaway Street (*"I'll meet you at the Hills"*) and asked what was NAGLE's expected time of arrival (*"How long 'til you get to the Hills?"*). NAGLE informed BELLO that he needed to drop off the Jeep and then would drive over to get the pills (*"I just gotta stop right there and grab them real quick."*).

191.    At 7:31 p.m., NAGLE used TT-1 to call BELLO on TT-4.  I believe that in this call BELLO informed NAGLE that he was on Harwood Street in Lynn, Massachusetts where he had previously met NAGLE and asked whether NAGLE could meet him there (*"on Harwood.  Can you come here? ... On the Wood.  Where we came the other day."*  NAGLE answered that he was just about there (*"I'm about to pull up right now."*).  BELLO told NAGLE that his car was unlocked and asked NAGLE to put the pills in cupholder in the center console (*"Put 'em in my cup holder.  My car is open."*).  After NAGLE asked BELLO what car he was driving (*"Which one?"*), BELLO told NAGLE that he was driving a gray Acura MDX (*"MDX.  Gray one."*).  NAGLE then instructed a male referred to as *"Osky"* to put the oxycodone pills in the cupholder of BELLO's Acura (*"Put these shits in the cup holder"* *"Right there.  Put it in that car."*).  Upon learning that NAGLE was with *"Osky,"* BELLO advised NAGLE that *"Osky"* owed him $100 and asked NAGLE to instruct *"Osky"* to put the money he owed in the car as well (*"He owes me 100.  Tell him to put my money in the car."*).  NAGLE was then overheard telling *"Osky"* that BELLO said that *"Osky"* owed him $100 and should leave the money in BELLO's vehicle (*"Yo. He said you owe him $100.  Leave it in the car."*).  *"Osky"* confirmed that he owed BELLO money (*"Yeah.  I do owe him."*).  NAGLE instructed *"Osky"* again to put the pills and the money in the cupholder of BELLO's Acura (*"Yeah, put it in the cup.  Put it in there."*).  NAGLE then suggested that *"Osky"* should give NAGLE the $100 because a Jeep that BELLO had given NAGLE to sell needed repairs and he would put the money toward the repair cost (*"As a matter of fact, just give it to me 'cause the Jeep light is on so I'll put it towards that."*).  NAGLE ended the call by telling BELLO that he was joking, and that the counterfeit oxycodone pills and the cash were in the cupholder as BELLO had requested.

### 4. January 10-15, 2022: BELLO Informed NAGLE that BELLO Had a Separate Supplier for Certain Counterfeit Oxycodone Pills

192.     At 4:15 p.m. on January 10, 2022, BELLO used TT-4 to call TT-1 and spoke with NAGLE.  In this call, I believe that NAGLE told BELLO that he was going to give BELLO 1,000 counterfeit oxycodone pills bearing an "E" imprint and with an "M" imprint (*"I'm gonna still give you a rack of the E and the M."*).  NAGLE also offered BELLO counterfeit pills bearing a "V" imprint (*"You can hold all the Vs too."*).  BELLO informed NAGLE that he was not interested in the pills bearing an "M" imprint as he could buy them from an alternate source at a lower price (*"It's a dud 'cause I can get M cheaper."*).

193.     Similarly, on January 15, 2022, I believe that BELLO again indicated that he had an alternative source of supply for certain counterfeit oxycodone pills.  At 11:45 a.m. on January 15, 2022, BELLO used TT-4 to call TT-1 and spoke with NAGLE.  In this call, I believe that NAGLE informed BELLO that his supplier was going to give 50 counterfeit pills of each imprint available ("*He says he's gonna give me 50 of each….  He said he's gonna give 50."*).  NAGLE explained that he was only going to give BELLO pills bearing an "A," "K," and "E" imprint because BELLO previously stated that he already had pills bearing a "V" imprint and that BELLO did not want the pills bearing an "M" imprint (*"but I'm gonna give you the three, the um, the A, the K, and the E because you already have the V's and you said you don't want the M's"*).  NAGLE informed BELLO that he was willing to give BELLO a sample of the pills bearing an "M" imprint (*"I can give you M's too if you wanna see them, but you said you didn't want them and then you already got the V's.  So there's no point in giving you those."*).  BELLO explained that it was only worth taking the pills bearing an "M" imprint if NAGLE could offer the pills at $2.50 per pill (*"If you gonna give em to me at 250, I'll take M's, but if not it's like my people already paid three.  So it don't make sense to me."*).  Later in the call, NAGLE confided to BELLO that there was no real

difference between the pills with the different imprints as they were all basically the same pill (*"at the end of the day bro, no bull, they're all gonna be made the same. You know what I mean? It's just the print that gonna be different .... And they gonna be like probably like a different color each one"*) and that each of the different pills would have the same effect on a customer (*"they're all gonna hit the same"*).

### 5. October 16, 2022: BELLO Arranged with NAGLE To Obtain 500 Counterfeit Oxycodone Pills Containing Fentanyl

194. As will be discussed below in paragraphs 238-252 below, on October 16, 2022, I believe that BELLO arranged with NAGLE to obtain 500 counterfeit oxycodone pills containing fentanyl; BELLO then directed TEJEDA to pick up the pills from NAGLE SR. and deliver the pills to a customer; and BELLO then directed TEJEDA to transport and deliver payment for the pills.

### D. Additional Drug Trafficking Involving BELLO

195. Interceptions over TT-4 establish that BELLO has multiple suppliers of counterfeit drugs containing controlled substances and that BELLO maintains an active distribution network of customers. On occasion, BELLO personally distributes controlled substances to customers (for example, ORTIZ, discussed earlier) and BELLO directs SOLIS and TEJEDA to distribute drugs on his behalf. K. SHEPHERD and NIEVES also engage in drug trafficking on BELLO's behalf. Among BELLO's customers is WESTMORELAND, who regularly receives counterfeit oxycodone pills containing fentanyl for redistribution.

### 1. BELLO Obtains Counterfeit Pills Containing Controlled Substances from FNU LNU, a/k/a "UF8899" ("UF8899")

196. Investigators have intercepted calls by BELLO using TT-4 in which I believe that BELLO has discussed the quality and/or acquisition of counterfeit pills containing controlled

substances. One individual from BELLO has obtained counterfeit drugs containing controlled substances is UF8899.

a. **May 10-13, 2022: BELLO and UF8899 Discussed the Quality of Counterfeit Oxycodone Pills That UF8899 Was Providing to BELLO**

197. At 1:04 p.m. on May 10, 2022, BELLO used TT-4 to call (978) 326-8899 and spoke with UF8899. I believe that in this call BELLO advised UF8899 that some of his customers liked the lighter-colored counterfeit oxycodone pills, and other customers preferred the darker colored counterfeit oxycodone pills (*"Weird. Somebody says they like the light ones; somebody is saying they like the dark ones. So I don't know"*).[36] UF8899 then asked if BELLO wanted the pills that he was purchasing to be a mixture of both the lighter and darker pills (*"Oh… so you want them mixed?"*). BELLO replied that he did not want a mixture of the pills as he wanted to continue tracking customer responses to determine which colored counterfeit pills his customers preferred given the different reviews he was receiving (*"No, not at all. Hell no. I gotta keep checking them out. I'm gonna keep passing them to see which one gets a better review, cause right now one person said they like—the light one, one person said they like the dark one. That's weird."*). UF8899 agreed that BELLO should not purchase a mixture of the colored counterfeit pills (*"Yeah, they should all be the same."*). BELLO expressed indecision given that his customers seemed to like both the light-colored and the dark-colored counterfeit pills (*"I don't know. They say they good though. That's a good thing."*). UF8899 suggested that BELLO find out which colored pills most of his customers liked better and just order those pills (*"Check what they like better, most*

---

[36] One minute before this call, BELLO used TT-4 and spoke with K. SHEPHERD, who was using (978) 605-3218. I believe that in this call K. SHEPHERD informed BELLO that one of K. SHEPHERD's customers preferred the lighter-colored pills (*"My jug said the lighter one."*). Later that day (at 3:40 p.m.), BELLO used TT-4 and spoke with ORTIZ, who using (781) 817-0782. ORTIZ reported to BELLO that *"the dark one you just gave me"* was *"a little bit"* better than pills that BELLO had given him earlier.

*people, and just take that one."*).  BELLO told UF8899 that he would keep her advised (*"I'll let you know."*).

  **b.**  **May 13, 2022: BELLO Received 2,500 Counterfeit Pills Containing Controlled Substances from UF8899**

  198. At 3:10 p.m. on May 13, 2022, BELLO used TT-4 to call (978) 326-8899 and spoke with UF8899.  I believe that in this call BELLO asked whether UF8899 organized his counterfeit pills in bags containing 100 pills per bag (*"You put that on 100s, right?"*).  After UF8899 responded affirmatively (*"Yes"*), BELLO repeated that he needed the pills to be in individual bags containing 100 pills per bag (*"Aight, cool. Cause I need that all 100s."*).  UF8899 confirmed that she was going to meet BELLO at a location in Lynn, Massachusetts (*"That's Lynn, right?"* and *"Alright. Be there soon."*).

  199. At 3:36 p.m., BELLO received an incoming call on TT-4 from (978) 326-8899 and spoke with UF8899.  UF8899 asked BELLO, *"Where you at?"*  BELLO responded that he was *"down the street"* approximately five minutes away (*"I got five minutes."*).  Based on a subsequent call during which BELLO discussed the 25 bags of pills he received from UF8899,[37] I believe that BELLO met UF8899 and obtained 2,500 counterfeit pills containing controlled substances from UF8899.

  **2.**  **At BELLO's Direction, SOLIS Regularly Delivered Counterfeit Oxycodone Pills Containing Fentanyl to WESTMORELAND**

  200. Intercepted communications over TT-4 establish that SOLIS is a runner for BELLO.  Acting at BELLO's direction, SOLIS regularly delivers controlled substances to

---

[37]  In this subsequent call on May 13, 2022, BELLO and UF8899 discussed the light-colored and dark-colored pills that BELLO had received from UF8899.  Among other things, UF8899 informed BELLO that her source had stated that the counterfeit pills were made on two different pill presses, but that the quality was the same (*"He said that everything is the same…. They have, like two machines, and they came like that, but they're all the same."*).

individuals for BELLO. WESTMORELAND is one such individual, who regularly receives large quantities of counterfeit drugs containing controlled substances for redistribution purposes.

    **a.**     **May 1, 2022: BELLO Directed SOLIS To Deliver 600 Counterfeit Oxycodone Pills Containing Fentanyl to WESTMORELAND**

    201.     At 11:21 a.m. on May 1, 2022, BELLO used TT-4 to call (781) 520-3893 and spoke with WESTMORELAND.[38] I believe that in this call WESTMORELAND informed BELLO that he still needed to pay BELLO for 300 counterfeit oxycodone pills containing fentanyl that he had previously received (*"I owe you fucking still for the 3, I got that"*). WESTMORELAND asked BELLO for as many counterfeit oxycodone pills as BELLO was willing to provide and suggested 300 or 500 pills (*"I was gonna say, fucking toss me whatever you wanna toss me. I don't know you can toss me 3, toss me 5. Whatever, I don't give a fuck."*). BELLO replied that he wanted to collect the money for the 300 pills (*"I'm a pick up the bread for 3"*), and that he was going to direct SOLIS (BELLO's runner) to deliver 500 counterfeit oxycodone pills to WESTMORELAND (*"I'ma have him give you 5"*). BELLO asked where WESTMORELAND was, and WESTMORELAND gave his location (*"over here in the Jet right now."*). BELLO assured that WESTMORELAND that he was going to have SOLIS deliver additional counterfeit pills to him (*"I gotchu, in a little bit, I'ma have little bro slide on you"*).

    202.     At 12:47 p.m., BELLO used TT-4 to call (781) 513-8214 and spoke with SOLIS.[39] I believe that in this call BELLO instructed SOLIS to meet WESTMORELAND (*"Pull up at,*

---

[38] I believe that WESTMORELAND is the user of (781) 520-3983 as an investigator identified WESTMORELAND as being at a location where BELLO had directed the user of (781) 520-3983 to go. Additionally, the user of this phone has been referred to at various times as *"Wes," "Westie," and "West."*

[39] I believe that SOLIS is the user of (781) 513-8214 for various reasons including that investigators conducting surveillance have observed that SOLIS's movements were consistent with location descriptions given by the user of this telephone during intercepted communications.

*what's it called? Uh, The Jets."*).  BELLO asked SOLIS how many counterfeit oxycodone pills he still had in the vehicle with him (*"Yeah, how many blue you have in there?"*).  SOLIS stated that he was unsure as to the actual number of pills but confirmed that he had counterfeit oxycodone pills in the vehicle's hidden compartment (*"I don't know, there's blues in here."*).[40]  BELLO then told SOLIS that he believed that there should be approximately 1,000 counterfeit oxycodone pills in the car (*"Yeah, there should be like almost a K pack, this nigg [U/I] a K pack, didn't have it in the jig, I just put one in there."*).  SOLIS advised BELLO that he would check in the vehicle's after-market hide (*"Let me check right now."*).  SOLIS informed BELLO that there were 600 counterfeit oxycodone pills in the car (*"Fuck it, right now there's 6 in here."*).  BELLO instructed SOLIS to give all 600 counterfeit pills to WESTMORELAND (*"Give those all to Wes"* and *"Pull up on him give him the last 6"*).  SOLIS stated that he was en route (*"I'm on my way right now just through this beach right here to the left."*).  BELLO stated that he was going to need to meet with SOLIS and give him a new supply of counterfeit oxycodone pills later that evening (*"Shit's about to be empty.  I'mma have to give you blue."*).

203.    Based upon my participation in this investigation, as well as subsequent intercepted calls, I believe that SOLIS delivered 600 counterfeit oxycodone pills containing fentanyl as directed by BELLO.

**b.    May 3, 2022:  BELLO Directed SOLIS To Pick Up Counterfeit Oxycodone Pills Being Returned by WESTMORELAND**

204.    At 1:16 p.m. on May 3, 2022, BELLO used TT-4 to call (781) 513-8214 and spoke with SOLIS.  I believe that in this call BELLO instructed SOLIS to meet WESTMORELAND

---

[40]    In an earlier affidavit, I stated that I believe that BELLO's use of the word "blues" referred to pharmaceutical-grade oxycodone pills.  Upon re-review of this call (and other calls in which BELLO also used this term), I believe it more likely that BELLO was referring to counterfeit oxycodone pills during this intercepted communication.

(*"Slide out West in the Jets"* and *"Smack Westie in the Jets"*). BELLO advised SOLIS that WESTMORELAND was going to return 300 counterfeit oxycodone pills and that SOLIS was supposed to deliver 500 new counterfeit oxycodone pills (*"He's gonna give you back 300, and you gonna give him 500."*).[41] SOLIS sought confirmation (*"I'm gonna give 500 and he is giving you back 300?"*). BELLO responded affirmatively (*"Yeah."*).

205.   At 1:45 p.m. on May 3, 2022, BELLO used TT-4 to call (781) 520-3983 and spoke with WESTMORELAND. I believe that in this call BELLO asked what the problem was with the pills as nothing had changed (*"Bro, what are you talking about? Those are the same shits I've been giving you."*). WESTMORELAND stated that his customer had tried one of the pills that he had recently received and was going to continue checking the others (*"He said one of them, he only tried of them out so far out of the hundreds. He said he's going to do the other ones when he gets out of work… He said he's gonna open every bag and make sure every batch is good."*). BELLO commented that these pills were of the same quality as those he had previously distributed (*"Bro, those are the same ones. I'm just saying. Same, those are the same shits I've been giving you."*). BELLO admitted that 300 of the pills previously distributed were different (*"Those 300, I'm not saying they're the same, but those 500 are the same that you've been getting,"* and *"Those 300 ain't the same ones, bro."*). WESTMORELAND was pleased to hear that and noted that his customer stated that these pills were better than the prior batch (*"As long as these ones are good bro. Yeah, the nigga said these break down way better than the last batch too."*). WESTMORELAND also advised BELLO that he had cash for 300 of the 500 good pills that

---

[41]   In an earlier intercepted call (at 10:37 a.m. on May 3, 2022) over TT-4, I believe that SOLIS asked BELLO whether he had heard complaints from WESTMORELAND (*"Westie"*) about an earlier delivery of counterfeit pills (*"Did Westie call you already and tell you about the foo?"*). BELLO asked if he was complaining about the quality of the pills (*"Yeah, they're trying to say they're not good?"*). SOLIS responded affirmatively (*"Yeah, he said they're not good."*).

BELLO had provided if BELLO wanted to pick it up (*"I have the bread, like almost. I have the bread for like 300 of them right now, and then he's gonna owe me for the two. If you want bread for the 300 you can come now; if not, I'll see you tomorrow."*).

206. Shortly thereafter (at 1:52 p.m.), BELLO used TT-4 to call (781) 513-8214 and spoke with SOLIS. BELLO instructed SOLIS to go back and meet with WESTMORELAND and collect cash for 300 of the pills previously delivered (*"Slide back to the Jets. West is gonna pay you for 300."*). BELLO and SOLIS then discussed how much money WESTMORELAND owed BELLO. SOLIS stated that WESTMORELAND had previously paid for 300 pills and that SOLIS had given him 500 pills (*"He gave me bread for three; I gave him five."*). BELLO explained that the payment for 300 pills from WESTMORELAND was for pills previously delivered (*"He owed for three before."*). BELLO then explained that WESTMORELAND was now going to pay for 300 of the 500 pills delivered and was going to continue to owe BELLO payment for the remaining 200 pills (*"So he's about pay for three right now. He's gonna owe for two."*).

207. Based upon subsequent intercepted calls (in which BELLO chastised SOLIS because BELLO believed that SOLIS had delivered the pills returned by WESTMORELAND to another customer), I believe that WESTMORELAND returned to SOLIS 300 counterfeit oxycodone pills containing fentanyl and received from SOLIS 500 different counterfeit oxycodone pills containing fentanyl.

### c. May 12, 2022: At BELLO's Direction, SOLIS Delivered 300 Counterfeit Oxycodone Pills Containing Fentanyl to WESTMORELAND

208. At 2:01 p.m. on May 12, 2022, WESTMORELAND used (781) 520-3983 to call BELLO on TT-4. I believe that in this call BELLO told WESTMORELAND that he was thinking about telling SOLIS to deliver 500 counterfeit oxycodone pills containing fentanyl to WESTMORELAND (*"I might have bro give you 500"*). WESTMORELAND responded that he

only needed 300 pills (*"No bro, I just need three, bro."*). BELLO then stated that he would tell SOLIS to deliver 300 counterfeit oxycodone pills to WESTMORELAND (*"Aight, so I'mma have bro give him three."*). BELLO asked whether WESTMORELAND was going to give SOLIS the money for an earlier delivery of 900 counterfeit oxycodone pills (*"You giving him the bread for the nine?"*). WESTMORELAND replied affirmatively and then informed BELLO that he had just given BELLO's money to another individual to deliver to BELLO (*"I'm saying I just give it to little mans to go give to you"*).

209. One minute later (at 2:02 p.m.), BELLO used TT-4 to call SOLIS on (781) 513-8214. BELLO informed SOLIS that WESTMORELAND was en route to meet with SOLIS (*"Westy's on the way to that spot, that's what he told me."*). After SOLIS asked for clarification where he was to go, BELLO provided the address where SOLIS was to meet WESTMORELAND (*"77 Warren."*). BELLO instructed SOLIS to deliver 300 counterfeit oxycodone pills to WESTMORELAND (*"Give him 300"*). SOLIS confirmed the order (*"300? Got you."*). BELLO advised SOLIS that he would reimburse SOLIS for the drugs (*"And I'll pay you for 300."*).

210. Based upon a subsequent intercepted call the next day between WESTMORELAND and BELLO, I believe that SOLIS delivered 300 counterfeit oxycodone pills containing fentanyl to WESTMORELAND as directed by BELLO. During this call (at 10:13 a.m. on May 13, 2022), WESTMORELAND used (781) 520-3983 to call BELLO on TT-4. At the very beginning of this call, WESTMORELAND advised that he owed BELLO for 300 counterfeit oxycodone pills (*"I owe you for 300"*), which I believe is a reference to the 300 pills that SOLIS was directed to deliver to WESTMORELAND the day before.

### d. October 12, 2022: SOLIS Processed Controlled Substances at BELLO's Direction

211. At 2:13 p.m. on October 12, 2022, BELLO received an incoming call on TT-4 and spoke with SOLIS. I believe that in this call BELLO asked if SOLIS was at BELLO's stash location in an apartment at 660 Ocean Avenue in Revere, Massachusetts (*"You in there?"*). SOLIS asked what BELLO wanted him to do. BELLO told SOLIS to prepare a batch of controlled substances for distribution *("Scale up 10 of that shit that's in the black bag . . .see the cut that's on the counter . . take 80 of that . . . 80 of the cut, 10 of that right there. Put it together . . .make 10 1Gs, and then two 5s, and put the rest away.")*.

212. At 2:30 p.m., an investigator observed that a black Acura RDX, known to be used by SOLIS, was in the parking garage located at 660 Ocean Avenue in Revere, Massachusetts.

213. Based on the foregoing, I believe that SOLIS was at BELLO's stash location; that BELLO had stored controlled substances at this stash location; and that SOLIS was processing controlled substances at BELLO's direction at the stash location for subsequent distribution.

### 3. K. SHEPHERD Has Assisted BELLO in Multiple Aspects of BELLO's Drug Trafficking

214. Based upon intercepted communications over TT-4 between BELLO and K. SHEPHERD, who is using (978) 605-3218,[42] I believe that K. SHEPHERD assists BELLO in various facets of BELLO's drug trafficking. As discussed previously in paragraph 197, footnote 36, I believe that K. SHEPHERD helps to distribute the controlled substances obtained by BELLO.

---

[42] Investigators believe that K. SHEPHERD is the user of (978) 605-3218 (which is subscribed to Javier Bello, 14 Northridge Road, Beverly, Massachusetts) based upon records establishing that K. SHEPHERD filed an insurance claim in 2021 and provided this telephone number as his contact number.

In addition, K. SHEPHERD assists BELLO in the drug distribution in other ways. A few examples are set forth below.

### a. May 2, 2022: K. SHEPHERD Delivered Controlled Substances to BELLO

215. At 9:15 a.m. on May 2, 2022, BELLO used TT-4 to call (978) 605-3218 and spoke with K. SHEPHERD. I believe that in this call BELLO told K. SHEPHERD to be prepared to assist in drug trafficking (*"Be ready."*). K. SHEPHERD stated that he was ready and that he would be parking in the visitors parking lot where BELLO's mother resided at the time *("I'll park in the visitor's parking so I can leave the car there if you need.")*. BELLO asked if K. SHEPHERD was about to grab the narcotics *("Bout to grab that jug . . . for the 2K greens . . . pulling right into this bitch right now . . . I must have go up inside of here and grab that green.")* and K. SHEPHERD affirmed.

216. At 10:30 a.m., surveillance observed a grey Acura and a white BMW parked curbside of 14 Northridge Road in Beverly, Massachusetts, which is the residence that BELLO shares with his girlfriend. Both vehicles had doors ajar. Surveillance observed BELLO, K. SHEPHERD, and a female, who is BELLO's girlfriend, unload numerous plastic bags, some of which were put into the white BMW and some of which were taken into BELLO's residence. Surveillance observed, what appeared to be clothes, placed in the top of some of the bags.

217. Based upon my training and experience, as well as my participation in this investigation, I believe that K. SHEPHERD brought controlled substances to BELLO; that BELLO put some of the controlled substances in his residence for future distribution; and put some of the controlled substances in his vehicle (the white BMW) for distribution.

**b.  May 18, 2022:  BELLO and SHEPHERD Discussed the Receipt of 112 Pounds of Marijuana**

218.  At 2:42 p.m. on May 18, 2022, BELLO used TT-4 to call (978) 605-3218 and spoke with K. SHEPHERD.  I believe that in this call BELLO discussed a recent delivery of 112 pounds of marijuana that he had just received, which he characterized as small *("It's only 112 pies.  It's pretty light.").*  BELLO told K. SHEPHERD that he thought that they could sell this amount of marijuana quickly *("We could that pretty quick.").*  BELLO then stated that they would need to break down each of the pounds into smaller quantities for resale *("Cut two, three or five of these, of each.").*  K. SHEPHERD observed that he could finish that task quickly *("I should be done real quick. A hundred's light. Hundreds real light.").*

219.  At 5:38 p.m., BELLO used TT-4 to call (978) 605-3218 and spoke with K. SHEPHERD.  I believe that in this call BELLO informed K. SHEPHERD that they had started breaking down the marijuana *("Everything is already cut open.").*  K. SHEPHERD stated that he was en route and almost there to assist *("Aight. I'll see you in a sec.").*

220.  At 6:32 p.m., BELLO used TT-4 to call (978) 605-3218 and spoke with K. SHEPHERD.  I believe that in this call BELLO stated that he had obtained another heat sealer to use in packaging the marijuana *("I grabbed another sealer.").*  K. SHEPHERD responded that he had begun breaking down into smaller quantities a specific type of marijuana *("Taking, um, 37s out right now.").*  BELLO told K. SHEPHERD that they were not going to break down this type of marijuana into smaller quantities *("37s? The rest of those 30s are not getting touched.").*  K. SHEPHERD sought clarification *("They're not getting touched?").*  BELLO explained that they were not going to break that specific type of marijuana into smaller quantities to fill an existing order *("Not for the order.").*  K. SHEPHERD then sought confirmation that he was to break down all of the marijuana into smaller quantities except for the specific type of marijuana being discussed

*("We are doing everything, but the rest of the 30s. Right?").* After BELLO agreed *("Yeah."),* K. SHEPHERD affirmed that this is what he would do *("Alright then, that's what we're doing.").*

### c. September 29, 2022: BELLO Directed K. SHEPHERD to Obtain 500 Counterfeit Pills Containing Controlled Substances from UF8899 and To Handle a Marijuana Transaction with a Customer

221. At 10:13 a.m. on September 29, 2022, BELLO received an incoming call on TT-4 from (978) 326-8899 and spoke with UF8899. I believe that during this call BELLO requested 500 counterfeit pills containing controlled substances from UF8899 *("Bring me a whole five.").* UF8899 asked whether she should provide the pills to an associate of BELLO's *("Aight, so should I just give it to your boy?").* BELLO affirmed *("Yeah, the five? Yeah, for sure.").*

222. At 10:48 a.m., BELLO received an incoming call on TT-4 from (978) 605-3218 and spoke with K. SHEPHERD. I believe that in this call BELLO instructed K. SHEPHERD to collect the 500 counterfeit pills containing controlled substances from UF8899 (*"I already called 500 and got that ready for you."*). BELLO added that K. SHEPHERD would not be able to collect the pills until later that day because BELLO's source was working *("She's working. She'll have to meet you later.").* K. SHEPHERD asked to whom he should deliver the 500 pills *("Who is it for, though?").* BELLO responded that K. SHEPHERD should provide the pills to "Q."

223. At 3:30 p.m., BELLO used TT-4 to call (978) 605-3218 and spoke with K. SHEPHERD. I believe that in this call BELLO instructed K. SHEPHERD to collect the 500 counterfeit pills from UF8899 at a location on Highland Avenue in Salem *("Yo, you're gonna have to grab 'em at Highland Ave.").*[43] K. SHEPHERD affirmed *("Uh-huh.").*

---

[43] In an earlier affidavit, I stated that I believed that BELLO directed K. SHEPHERD to go to Highland Avenue in Lynn. Based upon information from a publicly available commercial database that a credit reporting company has reported that the subscriber to the phone number being used by UF8899 has an apartment on Highland Avenue in Salem, Massachusetts and a subsequent intercepted call over TT-4 in which UF8899 provided BELLO with an apartment

224.     At 3:53 p.m., BELLO received an incoming call on TT-4 from (978) 605-3218 and spoke with K. SHEPHERD.  I believe that in this call K. SHEPHERD informed BELLO that he had arrived to collect the 500 counterfeit pills from UF8899 *("I'm about to be outside of Highland Ave.")*.  BELLO replied that K. SHEPHERD knew what to do *("You know the drill. Ring the doorbell. Right upstairs.")*.  K. SHEPHERD replied that he did not know the apartment number (*"I don't know the number."*).  BELLO indicated that he would tell the source of supply that K. SHEPHERD was outside waiting *("I'mma tell him you're outside.")*.

225.     At 4:02 p.m., BELLO received an incoming call on TT-4 from (978) 326-8899 and spoke with UF8899.  I believe that in this call UF8899 apologized for not answering BELLO's call.  BELLO informed UF8899 that K. SHEPHERD had arrived *("Kion's over there.")*.  UF8899 acknowledged *("Okay.")*.

226.     At 4:09 p.m., BELLO used TT-4 to call (978) 605-1218 and spoke with K. SHEPHERD.  I believe that in this call BELLO asked whether K. SHEPHERD had picked up the counterfeit pills from UF8899 *("You gucci, bro?")*.  K. SHEPHERD replied affirmatively *("Yeah.")*, leading me to conclude that K. SHEPHERD obtained the 500 counterfeit pills from UF8899 as directed by BELLO.

227.     In the same call, BELLO also informed K. SHEPHERD that a customer who owed BELLO for 20 pounds of marijuana *("He owes 20 Ps.")* was going to return 13 pounds of marijuana and give K. SHEPHERD money for seven pounds of marijuana *("He's gonna give you 13 Ps back and money for seven,"* and *"You can just take the bread for the seven and he's gonna give you 13")*.  BELLO instructed K. SHEPHERD to then give the customer a different 20 pounds

---

number that is consistent with the information provided by the credit reporting company, I now believe that BELLO directed K. SHEPHERD to go Highland Avenue in Salem, not Lynn.

of marijuana and explained that the customer did not like the 13 pounds that were being returned (*"The 13 wasn't that good, he said."*).

### 4.    TEJEDA Is Assisting in Various Drug Trafficking

228.    Based upon intercepted communications over TT-4 and surveillance observations over the last month, I believe that TEJEDA is now assisting BELLO by conducting various drug trafficking, including delivering drugs, on BELLO's behalf.  A few examples are set forth below.

### a.    October 3, 2022:  BELLO Instructed TEJEDA to Show a Customer Various Types of Marijuana that BELLO Was Selling

229.    At 2:33 p.m. on October 3, 2022, BELLO used TT-4 to call (781) 513-2645 and spoke with TEJEDA.[44]   I believe that in this call TEJEDA informed BELLO that he was at Individual-7's stash house (*"I'm at OG's."*).   BELLO asked TEJEDA to pull out one pound of each of the different types of marijuana that were at Individual-7's stash house and put them on display on a table (*"Do me a favor. Take one of each flavor for me … Just put it on the table."*). BELLO explained that a customer named "Lil Tony" was about to arrive to review the quality of the marijuana (*"Litl Tony about to pull up and look at them all."*).   TEJEDA agreed to do so.

### b.    October 5, 2022:  BELLO Directed TEJEDA to Deliver Marijuana to a Customer

230.    At 8:10 p.m. on October 5, 2022, BELLO used TT-4 to call (781) 513-2645 and spoke with TEJEDA.  I believe that in this call BELLO instructed TEJEDA to deliver a half a pound of marijuana to a location near Berry Park (*"Bring a half a pie over there … over there by Berry Park."*).   BELLO asked TEJEDA to FaceTime BELLO when he arrived and informed TEJEDA that a customer was going to give him between $450 and $500 (*"FaceTime me when you*

---

[44] I believe that TEJEDA is the user of (781) 513-2645 based upon records establishing that TEJEDA filed an insurance claim and provided this telephone number as his contact number.

*get there. He's gonna give you like 4-50 or some shit like that. 450-500 Pull up on him. Get that.").* Later in the same call, BELLO directed TEJEDA to weigh the marijuana before delivering it because it contained more than a half a pound of marijuana *("Make sure you weigh it cause it's extra ... Make sure you take the extra out of that half a pie.").* BELLO told TEJEDA that he could sell the extra marijuana and keep the proceeds *("Yeah, go check that. Pocket that real quick because it's your bread.").*

231.    At the end of the call, BELLO told TEJEDA to return the five pounds of marijuana that were still in the trunk of his car to Individual-7's apartment *("The five pies that you got in the trunk just bring them back to OG's.")* so that TEJEDA would not be driving around with a large quantity of drugs in his car *("So that way you're not riding with them ... bring them in so you're not riding with them.").*

232.    At 8:31 p.m., TEJEDA used (781) 513-2645 to call BELLO on TT-4.  I believe that in this call TEJEDA advised BELLO that he was at Individual-7's apartment to drop off the five pounds of marijuana that was in his car and then was going to deliver the half-pound of marijuana as BELLO directed *("I'm at OG's about to head out right now.").*

    **c.**    **October 7, 2022:  BELLO Requested that TEJEDA Take Over Drug Deliveries from SOLIS**

233.    At 5:05 p.m. on October 7, 2022, BELLO received an incoming call on TT-4 from (781) 513-2645 and spoke with TEJEDA.  I believe that in this call BELLO asked if TEJEDA would do BELLO a favor *("Could you try do me a favor?").*  BELLO explained that he wanted to give SOLIS the day off from delivering drugs and asked whether TEJEDA could take over the drug deliveries *("I'm about to let this nigga Witchy get the rest of the day off. You trynna run for the rest of the day?").*  TEJEDA agreed *("Yeah.").*  BELLO advised TEJEDA to call SOLIS and that SOLIS was going to prepare the controlled substances for TEJEDA *("Aight. Call him. He is*

*gonna get you a pack ready.").* BELLO instructed TEJEDA to meet SOLIS at SOLIS's mother's residence *("Just meet him at him mom's.").* BELLO stated that SOLIS would give TEJEDA drugs for delivery *("He is gonna give it to you.").*

234. From the investigation, I am aware that SOLIS's relatives live at 44 Commercial Street in Lynn, Massachusetts, and investigators have observed SOLIS enter and exit the residence on multiple occasions throughout the investigation.[45] At 5:11 p.m., an investigator observed via video surveillance that SOLIS arrived at 44 Commercial Street in Lynn in a gray Lexus IS bearing Massachusetts registration 9SD541 (the "gray Lexus IS"). At the same time, a blue Nissan Altima bearing Massachusetts registration 8PW762 (the "blue Nissan Altima") arrived at the same location. SOLIS exited the gray Lexus IS and approached and opened the passenger side door of the blue Nissan Altima. SOLIS appeared to engage in conversation. SOLIS also reached into the car several times before closing the passenger side door and walked away. SOLIS then walked away empty-handed (other than his cell phone) and entered the building at 44 Commercial Street through the front door.

235. At 5:24 p.m., SOLIS exited the front door of 44 Commercial Street. SOLIS was carrying a white shopping bag. SOLIS puts the white shopping bag in the back seat of the gray Lexus IS. At that point, TEJEDA walked from across the street to the gray Lexus IS. SOLIS and TEJEDA had a brief conversation. SOLIS then re-entered the residence at 44 Commercial Street via the side door, and TEJEDA briefly returned to the driver's door of his black Honda Accord bearing Massachusetts registration 2GPH51 (the "black Honda Accord"), which was parked across the street. TEJEDA then returned to the sidewalk in front of 44 Commercial Street.

---

[45] According to records with the Massachusetts Registry of Motor Vehicles, SOLIS's driver's license also lists 44 Commercial Street, Lynn, Massachusetts.

236.    At 5:28 p.m., SOLIS exited the side door of 44 Commercial Street and appeared to hand something to TEJEDA.  From the investigator's review of the video surveillance footage, the interaction between SOLIS and TEJEDA was, in his opinion, consistent with a hand-to-hand drug transaction.  TEJEDA then returned to his black Honda Accord and departed the area.

237.    At 5:46 pm, BELLO used TT-4 to call (781) 513-2645 and spoke with TEJEDA.  I believe that in this call BELLO asked TEJEDA whether he met with SOLIS (*"Did you see Wichy?"*).  TEJEDA replied affirmatively.  Later in the same call, TEJEDA asked where he was supposed to deliver the drugs (*"How about the cut, where am I gonna drop it off?*).   BELLO informed TEJEDA to take it to a stash location until he figured out where it should be delivered so that it was not in TEJEDA's car (*"You should bring it to the crib, real quick. Let me get on my phone with this nigga. But yeah, take it off so you're not riding with it."*).[46]

**d.    October 16, 2022:  Acting at BELLO's Direction, TEJEDA Obtained 500 Counterfeit Oxycodone Pills from NAGLE SR. at NAGLE SR.'s Apartment and Later Returned with Payment for the Pills**

238.    At 6:30 p.m. on October 16, 2022, BELLO used TT-4 to call TT-1 and spoke with NAGLE.  I believe that in this call BELLO told NAGLE that he needed 500 counterfeit oxycodone pills with a "V" imprint for a customer *("I need 500. I got a jug"* and *"500 V. I got a jug."*).  NAGLE stated that he would call his father and tell him to leave the drugs out for BELLO *("Let me call this nigga and tell him to put it there for you."*).  BELLO asked how long it would be

_____

[46] I am aware that drug dealers typically use the word *"cut"* to refer to non-illegal ingredients that are added to narcotics; however, I believe that, given the context of this conversation in which BELLO directed TEJEDA to take *"it"* to a stash house *"real quick"* so that TEJEDA was *"not riding with it,"* TEJEDA used the word *"cut"* to refer to illegal drugs as otherwise there would be no reason for BELLO to have any concern about TEJEDA having the item in his vehicle.  Moreover, I believe that later the same day BELLO began instructing TEJEDA to deliver narcotics in the same manner that BELLO regularly instructs SOLIS to deliver narcotics *(e.g., "Smack Cobbet, two hards,"* and *"Go back right by McDonalds … two hards,")*.

before the drugs were ready for pickup *("How long you think?").*  NAGLE stated that NAGLE

SR. *"should be home."*  BELLO asked NAGLE to call him back and urged that it be done quickly

*("Call me back and let me know.  It's got to be picked up right away.").*

239.    At 7:09 p.m., BELLO used TT-4 to call (781) 513-2645 and spoke with TEJEDA.

BELLO told TEJEDA that TEJEDA should go and pick up drugs at NAGLE SR.'s apartment *("I*

*left something in the Highlands, in the glass.").*  TEJEDA said that he would go get the drugs

*("Highlands. I'll scoop that."),* and asked what he should do with them *("Where you about to*

*bring it? You want me to hold it for now?").*  BELLO stated that the customer would meet TEJEDA

to get the drugs *("My man is going to pull up and grab it off of you.").*  TEJEDA replied that he

was en route *("Heading out.").*

240.    I observed via video surveillance footage that, at 7:16 p.m., a dark-colored sedan

arrived and parked across the street from 39 Rockaway Street.  A male exited the sedan and entered

the front door of 39 Rockaway Street.  Based upon subsequent intercepted communications, I

believe that this male was TEJEDA.

241.    At 7:17 p.m., BELLO received an incoming call from (781) 513-2645 and spoke

with TEJEDA.  I believe that in this call TEJEDA informed BELLO that no one was there and

there were no drugs to pick up *("There's nothing here, cuz.").*  BELLO instructed TEJEDA to stay

where he was *("Stay right there. Hold on.").*

242.    BELLO immediately used TT-4 to call NAGLE on TT-1.  I believe that in this call

BELLO stated that there was no one there to give TEJEDA the drugs *("Nothing there bro.").*

NAGLE stated that the drugs should have been ready for pickup *("It should be there already.").*

NAGLE stated that he would call BELLO back *("I'll call you right back.").*

243.     Via video surveillance, at 7:18 p.m., I observed an older male, whom I believe was NAGLE SR., walking up Rockaway Street carrying a plastic shopping bag.  NAGLE SR. entered the front door of 39 Rockaway Street.

244.     One minute later (at 7:19 p.m.), NAGLE used TT-1 to call TT-4 and spoke with BELLO.  I believe that in this call NAGLE informed BELLO that NAGLE SR. had gone to the store and just got back *("He just got there. He was at the store. He said he's doing it right now.").*  BELLO replied that his runner (TEJEDA) was waiting in the hallway *("Sitting in the hallway.").*  NAGLE answered that NAGLE SR. would meet TEJEDA momentarily *("So he's going to see him. He's walking up the stairs right now.").*

245.     I observed via video surveillance that, at 7:22 p.m., the male I believe was TEJEDA exited the front door of 39 Rockaway Street and reentered the dark-colored sedan.  At 7:23 p.m., TEJEDA drove away from the area.

246.     Based on a subsequent call between BELLO and TEJEDA, I believe that TEJEDA received the 500 counterfeit oxycodone pills while at NAGLE SR.'s.  At 8:52 p.m., BELLO used TT-4 to call (781) 513-2645 and spoke with TEJEDA.  I believe that in this call BELLO advised that his customer was ready to meet and purchase the 500 counterfeit oxycodone pills *("My man's is trying to pull up for that 500 right now.").*  BELLO told TEJEDA that he instructed the customer to meet TEJEDA at Needham's Landing by the gas station *("I put him on Needham's,"* and *"In the back. By the gas station.").*  TEJEDA responded that he would *"be there in like, ten minutes."*  BELLO stated that the customer stated that he would also *"be there in ten minutes."*

247.     At 9:12 p.m., BELLO received an incoming call on TT-4 from (781) 513-2645 and spoke with TEJEDA.  I believe that in this call TEJEDA asked what type of vehicle the customer was driving *("What car is he in?").*  BELLO replied, *"Not sure, let me call him right now.*

*Probably a pick-up truck."* One minute later, BELLO used TT-4 to call (781) 513-2645 and spoke

with TEJEDA. I believe that in this call BELLO informed TEJEDA that the customer was on foot

*("He's there walking.")*. TEJEDA responded that he saw the customer *("He's walking. Oh yeah,*

*I see him.")*.

248. At 9:16 p.m., BELLO received an incoming call from (781) 513-2645 and spoke

with TEJEDA. I believe that in this call TEJEDA confirmed that he sold the 500 counterfeit

oxycodone pills to BELLO's customer *("All smooth")*. BELLO then asked TEJEDA to do him

*"a favor."* BELLO asked whether TEJEDA counted the money that he had received from the

customer *("You see that bread he just gave you? ... Did you count it?")*. TEJEDA replied that he

had $2,000 and was going to double-count the money *("Two burgers, but I'm about to double*

*count it right now.")*. BELLO instructed TEJEDA to go back to NAGLE SR.'s apartment and

leave $1,250 of the money TEJEDA had just received *("Pull up to the Highlands real quick, right?*

*Back to Mikey's ... And put 1250 in there, out of that bread.")*. TEJEDA affirmed. BELLO asked

TEJEDA to call BELLO when he was at NAGLE SR.'s *("Call me when you get over there.")*.

249. At 9:24 p.m., I observed via video surveillance a dark-colored sedan arrive on

Rockaway Street and park across the street from 39 Rockaway Street. A person I believe was

TEJEDA then exited the vehicle and entered the front door of 39 Rockaway Street.

250. At 9:24 p.m., BELLO received an incoming call on TT-4 from (781) 513-2645 and

spoke with TEJEDA. I believe that in this call TEJEDA informed BELLO that he was leaving the

money as directed *("I'm putting it in there right now,"* and *"You're all set. Bout to walk out.")*.

251. At 9:25 p.m., BELLO used TT-4 to call TT-1 and spoke with NAGLE. I believe

that in this call BELLO informed NAGLE that payment for the 500 counterfeit oxycodone pills

were left in the hallway outside NAGLE SR.'s apartment *("The money for 5 in the glass," and "For the 5 … in the glass.").*

252.    Based on my training and experience, as well as my participation in this investigation, I believe that TEJEDA, acting on BELLO's behalf, obtained 500 counterfeit oxycodone pills containing fentanyl from NAGLE SR. at NAGLE SR.'s apartment at 39 Rockaway Street, that TEJEDA then sold the pills to BELLO's customer, and that TEJEDA then returned to 39 Rockaway Street and left $1,250 as payment for the 500 pills he had received earlier that evening.

### 5.    NIEVES Has Assisted BELLO in Multiple Aspects of BELLO's Drug Trafficking

253.    Based upon intercepted communications over TT-4 between BELLO and NIEVES, who is using (781) 632-9634,[47] I believe that NIEVES assists BELLO in various facets of BELLO's drug trafficking.  A few examples are set forth below.

### a.    October 1, 2022: BELLO Coordinated with NIEVES and Arranged the Purchase of 1,000 Xanax Pills and Delivery to K. SHEPHERD

254.    At 10:52 a.m. on October 1, 2022, BELLO used TT-4 to call (781) 632-9634 and spoke with NIEVES.  I believe that in this call BELLO inquired if NIEVES could obtain Xanax pills from NIEVES's source of supply *("Can you get Xans off this nigga for me?").*  NIEVES asked BELLO what color Xanax pills BELLO wanted *("What color?").*  BELLO advised NIEVES that he wanted green Xanax pills *("Green.").*  NIEVES responded to BELLO affirmatively and stated that his source had green Xanax pills available *("Yeah, he got 'em.").*  BELLO then asked how much NIEVES's source was charging per pill *("How much, 70-60?").*  NIEVES indicated

---

[47]  I believe that NIEVES is the user of (781) 632-9634 because the phone is subscribed in his name (Melvin A. Nieves, 72 Empire Street, Lynn, MA) and because the user of this phone has been referred to as "Mel."

that his source of supply was charging $0.70 per pill *("70, he's charging 70.")*. BELLO then informed NIEVES that he was seeking to purchase 1,000 Xanax pills *("I need just 1K.")*. NIEVES informed BELLO that he would call his source to see if he had them available *("Alright, let me call him.")*. BELLO sought confirmation that NIEVES was calling his source known as "Bash" *("You're calling Bash, right?")*. NIEVES affirmed *("Uh hmm.")*. BELLO then instructed NIEVES that once he obtained the Xanax pills, he was to hand them off to K. SHEPHERD *("Grab it, give it to Ki.")*. NIEVES once again affirmed *("I'm hip.")*. BELLO then told NIEVES not to alert K. SHEPHERD that the Xanax pills were coming from the source "Bash" *("Don't tell Ki it's coming from Bash.")*. BELLO further informed NIEVES that he told K. SHEPHERD that the Xanax pills were coming from a source named "Neafe" *("I told him its coming from the other nigga . . . Neafe.")*. NIEVES agreed that he would not alert K. SHEPHERD as to the source of the pills and advised BELLO that he would let him know if his source had them available *("Nah, but I'll let you know.")*.

255.    At 10:55 a.m., BELLO received an incoming call on TT-4 from (781) 632-9634 and spoke with NIEVES. I believe that in this call NIEVES informed BELLO that his source had the Xanax pills available for sale *("Yo, he got them. I'm gonna grab 'em in like an hour.")*. BELLO then affirmed and informed NIEVES to get the Xanax pills to K. SHEPHERD, who would then give NIEVES $700 in return for the pills *("A'ight bet, just get to Ki after you're done, put the 700, Ki got it.")*.

256.    Based on my training and experience, as well as my participation in this investigation, I believe that in this series of calls, BELLO orchestrated the purchase and distribution of Xanax pills by NIEVES that were then going to be redistributed by K. SHEPHERD.

### b. October 10, 2022: NIEVES Discussed with BELLO Obtaining a Pound of Marijuana for a Customer

257.    At 6:28 p.m. on October 10, 2022, BELLO received an incoming call on TT-4 from (781) 632-9634 and spoke with NIEVES.  NIEVES stated that a customer needed a pound of marijuana (*"Choco needs a P.  I'm with him right now."*).  BELLO stated that he had one pound of marijuana and explained where it was located, so that NIEVES could pick it up for distribution (*"I got one . . . come and take it . . . there is a box in the closet, a shoes box."*).

258.    I believe that in this call NIEVES contacted BELLO to locate a pound of marijuana to deliver to a customer, and that BELLO told NIEVES where NIEVES could find the drugs.

### c. October 19, 2022:  NIEVES Obtained Counterfeit Oxycodone Pills Containing Fentanyl at 39 Rockaway Street That He Delivered to a Customer

259.    At 9:01 a.m. on October 19, 2022, BELLO used TT-4 to call (781) 632-9634 and spoke with NIEVES.  I believe that in this call NIEVES stated that he needed 200 counterfeit oxycodone pills containing fentanyl for a customer who was en route *("I need 200 Vs. He's on his way right now. He just texted me.").*

260.    At 12:19 p.m., BELLO received an incoming call from (781) 632-9634 and spoke with NIEVES.  I believe that in this call NIEVES informed BELLO that his customer for the counterfeit oxycodone pills was 30 *minutes* away *("My man is 30 away.").*  BELLO apologized and promised to order the drugs for NIEVES *("I'm gonna make a call for that, so you can pick it up.").*

261.    Three minutes later (at 12:22 p.m.), BELLO used TT-4 to call TT-2 and spoke with NAGLE.  BELLO asked NAGLE to call BELLO back using TT-1 *("Yo, hit me on the other line real quick.").*  Immediately thereafter, BELLO received an incoming call on TT-4 from TT-1 and spoke with NAGLE.  I believe that in this call BELLO asked that NAGLE SR. leave 200 counterfeit Oxycodone pills in the hallway at 39 Rockaway Street for pickup *("Can you have him*

put two V's there right now?").  NAGLE replied that NAGLE SR. was not home *("He's not there."),* and stated that he (NAGLE) would *"make my way over there in a minute,"* which he later clarified to mean *"within a hour."*

262.    At 12:36 p.m., BELLO received an incoming call on TT-4 from (781) 632-9634 and spoke with NIEVES.  BELLO informed NIEVES that the drugs would be ready to be picked up 30 to 40 minutes *("It be ready in 30, 40 minutes.").*  NIEVES expressed concern that his customer was going to arrive at Tony Tipico restaurant in Lynn ten minutes *("He just called me. He 'bout to pull up at Tony Tipico. Ten minutes.").*  NIEVES asked whether the drugs were going to be left in the hallway at 39 Rockaway Street *("Where, in the glass?").*  BELLO affirmed. NIEVES promised to call BELLO when he arrived at 39 Rockaway Street *("I'll let you know when I'm pulling up. I'll call once I get out there.").*

263.    At 1:09 p.m., BELLO used TT-4 to call TT-1 and spoke with NAGLE.  I believe that in this call NAGLE stated that he would be at 39 Rockaway Street in five to ten minutes *("I'll be there in like five minutes, ten minutes.").*  BELLO replied that NIEVES was intending to arrive in 15 minutes to pick up the drugs *("He's gonna grab them in like 15.").*

264.    An investigator observed via video surveillance that, at 1:20 p.m., NAGLE arrived at 39 Rockaway Street in Lynn.  NAGLE entered the building carrying an object under his arm. At 1:23 p.m., NAGLE exited the building without the object.  At 1:24 p.m., a gray 2013 Honda Accord bearing Massachusetts registration 2WDD93, which investigators have previously observed NIEVES driving, arrived at 39 Rockaway Street.  The driver, who was a black male resembling NIEVES, entered the building at 39 Rockaway Street.  At 1:25 p.m., the same black male exited the building, got back into the gray 2013 Honda Accord, and left the area.  At 1:30 p.m., court-authorized precise location data for (781) 632-9634 used by NIEVES established that

this telephone was within 88 meters of the Tony Tipico restaurant in Lynn (which is where NIEVES previously indicated that he was going to meet his drug customer).

265.     Multiple intercepted calls later that night confirm my belief that NIEVES obtained 200 counterfeit Oxycodone pills that NAGLE left for him at 39 Rockaway. *First*, at 7:28 p.m., BELLO received an incoming call on TT-4 from NAGLE using TT-1. I believe that in this call BELLO asked for another 700 counterfeit oxycodone pills containing fentanyl *("I need 7V")*. NAGLE and BELLO then both agreed that BELLO now owed NAGLE for 900 counterfeit oxycodone pills, which was the sum total of the 200 pills for NIEVES and the new order for 700 pills that BELLO just placed (BELLO: *"Alright we're going to be at 9V"*; NAGLE: *"7 and 2"*).

266.     *Second*, at 7:42 p.m., BELLO used TT-4 to call (781) 632-9634 and spoke with NIEVES. I believe that in this call BELLO informed NIEVES that he was going to deliver money to NAGLE and intended to also pay NAGLE for the counterfeit oxycodone pills that NIEVES had received earlier in the day *("I am about to go pay Mike for something. I'mma just put that up for you ... those two V's.")*. NIEVES instructed BELLO to take the money out of proceeds that they already received *("Just take it out the fucking ... Ratchet's bread.")*.

267.     *Third,* at 9:40 p.m., BELLO used TT-4 to call (781) 513-2645 and spoke with TEJEDA. BELLO asked TEJEDA to leave $2,250 in the hallway at 39 Rockway Street as payment for 700 pills that TEJEDA had just picked up and for 200 pills that NIEVES had picked up earlier in the day and calculated how much money (at $250 per 100 pills) he owed NAGLE *("Can you put 250 times 7 and then Mel's 2. 9. Can you put 2250 inside the glass.")*. TEJEDA agreed to do so. At 10:02 p.m., BELLO used TT-4 to call (781) 513-2645 and spoke with TEJEDA. I believe that in this call TEJEDA told BELLO how he met NAGLE SR. and gave him the money *("Nigga*

*scared the fuck out of me … I was like, 'I am just dropping this off.' He was like, 'Alright. Thank you. Sorry for scaring you.'").*

268.     *Finally*, at 10:05 p.m., BELLO used TT-4 to call TT-1 and spoke with NAGLE.  I believe that in this call BELLO told NAGLE that NAGLE SR. had the money *("Your pops got that, you heard?").*  NAGLE affirmed *("He grabbed it.").*

269.     Based upon the foregoing, as well as my training, experience, and participation in this investigation, I believe that NIEVES asked BELLO for 200 counterfeit Oxycodone pills containing fentanyl; that BELLO arranged with NAGLE to leave the pills for NIEVES at 39 Rockaway Street; that NAGLE left the pills at 39 Rockaway Street; that NIEVES picked up the drugs at 39 Rockaway Street; that BELLO later instructed TEJEDA to deliver payment for the pills (and other pills that BELLO had obtained) at 39 Rockaway Street; that TEJEDA traveled to 39 Rockaway Street where he unexpectedly met NAGLE SR. and gave NAGLE SR. the money for the pills.

### 6.     BELLO Has Used Individual-7's Apartment at 30 Harwood Street in Lynn for Drug Trafficking Purposes

270.     As discussed previously, I believe that BELLO instructed NAGLE to deliver drugs on his behalf to Individual-7 at Individual-7's apartment located at 30 Harwood Street in Lynn, Massachusetts.  I believe that Individual-7 permits BELLO both to use this apartment to store controlled substances and as a safe location to distribute drugs.

271.     For example, at 12:41 p.m. on May 6, 2022, BELLO used TT-4 to call (978) 871-8171 and spoke with Individual-7.[48]  I believe that in this call BELLO wanted to confirm that he could use Individual-7's apartment for an upcoming drug transaction *("I gotta come by there. I*

---

[48]   I believe that Individual-7 is the user of this phone as the phone is subscribed in Individual-7's name.

*got a work at 3:00. That smooth?"*).  Individual-7 replied affirmatively and advised BELLO that

he was waiting for him (*"Yeah! I'm waitin on you. Ain't that good?"*).  BELLO stated that he was

planning on instructing a drug customer from Springfield, Massachusetts to go to Individual-7's

apartment to complete the drug transaction and asked whether there were any third parties in the

apartment (*"I'mma have Springfield come down, anyone over there?"*).  Individual-7 replied

negatively (*"No. Nobody."*), and assured BELLO that there would not be anyone else in the

apartment (*"Nobody is coming, just come by."*).  Individual-7 informed BELLO that he had

prepared the drugs for sale (*"I got everything made up."*).

272.    At 6:20 p.m. that same day, BELLO used TT-4 to call (978) 871-8171 and spoke

with Individual-7.  I believe that in this call BELLO alerted Individual-7 that BELLO was arriving

at Individual-7's apartment (*"OG, I'm coming through the door right now."*).  Individual-7 asked

which door BELLO was using (*"Front door or back?"*).  BELLO told Individual-7 that he was

using the front door and asked Individual-7 to put a gun under the couch (*"Front door. Do me a

favor put the burner under the couch."*).  Individual-7 stated that the gun was already in place (*"I

got the gun under there already."*).

273.    At approximately 6:37 p.m., an investigator drove by 30 Harwood Street in Lynn,

Massachusetts and observed BELLO's vehicle—a 2022 grey Acura MDX bearing Massachusetts

license plate 2KZH38—parked in front of the residence.

274.    Based upon the foregoing, as well as my training and experience and my

participation in this investigation, I believe that BELLO went to Individual-7's apartment at 30

Harwood Street in Lynn, Massachusetts, for the purpose of conducting a drug transaction with a

customer who was traveling from Springfield, Massachusetts to meet with and buy drugs from

BELLO.

### E.     BRYSON's Relationship with the NAGLE DTO

275.     BRYSON has been intercepted discussing with NAGLE the availability of a new supply of counterfeit oxycodone pills containing fentanyl.  BRYSON also brokered a transaction during which I believe that NAGLE received 1,000 counterfeit oxycodone pills containing fentanyl.  More recently, I believe that BRYSON has obtained methamphetamine from NAGLE, that BRYSON has supplied Xanax to NAGLE, and that BRYSON has purchased counterfeit Adderall pills containing methamphetamine to BRYSON.

### 1.     January 14, 2022:  BRYSON Discussed the Availability of a New Supply of Counterfeit Oxycodone Pills Containing Fentanyl

276.     At 12:26 p.m. on January 14, 2022, BRYSON used TT-5 to call TT-1 and spoke with NAGLE.  I believe that in this call BRYSON informed NAGLE that his supplier could provide NAGLE with green and yellow counterfeit oxycodone pills containing fentanyl (*"They can get green and yellow."*).[49]  NAGLE stated that he needed the green pills (*"I need the green."*).  NAGLE asked for a sample of the green, yellow, and blue pills (*"But I'll take, um, if you could just get me like a sample of the green, yellow, and blue."*) to show his distributors and customers (*"So I could just show niggas."*).  NAGLE warned that he usually only purchased the green counterfeit pills (*"But I usually just get the green one--."*).  BRYSON informed NAGLE that he could get samples of the blue counterfeit pills because this was a new product (*"The blue—he realizes 'cause it's new, he has the samples."*), but that he was not going to be able to convince his supplier to provide samples of the green and yellow counterfeit pills because they were already

---

[49]     In an earlier affidavit, I stated that I believed that this call involved a discussion of counterfeit pills containing controlled substances without specifying the nature of the counterfeit pills or the type of controlled substances contained in those pills.  Based upon my continuing participation in this investigation (as well as the forensic analysis of some of the pills that have been seized during the investigation), I now believe that the intercepted communications between NAGLE and BRYSON in the call concerned counterfeit oxycodone pills containing fentanyl.

known products on the market (*"I can get you a sample of the blue. I can't get you a sample of the green and yellow, 'cause everyone knows what it is. He's not giving me a sample. He's like, 'Yo, just can just buy it. You already know what it is.'"*).  NAGLE explained that he needed reassurance that the pills were quality and were going to be sufficiently potent for his customers (*"Nah, as long as they're hit. It's just, you know what I mean? I just gotta make sure they're hit."*).  NAGLE noted that selling counterfeit pills was his primary line of business (*"Like I sell them shits all day long."*).  After BRYSON repeated that he could get a sample of the blue counterfeit oxycodone pills containing fentanyl (*"The blue—he realizes 'cause it's new, he has the samples. But the green and yellow, just buy it. You already know what it is."*), NAGLE asked how much the pills cost (*"Aight, cool. So bring me like, how much are they?"*).  BRYSON told NAGLE that he would check and get back to him (*"I'll call you right back. Let me ask."*).

### 2. January 19, 2022: BRYSON Arranged a Meeting for NAGLE to Obtain 1,000 Counterfeit Oxycodone Pills Containing Fentanyl[50]

277.    At 3:15 p.m. on January 19, 2022, NAGLE received a call on TT-1 from TT-5 and spoke BRYSON.  In this call, I believe that BRYSON asked NAGLE where he wanted to meet (*"Where do you want me to go?"*).  NAGLE informed BRYSON that he would not be available until later (*"I'll be around in probably like a half hour, hour? Just gonna take a quick ride."*), which was fine with BRYSON as he needed to drive to meet NAGLE (*"I gotta go to Lynn. I'm

---

[50] Similar to my interpretation of the call between NAGLE and BRYSON discussed above, I stated in an earlier affidavit that I believed that this meeting involved counterfeit pills containing controlled substances without specifying the nature of the counterfeit pills or the type of controlled substances contained in those pills.  Based upon my continuing participation in this investigation (as well as the forensic analysis of some of the pills that have been seized during the investigation), I now believe that the intercepted communications between NAGLE and BRYSON concerned counterfeit oxycodone pills containing fentanyl.

coming from my crib in Lynn."). NAGLE suggested that BRYSON call him when he was in the area (*"Just call me when you get out this way."*).

278. Two minutes later at 3:17 p.m., BRYSON used TT-5 to call TT-1 a second time and spoke with NAGLE. In this call, I believe that BRYSON informed NAGLE that his supplier only had 1,000 pills remaining (*"He only got 1,000 left"* and *"It's all he got left"*). BRYSON inquired whether NAGLE wanted the pills (*"You want it or no?"*). NAGLE stated that he wanted the pills (*"Yeah, I guess."*).

279. A short while later, at 3:22 p.m., BRYSON used TT-5 to call TT-1 again and spoke with NAGLE. In this call, I believe that BRYSON informed NAGLE that his supplier would be available in approximately 45 minutes (*"Uh, like 45 minutes"*). NAGLE advised BRYSON to call him when they were ready to complete the deal (*"Call me"*).

280. At 4:02 p.m., BRYSON used TT-5 to call TT-1 and spoke with NAGLE. In this call, I believe that BRYSON asked NAGLE's location (*"Where are you?"*), and NAGLE advised that he was *"like two minutes away."* Two minutes later, at 4:04 p.m., NAGLE used TT-1 to call TT-5 and spoke with BRYSON. In this call, I believe that NAGLE asked BRYSON where he was (*"Where you parked?"*). BRYSON advised that he was on a *"side street,"* and that he was unsure of the street's name *("Let me get the name. I'mma pull up"*). BRYSON then advised that he was *"right across the street from the liquor store."* NAGLE responded that *"I'm coming around right now, I'll be there there in a second."* BRYSON advised NAGLE that he believed that he was on Childs Street (*"I, I think I'm on Childs"*), which NAGLE confirmed (*"Yeah, you're on Child."*). BRYSON then advised NAGLE that his supplier was stuck in traffic and would not be arriving for roughly 15 minutes (*"He says he's gonna be like 15 minutes, he's stuck in traffic"*).

281. At 4:10 p.m., an investigator conducting surveillance in Lynn, Massachusetts observed a gray Mercedes parked on Childs Street near the corner of Boston Road. The investigator also observed a black Acura TSX that had previously been identified as being used by NAGLE also parked on Childs Street near Boston Road.

282. At 4:12 p.m., NAGLE received an incoming call on TT-1 from TT-5 and spoke with BRYSON. BRYSON asked, *"What are you, in the Acura?"* After NAGLE confirmed that he was, BRYSON stated, *"Alright. I'll let you know when he's here. I'll have you just come over."* Approximately one minute later, an investigator observed BRYSON standing outside the open driver's door of the gray Mercedes. At 4:31 p.m., NAGLE received an incoming call on TT-1 from TT-5 and spoke with BRYSON. In this call, I believe that BRYSON asked whether NAGLE wanted to get in BRYSON's car as the supplier was almost there (*"You wanna hop into my whip? He'll be here in a minute."*). One minute later, an investigator observed NAGLE walk from the direction of the black Acura parked on Childs Street to the gray Mercedes and enter the front passenger door.

283. Moments later, an investigator observed a silver GMC Sierra pickup truck pull down Childs Street and park near the gray Mercedes. An unknown male wearing a red vest exited the GMC Sierra pickup truck, walked to the gray Mercedes, and entered the rear passenger seat. Roughly two minutes later, NAGLE and the unknown male in the red vest exited the gray Mercedes. The men walked back to their respective vehicles and then all three vehicles departed the area.

284. Based upon the intercepted calls and surveillance observations, I believe that BRYSON arranged for NAGLE to meet with the unknown male to obtain 1,000 counterfeit oxycodone pills containing fentanyl.

### 3.  October 1, 2022: NAGLE Distributed Methamphetamine to BRYSON

285.   At 2:36 p.m. on September 30, 2022, BRYSON used TT-5 to call NAGLE on TT-1.  I believe that in this call BRYSON asked NAGLE if NAGLE had any methamphetamine available for purchase *("Any wins?"[51])*.  NAGLE affirmed and noted that his supply was currently on its way to him *("Yup. . . . They are in a truck right now; been touching down any minute")*.

286.   At 5:28 p.m., NAGLE used TT-1 to call BRYSON on TT-5.  I believe that in this call NAGLE told BRYSON that he was ready to deliver the methamphetamine to BRYSON *("Ready motherfucker!")*.  NAGLE further relayed to BRYSON that he would be able to deliver eight units to BRYSON *("I'm probably gonna have eight for you bro.")*.  Based on my training, experience, and participation in this investigation, I believe that the units to which NAGLE was referring was pounds of methamphetamine.

287.   Later that evening, at 6:20 p.m., BRYSON used TT-5 to call NAGLE on TT-1.  I believe that in this call NAGLE revised his estimate and informed BRYSON that he had six pounds of methamphetamine remaining *("I got six left here.")*.  BRYSON asked NAGLE if they could defer their meeting to the following morning *("If I can't make it tonight, are you be up in the morning?")*.  NAGLE affirmed *("Yeah, come.")*.

288.   The next morning on October 1, 2022, at 10:52 a.m., BRYSON used TT-5 to call NAGLE on TT-1.  BRYSON inquired as to whether NAGLE could meet at *"Rockaway."*  Based on my knowledge of the investigation, I understood this to be a reference to NAGLE SR.'s apartment at 39 Rockaway Street, Lynn, Massachusetts.  Investigators have observed a number of suspected drug transactions at this location during the course of this investigation.  NAGLE

---

[51] Based upon my involvement in the investigation, I understand *"wins"* to be code for Methamphetamine.

requested that BRYSON inform him when BRYSON was en route *("Let me know when you're coming.")*.

289.    At approximately 11:03 a.m., via electronic surveillance, I observed NAGLE walk out of 39 Rockaway Street in Lynn, Massachusetts carrying a large white box, which he placed in the rear driver's side of white 2014 GMC Sierra bearing Massachusetts registration 2JDX26, which is registered to NAGLE (the "white 2014 GMC Sierra").  Via electronic surveillance, I then observed NAGLE leave the area in the white 2014 GMC Sierra.

290.    At 12:25 p.m., BRYSON used TT-5 to call NAGLE on TT-1.  I believe that in this call BRYSON asked NAGLE to confirm the meeting location (*"Rockaway?"*).  NAGLE affirmed and asked whether BRYSON was bringing Xanax pills with him as well *("Yup! Bringing the Xans too?")*.  BRYSON indicated that he was not yet able to secure the Xanax pills *("I'm still trying to get it, dude still sleeping.")*.

291.    At approximately 12:36 p.m., a surveillance officer observed BRYSON exit his apartment building (71 Boston Road, Billerica, Massachusetts) and walk directly to his brown 2017 BMW X5 bearing Massachusetts registration 6SL858, which is registered to RAMOS-RIVERA, BRYSON's wife (the "brown 2017 BMW X5").  BRYSON then left the area in the brown 2017 BMW X5.

292.    At approximately 1:03 p.m., via electronic surveillance, I observed NAGLE arrive in the area of 39 Rockaway Street, Lynn, Massachusetts, while driving the white 2014 GMC Sierra.  NAGLE subsequently exited the white 2014 GMC Sierra.

293.    At approximately 1:53 p.m., via electronic surveillance, I observed NAGLE enter the front driver's side door of the white 2014 GMC Sierra outside of 39 Rockaway Street, Lynn, Massachusetts.  The white 2014 GMC Sierra did not move from this location.  At 1:54 p.m., I

observed BRYSON arrive at this location in brown 2017 BMW X5.  I then observed both vehicles leave the area.

294.     At approximately 1:56 p.m., an investigator observed BRYSON and NAGLE meet at the intersection of Adams Street and Ridgeway Street in Lynn, Massachusetts.  The investigator observed BRYSON exit the brown 2017 BMW X5 and walk to the white 2014 GMC Sierra.  The investigator observed BRYSON speaking with NAGLE.  Moments later, the investigator observed BRYSON and NAGLE leave the area in their respective vehicles.

295.     At approximately 1:58 p.m., via electronic surveillance, I observed NAGLE arrive and park in the area 39 Rockaway St in Lynn, Massachusetts.  Moments later, I observed the brown 2017 BMW X5 arrive in the area of 39 Rockaway Street and park in front of the white 2014 GMC Sierra.  I then observed BRYSON exit the brown 2017 BMW X5 and hand an unknown object to NAGLE, who was still seated in the white 2014 GMC Sierra.  I then observed BRYSON leave the area in the brown 2017 BMW X5 and NAGLE exit the white 2014 GMC Sierra and enter 39 Rockaway Street.

296.     Based on my training and experience, as well as my participation in this investigation, I believe that NAGLE distributed methamphetamine to BRYSON outside of 39 Rockaway Street in Lynn on October 1, 2022.

### 4.     October 4, 2022:  NAGLE Discussed Obtaining a Pill Press and an Upcoming Delivery of Methamphetamine with BRYSON

297.     At 12:37 p.m. on October 4, 2022, BRYSON used TT-5 to call NAGLE on TT-1.  Investigators believe that in this call NAGLE urged BRYSON to get a pill press to increase his supply of counterfeit pills containing controlled substances *("Get a machine bro, like, what are you doing?").*  BRYSON told NAGLE that he was *"trying"* but *"it's not that easy."*  BRYSON explained that a pill press that he had ordered had been intercepted by Customs *("I paid for one*

*they got it caught at Customs."*).  NAGLE replied that the supplier of the pill press should sent BRYSON another pill press free of charge to replace the one that was seized *("Well, then, the people that you got it from, should send you another one for free.")*.  NAGLE asked why BRYSON could not use the pill press he had *("What happened to the, where you had your boys at?")*.  BRYSON stated that this pill press was *"broken."*  BRYSON explained that the individuals working with him had attempted to fix the press on their own and that they broke the machine *("They wanted do it by themselves. They think they can do everything by themselves and then I told them, 'Don't do it,' and they fucking broke it.")*.  BRYSON estimated that it might take one to two weeks to obtain a new supply or work out an alternative supply *("Give me like a week or two. I gotta figure something out.")*.  BRYSON lamented the timing, noting that he had been getting a number of large orders recently *("All of the sudden, I got mad plays. It's fucking crazy, I haven't got plays in like months, now all of the sudden I got mad plays.")*.  NAGLE commiserated with BRYSON and observed that he had more methamphetamine arriving the next day *("That's crazy. I got more Wins coming tomorrow, too.")*.  NAGLE estimated that he was going to receive at least 20 pounds of methamphetamine and might receive the entire 100 pound order *("I should have at least another 20 tomorrow, might have the whole 100. I don't know.")*.

298.    At 3:02 p.m. on October 4, 2022, BRYSON used TT-5 to call NAGLE on TT-1. BRYSON asked NAGLE what he paid for a pound of methamphetamine *("What do you pay for the Wins.")*.  After NAGLE refused to state his purchase price *("Good price.")*, BRYSON asked what price NAGLE was willing to accept for a pound of methamphetamine *("What do you need it at piece of shit?")*.  NAGLE replied $1,000 *("A rack.")*.  After BRYSON complained about the $1,000 price *("Fuck you. Come one with this number.")*, NAGLE informed BRYSON that was his purchase price *("That's what I paid… That's what I paid, a rack.")*.  BRYSON then

commented that he was going to try and find a lower price *("Let me see if I can beat that number over here.")*. BRYSON explained that he had a Mexican supplier who would give him a discounted price if he purchased a large quantity *("I gotta help out all these Mexicans. I'm not going – They'll give me a decent deal if I grab a lot.")*. Later in the call, NAGLE informed BRYSON that he had an estimated 100 to 120 pounds of methamphetamine arriving the next day *("Honestly, I got some touching down tomorrow. I got a 100 like a 120 getting tomorrow.")*.

### 5. October 6, 2022: NAGLE Delivered 500 Counterfeit Adderall Pills containing Methamphetamine to BRYSON

299.    At 4:44 p.m. on October 6, 2022, NAGLE received an incoming call on TT-1 from TT-5 and spoke to BRYSON. I believe that in this call BRYSON asked for 500 counterfeit Adderall pills containing methamphetamine *("500 circles")*. BRYSON stated, *"Give me about an hour or so."* BRYSON asked, *"You gonna be in Lynn?"* NAGLE replied affirmatively.

300.    At 5:32 p.m., NAGLE received an incoming call on TT-1 from TT-5 and spoke with BRYSON. BRYSON asked, *"Where am I going?"* NAGLE stated, *"Lynn . . . [y]ou could go towards Rock,"* which I believe meant that BRYSON should go to NAGLE SR.'s apartment at 39 Rockaway Street in Lynn, Massachusetts.

301.    At 6:32 p.m., NAGLE used TT-1 to call TT-5 and spoke with BRYSON. I believe that in this call BRYSON asked whether NAGLE was still in his vehicle *("[A]re you in the Hummer?")*, and NAGLE answered that he was already inside the building at 39 Rockaway waiting for BRYSON *("I'm in the hallway.")*.

302.    At 6:32 p.m., an investigator observed BRYSON arrive at 39 Rockaway Street. At 6:34 p.m., an investigator observed two males exiting 39 Rockaway Street. At 6:35 p.m., an investigator observed BRYSON depart the area.

303. Based upon my training and experience, as well as my participation in this investigation, I believe that BRYSON requested 500 counterfeit Adderall pills containing methamphetamine from NAGLE, that NAGLE had the drugs stored at NAGLE SR.'s apartment at 39 Rockaway Street in Lynn, that NAGLE exited NAGLE SR.'s apartment and delivered the drugs to BRYSON, who then left the area.

**6.      October 11, 2022:  BRYSON Obtained Counterfeit Adderall Pills Containing Methamphetamine from NAGLE**

304.    At 12:12 p.m. on October 11, 2022, NAGLE used TT-1 to call TT-5 and spoke with BRYSON.  I believe that in this call BRYSON asked NAGLE whether he could provide him with 2,000 to 3,000 counterfeit Adderall pills containing methamphetamine *("two, three K circles")*. NAGLE instructed BRYSON to *"come now."*  BRYSON replied that he would call NAGLE *"in about an hour."*

305.    At 12:27 p.m., NAGLE used TT-1 to call TT-5 and spoke with BRYSON.  I believe that in this call BRYSON and NAGLE negotiated the price per pill for the counterfeit Adderall pills.  BRYSON informed NAGLE that he was not going to pay $.50 per pill *("I'm not paying 50.")*.  BRYSON explained that he was not going to pay that $.50 per pill because that was the price he was going to charge his customer *("I'm not paying 50 cents. I'm charging them 50 cents.")*.  After NAGLE referred to another product, BRYSON clarified that he was referring to the counterfeit Adderall pills *("The oranges.")*.  BRYSON urged NAGLE to charge him only $.40 per pill so that BRYSON could make a profit *("Give me forty. Make something.")*.  NAGLE acceded *("Aight. Whatever.")*.

306.    At 1:33 p.m., BRYSON used TT-5 to call TT-1 and spoke with NAGLE.  I believe that in this call BRYSON advised NAGLE that he would arrive at NAGLE SR.'s apartment at 39 Rockaway Street in Lynn in *"two minutes."*  NAGLE sought confirmation of what quantity of

counterfeit Adderall pills BRYSON wanted *("What do you want?")*.  BRYSON replied 2,000 pills (*"Two racks."*).  NAGLE acknowledged, *"Aight, a thousand."*  BELLO corrected NAGLE and again stated 2,000 pills *("Two racks, nigga")*.  NAGLE again acknowledged, *"A thousand."*

307.  At the same time of this intercepted call between NAGLE and BRYSON, an investigator conducting surveillance at 39 Rockaway Street in Lynn observed NAGLE outside the residence using his cellular telephone.  After he stopped speaking on the phone, NAGLE went into the house at 39 Rockaway Street.  A short time later, NAGLE exited the house and sat on the front steps of 39 Rockaway Street.  An investigator observed BRYSON's brown 2017 BMW X5 arrive at 39 Rockaway Street.  A second investigator observed NAGLE meet with and hand a white plastic bag to BRYSON.

308.  Based upon my training and experience, as well as my participation in this investigation, I believe that the white plastic bag that NAGLE gave BRYSON contained at least 1,000 counterfeit Adderall pills containing methamphetamine and that NAGLE went inside the residence at 39 Rockaway Street immediately before BRYSON's arrival to retrieve the drugs from NAGLE SR.'s apartment.[52]

---

[52] In a later call intercepted that same day between NAGLE using TT-1 and BRYSON using TT-5, I believe that BRYSON informed NAGLE that other individuals working with BRYSON may have an operable pill press in the near future and asked NAGLE to hold some Methamphetamine for him *("They should be back up and running this week so you can put something aside.")*.  NAGLE replied that he had a large supply and asked whether BRYSON wanted 100 pounds of methamphetamine *("I got a lot so we good"* and *"You want 100 of them?")*.  BRYSON said he wanted five pounds *("Hell no! Make em like five of them.")*.  NAGLE replied affirmatively and then observed that customers did not like BRYSON's counterfeit Adderall pills because they were subpotent (*"Niggas don't like them shits that you've been making bro ... Too light, niggas say they don't hit.")*.

### F. BRYSON's Additional Drug Trafficking

309. Based upon the wire interceptions over TT-5 and investigators' surveillance observations, I believe that BRYSON is actively distributing counterfeit oxycodone pills containing fentanyl and counterfeit Adderall pills containing methamphetamine to various individuals (including Individual-4 discussed earlier and GARCIA). I also believe that RAMOS-RIVERA (BRYSON's wife) has assisted BRYSON in distribution activities.

#### 1. RAMOS-RIVERA

310. I believe that the intercepted communications between RAMOS-RIVERA and BRYSON establish that RAMOS-RIVERA has been assisting BRYSON in distributing counterfeit pills containing controlled substances. I also believe that the intercepted communications establish that RAMOS-RIVERA has aided BRYSON's distribution activities by counting and preparing bags of counterfeit pills to be delivered to customers. Examples of these intercepted communications are set forth below.

#### a. May 4, 2022: RAMOS-RIVERA Discussed Problems with a Delivery of Counterfeit Adderall Pills Containing Methamphetamine That She Had Conducted on BRYSON's Behalf

311. At 4:51 p.m. on May 4, 2022, BRYSON received an incoming call on TT-5 from (978) 943-7069 and spoke with RAMOS-RIVERA. I believe that in this call RAMOS-RIVERA informed BRYSON that she was on her way home (*"On my way ... home"*). BRYSON then asked if the drug transaction RAMOS-RIVERA handled on his behalf went satisfactorily (*"But what happened? You okay?"*). RAMOS-RIVERA complained that BRYSON had not taken the time to make sure that she was safe after meeting for the first time with a drug customer (*"Yeah, you don't even care if I was good or not. This is the first time I freaking mess with this person."*). BRYSON expressed surprise that this was RAMOS-RIVERA's first time meeting with this customer (*"How

*the fuck do I know that?"*).  RAMOS-RIVERA reminded BRYSON that she had previously told him during an earlier conversation about pricing (*"I told you that ... when we were talking about prices I told you that!"*).  BRYSON reminded RAMOS-RIVERA that she said that she did not want to lose this customer (*"You said you didn't want to lose him."*).  RAMOS-RIVERA replied that she did not want to lose the unnamed individual as a customer because he purchased large quantities of drugs (*"Because I know he buys a lot."*).  BRYSON responded that everyone on the street was purchasing large quantities of drugs (*"Yeah, so everyone buys a lot out here."*).

312.    At 4:55 p.m., BRYSON received an incoming call on TT-5 from (978) 943-7069 and spoke with RAMOS-RIVERA.  I believe that in this call RAMOS-RIVERA asked BRYSON about the quantity of counterfeit Adderall pills BRYSON had prepared for the customer (*"How many did you put in there?"*).  BRYSON replied that he had prepared 5,000 pills (*"5,000"*).  RAMOS-RIVERA stated that the customer was now complaining that he did not receive 5,000 pills (*"He is saying that there isn't 5,000"*).  BRYSON told RAMOS-RIVERA that the counterfeit Adderall pills were separated into two separate units, each containing 2,500 counterfeit pills (*"It's 25 and 25."*).

313.    At 4:56 p.m., BRYSON used TT-5 to call (978) 943-7069 and spoke with RAMOS-RIVERA.  In this call, which was already in progress, I believe that BRYSON sought confirmation that RAMOS-RIVERA had delivered the expected amount of 5,000 counterfeit Adderall pills (*"Alright how much?"*).  RAMOS-RIVERA stated that there was a bag containing 1,600 pills, a second bag containing 1,000 pills, and a third bag with a quantity of loose pills inside (*"A bag with 16, a bag with 1,000 and a bag with a bunch of loose one."*).  BRYSON again asked what the total count was (*"So how much is it?"*).  RAMOS-RIVERA answered that the customer was counting

the bag containing the loose pills and was up to 2,500 pills (*"They are going to count the loose one, so far 2,500, in the loose one."*).

314.    At 5:01 p.m., BRYSON received another incoming call on TT-5 from (978) 943-7069 and spoke to RAMOS-RIVERA.  I believe that in this call RAMOS-RIVERA advised BRYSON that their customer advised that the total number of counterfeit Adderall pills delivered was 603 pills less than the expected amount (*"603 of them short."*).  BRYSON questioned the amount (*"603?"*), and then asked whether pills were shaped like a football or a circle (*"Is it football or circle?"*).  RAMOS-RIVERA expressed annoyance (*"this is annoying"*) and complained that the situation was embarrassing for her as it makes it look like she did not know what she was doing (*"It's not funny, I always look stupid … looking like I don't know what the fuck I'm doing."*).  BRYSON instructed RAMOS-RIVERA to just weigh the pills and challenge the customer's count (*"Alright you weigh the shit out and tell him what the fuck."*).  RAMOS-RIVERA explained that this would not work as the customer had already weighed the pills (*"He weighed it."*).  BRYSON warned RAMOS-RIVERA that the customer was trying to take advantage of her (*"Okay and you weighed it. It's not short but he is trying to get over."*).  RAMOS-RIVERA disagreed and explained that the customer had customers waiting (*"I don't think he is doing that … Cause the other people are waiting for him."*).  BRYSON asked what shape of counterfeit Adderall pills the customer wanted (*"So what does he want? Footballs?"*).  After RAMOS-RIVERA replied affirmatively (*"Yeah"*), BRYSON replied that he could get 603 oval-shaped Adderall pills from his grandmother's house (*"I can go get 603 footballs at my grandmothers. That's about it."*).  BRYSON then stated that he would go get the pills from his

grandmother's residence if the customer needed the pills immediately; otherwise, he would deal with the issue the next day (*"If he wants it, I'll go get it for him if not fucking wait till tomorrow"*).[53]

b. **May 5, 2022: RAMOS-RIVERA Distributed 2,000 Counterfeit Adderall Pills Containing Methamphetamine for BRYSON**

315. On May 5, 2022, agents intercepted a series of communications between BRYSON, using TT-5, and RAMOS-RIVERA, using (978) 943-7069. Based upon my training, experience, and participation in this investigation, I believe that the intercepted communications concerned a delivery of 2,000 counterfeit Adderall pills containing methamphetamine that RAMOS-RIVERA was going to make on BRYSON's behalf to a customer in Manchester, New Hampshire.

316. At 4:43 p.m., BRYSON asked where RAMOS-RIVERA was (*"Are you at 49 Oliver Street, Malden?"*). After RAMOS-RIVERA complained that BRYSON had previously given him the wrong street number, BRYSON observed that she was not where she needed to be (*"Either way you're not there."*).

317. At 4:51 p.m., BRYSON asked RAMOS-RIVERA whether she had picked up a quantity of counterfeit Adderall pills (*"Good?"*), and RAMOS-RIVERA responded affirmatively (*"Yes."*). RAMOS-RIVERA then asked how many pills she was supposed to deliver to the next customer (*"How many does he want."*). BRYSON replied that he had two different customers

---

[53] Within minutes after this call ended, BRYSON used TT-5 to call (781) 558-1619 (which is subscribed to BRYSON's grandmother), and spoke both with two females, who I believe are BRYSON's grandmother and aunt). During this call, BRYSON directed the first female (believed to be his grandmother) to *"put [Bryson's Aunt's name] on the phone."* This first female was then overheard saying, *"[Aunt's name], Anthony wants you,"* and a second female believed to be BRYSON's aunt then got on the phone. I believe that BRYSON then asked his aunt to add more counterfeit Adderall pills to a bag that she was preparing (*"Can you put extra in there?"*). BRYSON explained that the customers that RAMOS-RIVERA had delivered pills to were complaining about the pill count (*"These dudes complain like a fucking girl."*). BRYSON's aunt asked, *"Like how much extra?"* BRYSON responded, *"Whatever, just pick. Who gives a fuck?"*

each of whom wanted 2,000 pills (*"Maine wants two and Billy wants two."*).[54] RAMOS-RIVERA replied that she needed to look in the bag that she just received to see how the pills were packaged (*"I gotta look in this bag, because I don't know what's up."*).

318.    At 4:55 p.m., BRYSON asked whether RAMOS-RIVERA was en route to deliver drugs to the next customer (*"On your way to the address?"*) and asked what her expected time of arrival was (*"What does the GPS say?"*).  RAMOS-RIVERA replied that that the GPS indicated that she would *"be there at 6:09."* At 5:40 p.m., RAMOS-RIVERA told BRYSON that the pills she had received had not been bagged into smaller quantities and were loose (*"You know this is not separated, right?"*).  Less than a minute later, RAMOS-RIVERA asked how many pills were supposed to be in the bag she received (*"How much is suppose to be in here?"*).  BRYSON responded *"four,"* which I believe meant 4,000 pills.  RAMOS-RIVERA replied that it *"looks like a 5,000 fucking even more."*  BRYSON suggested that RAMOS-RIVERA hand count 2,000 pills for the customer she was en route to meet and that he would count out the 2,000 pills for the next customer (*"If you want count two but, and I'll do Billy's"* and *"Count out that kid's and then I'll count out Billy's"*).  RAMOS-RIVERA then asked how many pills she was supposed to deliver to the customer that she was going to meet (*"How many does he want?"*), and BRYSON replied 2,000 (*"two"*).

319.    At 5:41 p.m., BRYSON told RAMOS-RIVERA that the weight of 2,000 pills was 85 grams (*"It should be 85"*).  RAMOS-RIVERA complained that she didn't know where she was going to be able to stop and count the pills out (*"Man, I don't know where the fuck I'm going to*

---

[54]  I believe that BRYSON's reference to "Maine" concerned an unknown customer using a phone with a Maine (207) area code who was intercepted on TT-5 at 2:09 p.m. on May 4, 2022, advising BRYSON that he was going to need 4,000 counterfeit Adderall pills in the near future (*"Hey bro, probably tomorrow if not tomorrow or the next day I'm gonna need some more Addys"* and *"Probably more like 4K"*).

*count this shit. I wish I would've fucking looked in earlier."*). BRYSON apologized for not giving instructions how he wanted the pills packaged (*"I didn't know…. My bad."*).

320.    At 5:51 p.m., RAMOS-RIVERA asked whether BRYSON received her message that she was not going to meet the customer at the agreed-upon time (*"Hey, you got my message?"*). BRYSON responded that he notified the customer (*"Yeah, you said you were running late. I said okay. I told him."*). RAMOS-RIVERA explained that she exited the highway to count the pills out (*"I pulled over to do that."*). At 6:17 p.m., RAMOS-RIVERA advised BRYSON that she had completed counting the pills (*"One more. I'm counting my last, one. I'm done."*). RAMOS-RIVERA told BRYSON that she was *"in the mall … in Rockingham"* and was approximately *"28 minutes away"* from the customer she was going to meet.

321.    At 6:34 p.m., RAMOS-RIVERA asked whether she was meeting the next customer after she completed this delivery (*"Am I seeing Billy after this or are you?"*). BRYSON advised that the other customer did not appear serious about purchasing his 2,000 pills (*"Nah, he's bullshitting."*). Between 6:53 p.m. and 7:00 p.m., RAMOS-RIVERA had several calls with BRYSON in which she informed BRYSON that she was going to need a new location to meet the customer because several streets were closed due to a local festival. BRYSON stated that he would let the customer know *("I'll tell him.").* At 7:10 p.m., RAMOS-RIVERA informed BRYSON that she was *"still waiting"* to meet the customer. This call ended with RAMOS-RIVERA saying, *"Hold on. He's calling."* However, at 7:17 p.m., RAMOS-RIVERA advised BRYSON, *"That wasn't him."*

322.    Thereafter, there were no further discussions between RAMOS-RIVERA and BRYSON about the customer, thus leading me to believe that RAMOS-RIVERA ultimately delivered the 2,000 pills to the customer as planned.

**c.** **May 9, 2022: RAMOS-RIVERA Informed BRYSON that She Had Counted Approximately 1,200 Counterfeit Adderall Pills in a Bag Believed to Contain 2,400 Pills**

323.     Beginning at 11:36 a.m. on May 9, 2022, agents intercepted a series of communications between BRYSON using TT-5 and RAMOS-RIVERA using (978) 943-7069. Based upon my training, experience, and participation in this investigation, I believe that in these communications RAMOS-RIVERA discussed a bag containing approximately 2,400 counterfeit Adderall pills that she and BRYSON had recently received and that was being stored at their residence located at 71 Boston Road, Apartment 2212 in Billerica, Massachusetts.

324.     At 11:36 a.m., RAMOS-RIVERA informed BRYSON that was still counting a bag of pills that she had received and estimated that the bag contained 2,400 counterfeit Adderall pills (*"I'm not done counting, but it looks like 2,400, around there."*).  RAMOS-RIVERA explained that she had counted 1,200 pills so far and that the amount counted appeared to be equal to the amount that remained to be counted (*"Cause I'm at the 12 and the bag looks like the same amount what I'm at. You know what I mean?"*).  RAMOS-RIVERA noted that the number of pills that were in the bag was not what the supplier had informed BRYSON (*"So there's way less than what he had told you."*).

325.     At 12:40 p.m., RAMOS-RIVERA warned BRYSON not to touch the bag with the pills, explaining that while the pills she had counted were segregated (likely in a separate bag), they were not secure (*"Don't touch the, hmm, the bag with the things because I left the one that I counted wrapped up but they're not safe. You know what I mean."*).  From the conversation, I believe that RAMOS-RIVERA had left the pills somewhere in the residence that she shared with BRYSON (*"But ... when you get home, it's what I'm saying."*).

2.    **GARCIA**

326.    Intercepted communications over TT-5 established that BRYSON distributes counterfeit Adderall pills containing methamphetamine to GARCIA, who then redistributes the counterfeit pills to other customers. Examples of these intercepted communications are discussed below.

   a.    **May 4, 2022: BRYSON Delivered 100 Counterfeit Adderall Pills Containing Methamphetamine to GARCIA**

327.    At 10:08 a.m. on May 4, 2022, GARCIA used (617) 637-2964 to call BRYSON on TT-5.[55] I believe that in this call, GARCIA advised BRYSON that he needed an additional quantity of counterfeit Adderall pills (*"I think I need another, another batch. So, do you mind if I meet you."*). BRYSON sought confirmation that GARCIA wanted a quantity oval-shaped counterfeit Adderall pills (*"Football, right? Football? ... For the hundred?"*). GARCIA offered to drive to meet BRYSON (*"I'll meet you. I'll go up north and meet you if I have to."*). BRYSON told GARCIA that he needed 30 to 45 minutes and would call when he was ready (*"Give me like, a half, 45 and I'll call you."*).

328.    At 10:23 a.m., a surveillance investigator observed BRYSON get into a brown BMW X5 and drive away from the parking lot of Building #2 at 71 Boston Street in Billerica, Massachusetts. Investigators followed BRYSON as he drove the brown BMW X5 to Everett, Massachusetts near the Encore Casino.

329.    At 10:24 a.m., BRYSON used TT-5 to call (617) 637-2964 and spoke with GARCIA. I believe that in this call BRYSON stated that he or his wife (RAMOS-RIVERA) were

---

[55] I believe that GARCIA is the user of (617) 637-2964 for several reasons. First, GARCIA is the listed subscriber for this number. Additionally, investigators conducting surveillance observed GARCIA at locations consistent with location descriptions being given by the user of this telephone during intercepted communications.

available to meet in Everett, Massachusetts and deliver the pills (*"What time do you want to go up? You can meet my wife up there or I'm gonna be in Everett."*). BRYSON explained that he needed to go retrieve a friend at the Encore Casino (*"I gotta go get my man out of the casino. He's been there for two days."*). GARCIA asked whether BRYSON had the counterfeit Adderall pills with him (*"So you have it with you?"*). BRYSON replied negatively and explained that the drugs were at his residence in Billerica (*No, it's at my crib in Billerica"*), but that he could pick up some additional drugs in Everett, Massachusetts (*"I can go and grab some in like Everett. It's up to you."*). In the conversation, BRYSON and GARCIA discussed various ways to abuse the Adderall pills (*"so, you crush it and sniff it, or you chew it?"*) and the fact that some of the counterfeit product that they were getting from a group of Asians in Rhode Island was low potency (*"the Asian down there, the nigga be giving me shit all the time. Bro, I'm like stop doing this shit. This shit doesn't hit."*). GARCIA admitted that he used some of the pills he was obtaining by crushing and sniffing the pills (*"I ain't going to lie to ya I'm abusing them. I'm not doing just one"* and *"I crush them"*). BRYSON urged GARCIA to stop using the pills (*"Bro, don't do it. That shit is no joke"* and *"Bro, you gotta stop, man."*). BRYSON recommended to GARCIA that he store the drugs where he would not have easy access to use the drugs (*"Bro, don't. Put it somewhere so you don't, so you're not near them"*), and that GARCIA just sell the drugs quickly upon receipt (*"Or you just make the play and fucking keep them moving."*).

330.     In the call, GARCIA also discussed the fact that distributing counterfeit Adderall pills had been very profitable for him (*"That is a highest profit margin ever that ever dealt with in my life."*). BRYSON acknowledged that GARCIA sold the pills with a very high mark-up (*"I got nobody sells them for the price you sell them for."*). BRYSON also informed GARCIA that he

had some customers who were buying 50,000 to 100,000 counterfeit pills at a time (*"I got people, bro, I got people that pay like 150, but they grab like 50 to 100 thousands."*).

331.    At 11:20 a.m., BRYSON received an incoming call on TT-5 from (617) 637-2964 and spoke with GARCIA.  I believe that in this call GARCIA asked BRYSON to get the counterfeit Adderall pills for him (*"You wanna grab something in Everett for me?"*).  GARCIA explained that he had customers ready to purchase the pills in Boston (*"I got orders already here; in the city."*).  GARCIA again offered to meet BRYSON wherever was convenient (*"I'll meet you wherever you want."*).  BRYSON sought confirmation of GARCIA's order (*"100"*).  GARCIA confirmed the order.

332.    At 11:34 a.m., BRYSON used TT-5 to call telephone number (617) 637-2964 and spoke with GARCIA.  I believe that in this call BRYSON asked GARCIA whether he preferred round or oval-shaped counterfeit Adderall pills (*"How do you want yours, circles, footballs?"*).  GARCIA advised that he had no preference (*"I don't care. It doesn't matter. Is there a difference?"*).  BRYSON assured GARCIA that the pills were exactly the same (*"It's the same shit bro"*).  BRYSON informed GARCIA that he was going to Brighton to pick up the pills (*"I'm going to Brighton to grab it."*).

333.    At 11:44 a.m., BRYSON used TT-5 to call (617) 637-2964 and spoke with GARCIA.  I believe that in this call GARCIA asked for the address where to meet BRYSON ("*Nigga text me an address*").  After some back and forth confusion as to whether BRYSON had previously sent the address via text message, BRYSON and GARCIA agree to meet in the area of Mount Vernon Street in Brighton, Massachusetts.  GARCIA advised BRYSON that his GPS indicated that it would take him approximately 26 minutes to get to the agreed-upon meeting location (*"It says 26 minutes, I'mma hop in the car right now."*).

334. At 12:05 p.m., BRYSON used TT-5 to call (617) 637-2964 and spoke with GARCIA. I believe that in this call GARCIA informed BRYSON that he was five minutes away (*"GPS says five minutes"*). At 12:09 p.m., BRYSON received an incoming call on TT-5 from telephone number (617) 637-2964 and spoke with GARCIA. I believe that in this call GARCIA sought the specific address of where to meet BRYSON (*"Where you at?"*). BRYSON advised GARCIA that he was on a side street and would pull onto Mount Vernon Street.

335. At 12:10 p.m., an investigator observed a black Infiniti QX50 bearing Massachusetts registration 2GHK93 (registered to GARCIA) park in the area of the intersection of Mount Vernon Street and Delaney Circle in Brighton, Massachusetts. At 12:14 p.m., BRYSON used TT-5 to call (617) 637-2964 and spoke with GARCIA. I believe that in this call BRYSON informed GARCIA that he was *"one minute away."* BRYSON advised GARCIA that he was driving a BMW (*"I'm in the BMW bro"*). The call ended with BRYSON advising GARCIA that *"I think I see you. You're pulled over on the left? ... I'm pulling up right behind you."*

336. At the same time, an investigator observed BRYSON's brown BMW X5 head down Mount Vernon Street and park directly behind the Infiniti. Moments later, BRYSON's brown BMW X5 and the Infiniti both left the area in opposite directions. Although investigators were unable to observe the actual meeting between the occupants of the vehicles due to street congestion and the speed by which the transaction occurred, I believe, based upon my training and experience, as well as my participation in this investigation, that BRYSON met with GARCIA and deliver a quantity of counterfeit Adderall pills to him. I also believe that GARCIA redistributes some of the pills that he received from BRYSON.[56]

---

[56] In an intercepted call with BRYSON on May 12, 2022, I believe that GARCIA referenced a customer who traveled from Maine to obtain pills from GARCIA (*"I told, the dude comes from Maine ... So, he usually gets the money first and then fucking, does what he does what*

### b. May 20, 2022: BRYSON Delivered 100 Counterfeit Adderall Pills to GARCIA

337. At 2:43 p.m. on May 20, 2022, BRYSON received an incoming call on TT-5 from (617) 637-2964 and spoke with GARCIA. I believe that in this call GARCIA asked BRYSON where he was (*"Are you home or are you around your way type of shit?"*). After BRYSON stated that he was at home (*"Yeah, yeah, I'm here"*), GARCIA asked whether BRYSON had any counterfeit Adderall pills at his residence (*"Do you still have something with you?"*). BRYSON asked how many pills GARCIA wanted (*"Like how much?"*). GARCIA informed BRYSON that he wanted 100 counterfeit Adderall pills (*"Like 100"*). BRYSON advised that he likely had that quantity of pills available and told GARCIA that he would count the pills and call him back (*"Yeah, yeah, let me count and I'll call you right back."*). GARCIA offered to meet BRYSON at BRYSON's residence and explained that he (GARCIA) worked in Billerica (*"Because I could drive to you now, because I work in Billerica right."*). BRYSON replied affirmatively and told GARCIA that the counterfeit Adderall pills were the same that GARCIA had received in the past (*"Yeah, yeah, same shit, same shit."*). GARCIA stated that he could give BRYSON money for the pills (*"Yeah, I could do something, I could do something at fucking… obviously give you three for this …"*). BRYSON again stated that he needed to count the pills out and would call GARCIA back (*"Let me count real quick and I'll call you right back."*). GARCIA asked BRYSON to let him know when BRYSON was ready (*"Alright, hit me up so I can just start heading up there."*). BRYSON then stated that he only had counterfeit Adderall pills shaped like a football

---

he does."*). Additionally, in an intercepted call on May 16, 2022, I believe that GARCIA informed BRYSON that one of his customers had doubts about whether the pills were pharmaceutical-grade (*"The dude is questioning the authenticity."*). GARCIA advised that as a worst case scenario he planned on letting the customer return the pills (*"worst case, I'm gonna get everything back, all 75 after he gets off work."*). However, I believe that on May 18, 2022, GARCIA informed BRYSON that his customer was going to keep the pills (*"my boy called me today and said that, hm, the dude is gonna take them. So you're good on that."*).

(*"Circle…actually I only got football"*), and GARCIA responded that the pill's shape did not matter (*"I don't care what the fuck they are."*). BRYSON promised he would call GARCIA back (*"Alright let me call you right back."*).

338.    At 4:45 p.m., BRYSON received an incoming call on TT-5 from (617) 637-2964 and spoke with GARCIA. I believe that in this call GARCIA informed BRYSON that he was en route (*"Aight, I'm driving there now."*). At 5:08 p.m., BRYSON used TT-5 to call (617) 637-2964 and spoke with GARCIA. BRYSON asked GARCIA whether he could see him (*"You don't see me?"*). After GARCIA replied that he did not, BRYSON asked whether GARCIA was *"at the apartment buildings?"* GARCIA stated that he was *"right in front"* and saw a number of dark-skinned individuals (*"there is like a whole bunch of morenos"*). BRYSON answered that he was *"right next to them."* GARCIA then honked his horn and asked BRYSON, *"Can you hear my horns."* BRYSON replied that he was to the left of GARCIA's vehicle (*"Bro, look to the left you fucking retard."*). At the time of this call, precise location data for TT-5 established that BRYSON was in the area of 71 Boston Road in Billerica, Massachusetts.

339.    Approximately two minutes later, an investigator arrived at the parking lot of 71 Boston Road and observed a GARCIA's black Infiniti QX50 as it backed out of a parking spot across from the front door of Building #2 (which is where BRYSON lives). GARCIA was the sole occupant and driver of the vehicle, which then departed the area.

340.    Based upon the foregoing, as well as my participation in this investigation, I believe that BRYSON met with GARCIA and distributed 100 counterfeit Adderall pills containing methamphetamine to him.

## VII.    CONCLUSION

341.    Based on the foregoing, I submit that there is probable cause to believe that beginning on an unknown date but at least from in or about November 2021, and continuing until the present, NAGLE, C. NAGLE, MORA, BELLO, BRYSON, ADOLPHE, KULAKOWSKI, LAGES, MUISE, DELAURI, BARTONE, NAGLE SR., VILLAR, K. SHEPHERD, NIEVES, SOLIS, TEJEDA, ORTIZ, WESTMORELAND, RAMOS-RIVERA, and GARCIA did knowingly and intentionally combine, conspire, confederate and agree with each other and with others known and unknown, to possesses with intent to distribute and to distribute various controlled substances, including oxycodone, a Schedule II controlled substance; N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance; Amphetamine, also known as Adderall, a Schedule II controlled substance; methamphetamine, a Schedule II controlled substance; cocaine, a Schedule II controlled substance; and marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

Respectfully Submitted,

GREGORY FORESTELL
Task Force Officer
Drug Enforcement Administration

Subscribed and sworn to via telephone in accordance
with Federal Rule of Criminal Procedure 4.1
on this the 21st day of October, 2022.

HON. JUDITH G. DEIN
United States Magistrate Judge